IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. _____<br>)<br>)<br>)<br>) |

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS
TAKEDA PHARMACEUTICAL COMPANY LTD.
<u>AND TAP PHARMACEUTICAL PRODUCTS INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Takeda Pharmaceutical Company Ltd. and TAP Pharmaceutical Products Inc., through their counsel, declare as follows:

1.    Plaintiff Takeda Pharmaceutical Company Ltd. ("Takeda") does not have a parent corporation, and no publicly held corporation owns 10% or more of Takeda's stock; and

2.    Plaintiff TAP Pharmaceutical Products Inc. ("TAP") is jointly owned by Takeda and Abbott Laboratories.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
James M. Lennon (# 4570)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiffs
*Takeda Pharmaceutical Company Ltd. and
TAP Pharmaceutical Products Inc.*

Of Counsel:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

*Attorneys for Plaintiff Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceuticals Products Inc.*

January 17, 2006