AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

TAKEDA PHARMACEUTICAL
COMPANY, LTD., et al.

                        Plaintiff,          **SUMMONS IN A CIVIL CASE**

      V.                                  CASE NUMBER: C.A. No.

TEVA PHARMACEUTICALS USA, INC.

                      Defendants.

TO:    Teva Pharmaceutical USA, Inc.
         c/o The Corporation Trust Company
         Corporation Trust Center
         1209 Orange Street
         Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

         Arthur G. Connolly, III, Esquire
         CONNOLLY BOVE LODGE & HUTZ LLP
         The Nemours Building
         1007 North Orange Street
         Post Office Box 2207
         Wilmington, Delaware 19899-2207
         Telephone: (302) 658-9141

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                        1-17-06
CLERK                                             DATE

_[signature]_
(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/17/06 |
| NAME OF SERVER (PRINT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: TEVA PHARMACEUTICAL USA, INC. C/O THE CORPORATION TRUST COMPANY AT 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA (PROCESS AGENT)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/17/06
            Date            Signature of Server

BARRY EVELAND
302-475-2600

Brandywine Process Servers
P.O. Box 1360
Wilmington, DE 19899-1360

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.