IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br>           Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 06-33<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, Takeda Pharmaceutical Company, Ltd., in this matter:

    Tedd W. Van Buskirk
    HOGAN & HARTSON L.L.P.
    875 Third Avenue
    New York, NY 10022
    Tel: (212) 918-3000
    Fax: (212) 918-3100
    E-mail: twvanbuskirk@hhlaw.com

    CONNOLLY BOVE LODGE & HUTZ LLP

Dated: January 20, 2006      /s/ Arthur G. Connolly, III
    Arthur G. Connolly, III (#2667)
    James M. Lennon (# 4570)
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19801
    (302) 658-9141
    *Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of January 2006, that counsel's motion for admission *pro hac vice* is granted.

    _____
    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Tedd Van B\_\_\_
Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

Dated: January 18, 2006