IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, <br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-33 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, Takeda Pharmaceutical Company, Ltd., in this matter:

>Eric J. Lobenfeld
>HOGAN & HARTSON L.L.P.
>875 Third Avenue
>New York, NY 10022
>Tel: (212) 918-3000
>Fax: (212) 918-3100
>E-mail: ejlobenfeld@hhlaw.com

>CONNOLLY BOVE LODGE & HUTZ LLP

Dated: January 20, 2006

>/s/ Arthur G. Connolly, III
>Arthur G. Connolly, III (#2667)
>James M. Lennon (# 4570)
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19801
>(302) 658-9141
>*Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of January 2006, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Eric J. Lobenfeld
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

Dated: January 19, 2006