IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-33 (SLR) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, Takeda Pharmaceutical Company, Ltd., in this matter:

> Philippe Y. Riesen
> HOGAN & HARTSON L.L.P.
> Gaikokuho Jimu Bengoshi Jimusho
> Shinjuku Center Building, 46th Floor
> 25-1 Nishi-Shinjuku 1-chome
> Shinjuku-ku, Tokyo 163-0646
> Tel: 81-3-5908-4070
> Fax: 81-3-5908-4071
> E-mail: pyriesen@hhlaw.com

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: January 27, 2006

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
James M. Lennon (# 4570)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
*Attorneys for Plaintiffs*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____ 2006, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

CERTIFICATEION BY COUNSEL TO BE ADMITTED PRO IIAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Philippe Y. Riesen
HOGAN&HARTSON
Gaikokuho Jimu Bengoshi Jimusho
Shinjuku Center Building 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku-ku Tokyo 163-0646
Telephone: (813)-5908-4070

Dated: January 20, 2006