IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br>           Plaintiffs,<br><br>           v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 06-33 (SLR)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, TAP Pharmaceutical Products Inc., in this matter:

    Stuart E. Pollack
    Patterson Belknap Webb & Tyler LLP
    1133 Avenue of the Americas
    New York, NY 10036
    Tel: (212) 336-2000
    Fax: (212) 336-2848
    E-mail: sepollack@pbwt.com

    CONNOLLY BOVE LODGE & HUTZ LLP

Dated: February 7, 2006

    /s/ Arthur G. Connolly, III
    Arthur G. Connolly, III (#2667)
    James M. Lennon (# 4570)
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19801
    (302) 658-9141
    *Attorneys for Plaintiffs*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2006

    _____
    United States District Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*Stuart Pollack*
Stuart E. Pollack
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

Dated: February 2, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

                                                  /s/Arthur G. Connolly, III
                                                  Arthur G. Connolly, III (#2667)

#445241_1