### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

TAKEDA PHARMACEUTICAL COMPANY, LTD.,   )
a Japanese Corporation,   )
and TAP PHARMACEUTICAL PRODUCTS INC.,   )
a Delaware Corporation,   )
            Plaintiffs,   )
   )
      v.   )   C.A. No. 06-33 (SLR)
   )
TEVA PHARMACEUTICALS USA, INC.   )
a Delaware Corporation,   )
            Defendant.   )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, TAP Pharmaceutical Products Inc., in this matter:

Chad J. Peterman
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-7914
E-mail: cjpeterman@pbwt.com

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: February 7, 2006           ___/s/ Arthur G. Connolly, III_____
Arthur G. Connolly, III (#2667)
James M. Lennon (# 4570)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
*Attorneys for Plaintiffs*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2006         _____

                            United States District Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court

and am admitted, practicing and in good standing as a member of the Bar of the States of New

York and New Jersey.  Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of

this Court for any alleged misconduct which occurs in the preparation or course of this action.  I

also certify that I am generally familiar with this Court's Local Rules.  In accordance with

Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of

$25.00 has been paid  ☐  to the Clerk of Court, or, if not paid previously, the fee payment will be

submitted  ☒  to the Clerk's Office upon the filing of this motion.

Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2000

Dated: February 6, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2006, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF which will send notification of such filing

to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899


_/s/Arthur G. Connolly, III_____
Arthur G. Connolly, III (#2667)

#445241_1