IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>    Plaintiffs – Counterclaim Defendants,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>    Defendant – Counterclaimant. | C.A. No. 06-33-SLR |

**TAKEDA PHARMACEUTICAL COMPANY, LTD.'S AND
TAP PHARMACEUTICAL PRODUCTS INC.'S REPLY TO
TEVA PHARMACEUTICALS USA, INC.'S COUNTERCLAIMS**

Plaintiffs - Counterclaim Defendants Takeda Pharmaceutical Company, Ltd. ("Takeda") and TAP Pharmaceutical Products Inc. ("TAP"), by their undersigned attorneys, herein reply to the Counterclaims ("Counterclaims") of Defendant-Counterclaimant Teva Pharmaceuticals USA, Inc.'s ("Teva") as follows:

1. Admit that Plaintiffs have filed a Complaint and hereby repeat and reallege each and every allegation contained in the Complaint, admit that a justiciable controversy exists between the parties hereto with respect to infringement and validity of certain claims of U.S. Patent Nos. 4,628,098, 5,026,560, 5,045,321, 5,093,132, and 5,433,959, and deny the remaining allegations set forth in paragraph 1 of Teva's Counterclaims.

2. Admit that Teva's Counterclaims purport to arise pursuant to Title 35 U.S.C. and 28 U.S.C. §§ 2201 and 2202 and deny the remaining allegations set forth in paragraph 2 of Teva's Counterclaims.

3. Admit that the Court has personal jurisdiction over Plaintiffs.

4. Admit that Teva purports to invoke the jurisdiction of the Court pursuant to 28 U.S.C. § § 1331, 1338 and deny the remaining allegations set forth in paragraph 4 of Teva's Counterclaims.

5. Admit that venue is proper in this Court.

## COUNT ONE
### (Non-Infringement of the '098 Patent)

6. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

7. Deny each and every allegation contained in paragraph 7 of Teva's Counterclaims.

## COUNT TWO
### (Non-Infringement of the '560 Patent)

8. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

9. Deny each and every allegation contained in paragraph 9 of Teva's Counterclaims.

## COUNT THREE
### (Non-Infringement of the '321 Patent)

10. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

11. Deny each and every allegation contained in paragraph 11 of Teva's Counterclaims.

## COUNT FOUR
### (Non-Infringement of the '132 Patent)

12. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

13. Deny each and every allegation contained in paragraph 13 of Teva's Counterclaims.

## COUNT FIVE
### (Non-Infringement of the '959 Patent)

14. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

15. Deny each and every allegation contained in paragraph 15 of Teva's Counterclaims.

## COUNT SIX
### (Declaration of Invalidity of the '098 Patent)

16. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

17. Deny each and every allegation contained in paragraph 17 of Teva's Counterclaims.

## COUNT SEVEN
### (Declaration of Invalidity of the '560 Patent)

18. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

19. Deny each and every allegation contained in paragraph 19 of Teva's Counterclaims.

## COUNT EIGHT
### (Declaration of Invalidity of the '321 Patent)

20. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

21. Deny each and every allegation contained in paragraph 21 of Teva's Counterclaims.

## COUNT NINE
### (Declaration of Invalidity of the '132 Patent)

22. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

23. Deny each and every allegation contained in paragraph 23 of Teva's Counterclaims.

\\NY - 83369/0012 - 930753 v4

## COUNT TEN
**(Declaration of Invalidity of the '959 Patent)**

24. Repeat and re-allege their responses to paragraphs 1-5 as if fully set forth herein.

25. Deny each and every allegation contained in paragraph 25 of Teva's Counterclaims.

26. Plaintiffs deny each and every other allegation in Teva's Counterclaims not heretofore expressly admitted herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs seek the following relief:

A. An order dismissing Teva's Counterclaims with prejudice and denying each and every Prayer for Relief sought by Teva;

B. An order granting each and every Prayer for Relief sought by Plaintiffs in the Complaint;

C. A declaration that this is an exceptional case, and an award of attorneys' fees in this action pursuant to 35 U.S.C. § 285;

D. An award of costs and expenses of Plaintiffs in defending these Counterclaims;

E. Such further and other relief as this Court determines to be just and proper.

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141

Attorneys for Plaintiffs
*Takeda Pharmaceutical Company Ltd. and TAP Pharmaceutical Products Inc.*

Of Counsel:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

*Attorneys for Plaintiff Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceuticals Products Inc.*

March 27, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899


        /s/Arthur G. Connolly, III
        Arthur G. Connolly, III (#2667)

#445241_1