

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Arthur G. Connolly, III
Partner
TEL (302) 888-6318
FAX (302) 658-0380
EMAIL ac3@cblhlaw.com
REPLY TO Wilmington Office

March 6, 2006

**By Electronic Filing**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

Re:   Takeda Pharmaceutical Company Ltd. and TAP Pharmaceutical Products Inc. v.
      Teva Pharmaceuticals USA, Inc., C.A. No. 06-33-SLR

Dear Chief Judge Robinson:

   We write in advance of our Rule 16(b) conference on March 8, 2006 at 8:00 a.m. to submit the parties' scheduling proposal.   Areas of disagreement between the parties are bracketed. We thank the Court for its attention to this matter.

                                    Respectfully,

                                    Arthur G. Connolly, III
                                    Bar No. 2667

Attachment
cc:   Karen L. Pascale, Esquire (via electronic service, w/attach)
      John D. Hamann, Esquire (via email, w/attach)
      Tedd W. Van Buskirk, Esquire (via electronic service, w/attach)
      Chad J. Peterman, Esquire (via electronic service, w/attach)