## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD. and TAP PHARMACEUTICAL PRODUCTS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C. A. No. 06-33-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 6, 2006, copies of Defendant Teva

Pharmaceuticals USA, Inc. Rule 26(a)(1) Initial Disclosures were served upon the following

counsel of record as indicated below:

### *By Hand Delivery and E-Mail*

Arthur G. Connolly, III [aconnollyIII@cblh.com]
James M. Lennon [jlennon@cblh.com]
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141

### *By E-Mail*

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

                           YOUNG CONAWAY STARGATT & TAYLOR LLP

March 6, 2006                 *Karen L. Pascale*
                           Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
                           John W. Shaw (No. 3362) [jshaw@ycst.com]
                           Karen L. Pascale (No. 2903) [kpascale@ycst.com]
                           The Brandywine Building
                           1000 West St., 17th Floor
                           P.O. Box 391
                           Wilmington, Delaware 19899-0391
                           Phone:  302-571-6600

                           SUTHERLAND ASBILL & BRENNAN LLP
                           John L. North
                           Jeffrey J. Toney
                           John D. Hamann
                           999 Peachtree Street
                           Atlanta, Georgia 30309-3996
                           Phone:  404-853-8000

                           *Attorneys for Defendant,*
                           *Teva Pharmaceuticals USA, Inc.*

058956.1020

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on March 6, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Arthur G. Connolly, III [aconnollyIII@cblh.com]
> James M. Lennon [jlennon@cblh.com]
> CONNOLLY BOVE LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19801
> (302) 658-9141

I further certify that on March 6, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ### *By E-Mail*
>
> Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
> Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
> Arlene L. Chow [alchow@hhlaw.com]
> HOGAN & HARTSON LLP
> 875 Third Avenue
> New York, NY 10022
> (212) 918-3000
>
> Philippe Y. Riesen [pyriesen@hhlaw.com]
> HOGAN & HARTSON LLP
> Shinjuku Center Building, 46th Floor
> 25-1 Nishi-Shinjuku 1-chome
> Shinjuku, Tokyo 163-0646
> Japan
> (81) 3-5908-0470

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kpascale@ycst.com

*Attorneys for Defendant, Teva Pharmaceuticals USA, Inc.*

- 2 -