IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 06-33 (SLR)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS**

PLEASE ENTER the appearance of James M. Lennon (DE Bar ID No. 4570) as co-counsel for Plaintiff's Takeda Pharmaceutical Company, Ltd., and Tap Pharmaceutical Products Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: March 9, 2006

*/s/ James M. Lennon*
Arthur G. Connolly, III (#2667)
James M. Lennon (# 4570)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and caused the foregoing document to be served upon the following counsel of record in the manner indicated:

**VIA CM/ECF AND HAND DELIVERY:**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL:**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

／s/ James M. Lennon
James M. Lennon (# 4570)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
*Attorney for Plaintiffs*