IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-33-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Takeda Pharmaceutical Company Ltd.'s and TAP Pharmaceutical Products, Inc.'s First Set of Requests to Defendant Teva Pharmaceuticals USA, Inc. for the Production of Documents and Things was served on March 10, 2006 on the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL**
**AND HAND DELIVERY**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

Dated: March 13, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

*[signature]*

Arthur G. Connolly, III (No. 2667)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899-2201
(302) 658-9141

Attorneys for Plaintiffs
*Takeda Pharmaceutical Company Ltd. And
TAP Pharmaceutical Products Inc.*

Of Counsel:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

*Attorneys for Plaintiff Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr.
Stuart E. Pollack
Chad J. Peterman
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceutical Products Inc*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and caused the foregoing document to be served upon the following counsel of record in the manner indicated:

**VIA CM/ECF AND HAND DELIVERY:**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL:**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

_____
Arthur G. Connolly, III (#2667)

#451062_1