IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-33-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff Takeda Pharmaceutical Company, Ltd.'s Responses and Objections to Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Requests for the Production of Documents and Things (Nos. 1-47) was served on April 17, 2006 on the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL AND FEDERAL EXPRESS**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

Dated: April 17, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

*[signature]*

Arthur G. Connolly, III (No. 2667)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899-2201
(302) 658-9141

Attorneys for Plaintiff
*Takeda Pharmaceutical Company Ltd.*

Of Counsel:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and caused the foregoing document to be served upon the following counsel of record in the manner indicated:

**VIA CM/ECF AND**
**HAND DELIVERY:**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL AND**
**FEDERAL EXPRESS:**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

_____
Arthur G. Connolly, III (#2667)

#459146_1