## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-33-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff TAP Pharmaceutical Products Inc.'s Responses to Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Requests for the Production of Documents and Things was served on April 17, 2006 on the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL AND FEDERAL EXPRESS**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

Dated:  April 17, 2006                    CONNOLLY BOVE LODGE & HUTZ LLP


                                          _____
                                          Arthur G. Connolly, III (No. 2667)
                                          The Nemours Building
                                          1007 North Orange Street
                                          P. O. Box 2207
                                          Wilmington, DE  19899-2201
                                          (302) 658-9141

                                          Attorneys for Plaintiff
                                          *TAP Pharmaceutical Products Inc.*


Of Counsel:

William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2006, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF and caused the foregoing document to be

served upon the following counsel of record in the manner indicated:

**VIA CM/ECF AND
HAND DELIVERY:**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL AND
FEDERAL EXPRESS:**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

Arthur G. Connolly, III (#2667)

#459146_1