## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC., a Delaware Corporation, | :<br>:<br>:<br>:<br>: |
| Plaintiffs - Counterclaim Defendants, | :<br>:<br>: |
| v. | : Civil Action No. 06-33-SLR |
| TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, | :<br>:<br>:<br>: |
| Defendant - Counterclaimant. | : |

## ORDER

At Wilmington this **12th** day of **May, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, September 27, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR.  **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE