IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD. and TAP PHARMACEUTICAL PRODUCTS INC., <br><br>        Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br>        Defendant. | ) ) ) ) ) ) ) ) C. A. No. 06-33-SLR ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* ATTORNEY

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, John D. Hamann, Esquire, withdraws from his representation *pro hac vice* of the Defendant, Teva Pharmaceuticals USA, Inc., in this action. The remaining attorneys of record, including those with Sutherland Asbill & Brennan L.L.P., continue their representation of the Defendant.

May 31, 2006

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
Jeffrey D. Blake
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

>Arthur G. Connolly, III [aconnollyIII@cblh.com]
>James M. Lennon [jlennon@cblh.com]
>
>Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
>Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
>Arlene L. Chow [alchow@hhlaw.com]
>Philippe Y. Riesen [pyriesen@hhlaw.com]
>
>William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
>Stuart E. Pollack [sepollack@pbwt.com]
>Chad J. Peterman [cjpeterman@pbwt.com]

I further certify that on May 31, 2006, I caused a copy of the foregoing document to be served on the following counsel of record in the manner indicated:

>***By Hand***
>
>Arthur G. Connolly, III
>James M. Lennon
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE  19801
>
>***By FedEx***
>
>Arlene L. Chow
>HOGAN & HARTSON LLP
>875 Third Avenue
>New York, NY 10022
>
>Stuart E. Pollack
>PATTERSON BELKNAP WEBB & TYLER LLP
>1133 Avenue of the Americas
>New York, NY 10036

- 2 -

*By E-Mail*

Arthur G. Connolly, III [aconnollyIII@cblh.com]
James M. Lennon [jlennon@cblh.com]

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Philippe Y. Riesen [pyriesen@hhlaw.com]

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*