IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD. and TAP PHARMACEUTICAL PRODUCTS INC., <br><br> Plaintiffs, <br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No.: 06-33-SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Teva Pharmaceuticals USA, Inc. in this matter:

> Jeffrey D.. Blake
> SUTHERLAND ASBILL & BRENNAN LLP
> 999 Peachtree Street
> Atlanta, Georgia 30309-3996
> Phone: 404-853-8000

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

YOUNG CONAWAY STARGATT & TAYLOR LLP

June 5, 2006

_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Jeffrey D. Blake is GRANTED.

Date: June _____, 2006

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: May 30, 2006

                                   Jeffrey D. Blake
                                   SUTHERLAND ASBILL & BRENNAN LLP
                                   999 Peachtree Street, NE
                                   Atlanta, Georgia 30309-3996
                                   Telephone: 404-853-8000
                                   Facsimile: 404-853-8806
                                   E-mail: Jeff.Blake@sablaw.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

>Arthur G. Connolly, III [aconnollyIII@cblh.com]
>
>Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
>Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
>Arlene L. Chow [alchow@hhlaw.com]
>Philippe Y. Riesen [pyriesen@hhlaw.com]
>
>William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
>Stuart E. Pollack [sepollack@pbwt.com]
>Chad J. Peterman [cjpeterman@pbwt.com]

I further certify that on June 5, 2006, I caused a copy of the foregoing document to be served on the following counsel of record in the manner indicated:

>### *By Hand*
>
>Arthur G. Connolly, III
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19801
>
>### *By E-Mail*
>
>Eric J. Lobenfeld [ejlobenfed@hhlaw.com]
>Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
>Arlene L. Chow [alchow@hhlaw.com]
>HOGAN & HARTSON LLP
>875 Third Avenue
>New York, NY 10022
>Telephone: (212) 918-3000

Philippe Y. Rieson [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Telephone: (81) 3-5908-0407

William F. Cavanaugh [wfcavanuagh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Karen L. Pascale*
        ———————————————————
        Karen L. Pascale (No. 2903)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        (302) 571-6600
        kpascale@ycst.com

        *Attorneys for Defendant,*
        *Teva Pharmaceuticals USA, Inc.*