IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD. and TAP PHARMACEUTICAL PRODUCTS INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 06-33-SLR |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 5, 2006, copies of:

*Defendant Teva Pharmaceuticals USA, Inc.'s Supplementation of Rule 26(a)(1) Initial Disclosures*

were served upon the following counsel of record as indicated below:

#### By Hand Delivery and E-Mail

Arthur G. Connolly, III [aconnollyIII@cblh.com]
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

#### By E-Mail

Eric J. Lobenfeld [ejlobenfed@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

Philippe Y. Rieson [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Telephone: (81) 3-5908-0407

William F. Cavanaugh [wfcavanuagh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000

June 5, 2006

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
John D. Hamann
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 5, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

        Arthur G. Connolly, III [aconnollyIII@cblh.com]

        Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
        Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
        Arlene L. Chow [alchow@hhlaw.com]
        Philippe Y. Riesen [pyriesen@hhlaw.com]

        William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
        Stuart E. Pollack [sepollack@pbwt.com]
        Chad J. Peterman [cjpeterman@pbwt.com]

I further certify that on June 5, 2006, I caused a copy of the foregoing document to be served on the following counsel of record in the manner indicated:

### *By Hand*

Arthur G. Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

### *By E-Mail*

Eric J. Lobenfeld [ejlobenfed@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

Philippe Y. Rieson [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Telephone: (81) 3-5908-0407

William F. Cavanaugh [wfcavanuagh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen L. Pascale*
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com

*Attorneys for Defendant,*
*Teva Pharmaceuticals USA, Inc.*

- 2 -