IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC. a Delaware Corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>            Defendant. | Civil Action No. 06-33-SLR |

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED, by and among the undersigned attorneys for all parties herein, that plaintiffs Takeda Pharmaceutical Company, Ltd.'s and TAP Pharmaceutical Products, Inc.'s Amended Complaint, annexed hereto as Exhibit 1, be filed with the Court pursuant to Federal Rule of Civil Procedure 15(a);

      IT IS FURTHER STIPULATED AND AGREED that defendant Teva Pharmaceuticals USA, Inc. ("Teva USA") shall accept service of the Amended Complaint on behalf of Teva Pharmaceutical Industries, Ltd. ("Teva Ltd.");

      IT IS FURTHER STIPULATED AND AGREED that Teva USA and Teva Ltd., by entering into this stipulation, do not admit any of the allegations in the proposed Amended Complaint, nor any of the related allegations set forth in an April 27, 2006 letter from Eric J. Lobenfeld, Esq. to John L. North, Esq. regarding the Amended Complaint, and they further reserve all rights to answer, respond and counterclaim in any way they deem appropriate in

response to the proposed Amended Complaint, except that they agree not to contest, for purposes of this case only, that Teva Ltd. is a proper party and that venue and jurisdiction over it are proper;

IT IS FURTHER STIPULATED AND AGREED that, by entering into this stipulation, the parties to the stipulation do not concede or suggest that any particular location is appropriate for any particular deposition, and they agree to meet and confer regarding that topic at an appropriate time; and

IT IS FURTHER STIPULATED AND AGREED that the Amended Complaint shall be deemed filed and served as of the date this stipulation is "So Ordered" by the Court.

Dated: June 13, 2006

AGREED TO BY:

| CONNOLLY BOVE LODGE & HUTZ L.L.P. | YOUNG CONAWAY STARGATT & TAYLOR L.L.P. |
|---|---|
| __/s/ Arthur G. Connolly, III_____ | _/s/ Karen L. Pascale_____ |
| Arthur G. Connolly, III (#2667) | Josy W. Ingersoll (#1088) |
| The Nemours Building | John W. Shaw (#3362) |
| 1007 North Orange Street | Karen L. Pascale (#2903) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| Attorneys for Plaintiffs | Wilmington, DE 19899-0391 |
| *Takeda Pharmaceutical Company, Ltd. and* | (302) 571-6600 |
| *TAP Pharmaceutical Products, Inc.* | Attorneys for Defendant |
| | *Teva Pharmaceuticals USA, Inc.* |

OF COUNSEL:  
Eric J. Lobenfeld  
Tedd W. Van Buskirk  
Arlene L. Chow  
HOGAN & HARTSON L.L.P.  
875 Third Avenue  
New York, NY 10022  
(212) 918-3000  
Attorneys for Plaintiff *Takeda Pharmaceutical Company, Ltd.*

Philippe Y. Riesen  
HOGAN & HARTSON L.L.P.  
Shinjuku Center Building, 46th Floor  
25-1 Nishi-Shinjuku 1 chome  
Shinjuku, Tokyo 163-0646  
Japan  
(81) 3-5908-0470  
Attorneys for Plaintiff *Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh, Jr.  
Stuart E. Pollack  
Chad J. Peterman  
PATTERSON BELKNAP WEBB & TYLER L.L.P.  
1133 Avenue of the Americas  
New York, NY 10036  
(212) 366-2000  
Attorneys for Plaintiff  
*TAP Pharmaceutical Products, Inc.*

OF COUNSEL:  
John L. North  
Jeffrey J. Toney  
John D. Hamann  
SUTHERLAND ASBILL & BRENNAN L.L.P.  
999 Peachtree Street  
Atlanta, GA 30309-3996  
(404) 853-8000  
Attorneys for Defendant  
*Teva Pharmaceuticals USA, Inc.*

SO ORDERED this ___ day of _____, 2006.

_____  
United States District Judge