IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC., a Delaware Corporation, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation, <br><br> Defendants and Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-33-SLR |

## **STIPULATION**

WHEREAS, Plaintiffs and Counterclaim-Defendants Takeda Pharmaceutical Company, Ltd. and TAP Pharmaceutical Products, Inc. (hereinafter "Plaintiffs") served the following discovery (hereinafter the "Discovery Requests") on Teva Pharmaceuticals USA, Inc. (hereinafter "Teva USA") on March 13, 2006:  (1) Plaintiffs Takeda Pharmaceutical Company, Ltd.'s and TAP Pharmaceutical Products, Inc.'s First Set of Requests to Defendant Teva Pharmaceuticals USA, Inc. For the Production of Documents and Things and (2) Plaintiff TAP Pharmaceutical Products, Inc.'s First Set of Interrogatories to Defendant Teva Pharmaceuticals USA, Inc.; and

WHEREAS, Teva USA served the following responses to the Discovery Requests (hereinafter the "Discovery Responses") on April 10, 2006: (1) Defendant Teva Pharmaceuticals USA, Inc.'s Responses to Plaintiffs' First Set of Requests for the Production of Documents and

Things and (2) Defendant Teva Pharmaceuticals USA, Inc.'s Responses and Objections to TAP Pharmaceutical Products, Inc.'s First Set of Interrogatories; and

WHEREAS, the Amended Complaint, adding Teva Pharmaceutical Industries Ltd. (hereinafter "Teva Ltd.") as a Defendant to this action, was filed on June 16, 2006; and

WHEREAS Teva Pharmaceuticals USA, Inc.'s and Teva Pharmaceutical Industries Ltd.'s Answer, Defenses and Counterclaims To Amended Complaint was filed on June 29, 2006; and

WHEREAS, Plaintiffs now seek the same discovery from Teva Ltd. as set forth in their March 13, 2006 Discovery Requests to Teva USA;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for all parties herein, that, with the exception of Plaintiffs' Document Request Nos. 40 and 42 and TAP's Pharmaceutical Products, Inc.'s Interrogatory No. 8, Teva Ltd. will adopt the Discovery Responses served on behalf of Teva USA, except to the extent Teva Ltd. serves Plaintiffs with different responses; and

IT IS FURTHER STIPULATED AND AGREED Teva Ltd. will serve its separate responses, including but not limited to Plaintiffs' Document Request Nos. 40 and 42 and TAP Pharmaceutical Products, Inc.'s Interrogatory No. 8, within 30 days of the date this stipulation is filed with the Court.

Dated: July 12, 2006

AGREED TO BY:

| CONNOLLY BOVE LODGE & HUTZ L.L.P. | YOUNG CONAWAY STARGATT & TAYLOR L.L.P. |
|---|---|
| __/s/ Arthur G. Connolly, III_____ | _/s/ Karen L. Pascale_____ |
| Arthur G. Connolly, III (#2667) | Josy W. Ingersoll (#1088) |
| The Nemours Building | John W. Shaw (#3362) |
| 1007 North Orange Street | Karen L. Pascale (#2903) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street, 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| Attorneys for Plaintiffs | Wilmington, DE  19899-0391 |
| and Counterclaim-Defendants | (302) 571-6600 |
| *Takeda Pharmaceutical Company, Ltd. and* | Attorneys for Defendants |
| *TAP Pharmaceutical Products Inc.* | and Counterclaim-Plaintiffs |
| | *Teva Pharmaceuticals USA, Inc. and* |
| | *Teva Pharmaceutical Industries Ltd.* |

OF COUNSEL:  
Eric J. Lobenfeld  
Tedd W. Van Buskirk  
Arlene L. Chow  
HOGAN & HARTSON L.L.P.  
875 Third Avenue  
New York, NY 10022  
(212) 918-3000  
Attorneys for Plaintiff  
and Counterclaim-Defendant  
*Takeda Pharmaceutical Company, Ltd.*

Philippe Y. Riesen  
HOGAN & HARTSON L.L.P.  
Shinjuku Center Building, 46th Floor  
25-1 Nishi-Shinjuku 1 chome  
Shinjuku, Tokyo 163-0646  
Japan  
(81) 3-5908-0470  
Attorneys for Plaintiff  
and Counterclaim-Defendant  
*Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh, Jr.  
Stuart E. Pollack  
Chad J. Peterman  
PATTERSON BELKNAP WEBB & TYLER L.L.P.  
1133 Avenue of the Americas  
New York, NY 10036  
(212) 366-2000  
Attorneys for Plaintiff  
and Counterclaim-Defendant  
*TAP Pharmaceutical Products, Inc.*

OF COUNSEL:  
John L. North  
Jeffrey J. Toney  
SUTHERLAND ASBILL & BRENNAN L.L.P.  
999 Peachtree Street  
Atlanta, GA 30309-3996  
(404) 853-8000  
Attorneys for Defendants  
and Counterclaim-Plaintiffs  
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*