**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, | ) ) ) ) ) | |
| Plaintiffs and Counterclaim-Defendants, | ) ) ) | |
| v. | ) ) | C.A. No. 06-33-SLR |
| TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation, | ) ) ) ) ) | |
| Defendants and Counterclaim-Plaintiffs. | ) ) | |

**STIPULATION AND ORDER**

WHEREAS, Plaintiff and Counterclaim-Defendant Takeda Pharmaceutical Company Limited (hereinafter "Takeda") and Defendant and Counterclaim-Plaintiff Teva Pharmaceutical Industries Limited (hereinafter "Teva Ltd.") have been parties to a patent litigation in the United Kingdom relating to lansoprazole, *Takeda Pharmaceutical Company Limited and Cyanamid of Great Britain v. Teva Pharmaceutical Industries Limited and Teva (UK) Limited*, High Court of Justice, Chancery Division, Patents Court, Claim No. HC 05 C 02440 (hereinafter "UK Litigation");

WHEREAS, in connection with the UK litigation, Takeda and Teva Ltd. entered into a Confidentiality Agreement, whereby each party agreed to certain Non-Disclosure Obligations with respect to the other party's designated Confidential Information (hereinafter "the UK Confidentiality Agreement");

WHEREAS, pursuant to the UK Confidentiality Agreement, Takeda and Teva Ltd., respectively, produced materials designated as Confidential Information (hereinafter "UK Confidential Information");

WHEREAS, the UK Confidential Information of Takeda and Teva Ltd., respectively, may be relevant to the claims and/or defenses of the parties in this action and may be responsive to discovery propounded by the parties in this action; and

NOW THEREFORE IT IS HEREBY STIPULATED, by and among the undersigned attorneys for all parties herein, that Takeda may, without violating the UK Confidentiality Agreement, produce information in this action that (1) is or may be responsive to discovery propounded in this action by Defendants and (2) comprises or includes UK Confidential Information of Teva Ltd. that Takeda received pursuant to the UK Confidentiality Agreement;

IT IS FURTHER STIPULATED AND AGREED that Teva Ltd. may, without violating the UK Confidentiality Agreement, produce information in this action that (1) is or may be responsive to discovery propounded in this action by Plaintiffs and (2) comprises or includes UK Confidential Information of Takeda that Teva Ltd. received pursuant to the UK Confidentiality Agreement;

IT IS FURTHER STIPULATED AND AGREED that, notwithstanding how Takeda or Teva Ltd. designated its respective UK Confidential Information in the UK litigation, Takeda and Teva Ltd. shall designate such information "Highly Confidential – Outside Attorneys Eyes Only Information" pursuant to the Protective Order that has been entered in this action, unless both parties agree to do otherwise.

Dated: July 12, 2006

AGREED TO BY:

| CONNOLLY BOVE LODGE & HUTZ L.L.P. | YOUNG CONAWAY STARGATT & TAYLOR L.L.P. |
|---|---|
| __/s/ Arthur G. Connolly, III_____ | _/s/ Karen L. Pascale_____ |
| Arthur G. Connolly, III (#2667) | Josy W. Ingersoll (#1088) |
| The Nemours Building | John W. Shaw (#3362) |
| 1007 North Orange Street | Karen L. Pascale (#2903) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| Attorneys for Plaintiff | Wilmington, DE 19899-0391 |
| and Counterclaim-Defendant | (302) 571-6600 |
| *Takeda Pharmaceutical Company, Ltd.* | Attorneys for Defendant |
| | and Counterclaim-Plaintiff |
| | *Teva Pharmaceutical Industries Ltd.* |

OF COUNSEL:  
Eric J. Lobenfeld  
Tedd W. Van Buskirk  
Arlene L. Chow  
HOGAN & HARTSON L.L.P.  
875 Third Avenue  
New York, NY 10022  
(212) 918-3000  

Philippe Y. Riesen  
HOGAN & HARTSON L.L.P.  
Shinjuku Center Building, 46th Floor  
25-1 Nishi-Shinjuku 1 chome  
Shinjuku, Tokyo 163-0646  
Japan  
(81) 3-5908-0470  

Attorneys for Plaintiff  
and Counterclaim-Defendant  
*Takeda Pharmaceutical Company, Ltd.*

OF COUNSEL:  
John L. North  
Jeffrey J. Toney  
SUTHERLAND ASBILL & BRENNAN L.L.P.  
999 Peachtree Street  
Atlanta, GA 30309-3996  
(404) 853-8000  

Attorneys for Defendant  
and Counterclaim-Plaintiff  
*Teva Pharmaceutical Industries Ltd.*

SO ORDERED this ___ day of _____, 2006.

_____  
United States District Judge