IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TAKEDA PHARMACEUTIAL            )
COMPANY LTD. and TAP            )
PHARMACEUTICAL PRODUCTS         )
INC.,                           )
                                )
          Plaintiffs,           )
                                )
     v.                         ) Civ. No. 06-033-SLR
                                )
TEVA PHARMACEUTICALS USA INC.,  )
                                )
          Defendant.            )

**O R D E R**

At Wilmington this _12th_ day of July, 2006,

IT IS ORDERED that the **final** three days of the four

week bench trial scheduled in this action shall be held on

**November 26-28, 2007.** Trial will **not** be held on November 21-23,

2007.  All other provisions of the March 22, 2006 scheduling

order remain in full effect.

_____
United States District Judge