IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation,<br><br>    Defendants and Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-33-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Teva Pharmaceuticals Industries Ltd. ("Teva Ltd."), hereby certifies that on August 11, 2006, copies of :

(1)  *Defendant Teva Pharmaceutical Industries Ltd.'s Responses and Objections to Interrogatory Nos. 7 and 8 of Plaintiff TAP Pharmaceutical Products, Inc.'s First Set of Interrogatories*;

(2)  *Defendant Teva Pharmaceutical Industries Ltd.'s Responses to Request Nos. 40 and 42 of Plaintiffs' First Set of Requests for the Production of Documents and Things*; and

(3)  this Notice of Service;

were caused to be served upon the following counsel of record as indicated below:

*By Hand Delivery & E-Mail*

Arthur G. Connolly, III [aconnollyIII@cblh.com]
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

*By E-Mail*

Eric J. Lobenfeld [ejlobenfed@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Telephone: (81) 3-5908-0407

William F. Cavanaugh [wfcavanuagh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000

August 11, 2006

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
Jeffrey D. Blake
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000

*Attorneys for Defendant and Counterclaim-Plaintiff, Teva Pharmaceutical Industries Ltd.*