IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TAKEDA PHARMACEUTICAL COMPANY, LTD.,
a Japanese Corporation, and
TAP PHARMACEUTICAL PRODUCTS, INC.,
a Delaware Corporation,

       Plaintiffs and
       Counterclaim-Defendants,

   vs.

TEVA PHARMACEUTICALS USA, INC.,
a Delaware corporation, and
TEVA PHARMACEUTICAL INDUSTRIES LTD.,
an Israeli Corporation,

       Defendants and
       Counterclaim-Plaintiffs.

Civil Action No. 06-33-SLR

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the Scheduling Order (D.I. 26), entered March 22, 2006, in this action be amended as follows:

     1)  Document production shall be completed by Plaintiff Takeda Pharmaceutical Company, Ltd. by November 6, 2006.

     2)  All motions to join other parties and amend the pleadings shall be filed on or before December 6, 2006.

     3)  All other dates in the Scheduling Order shall remain unchanged.

Dated: October 13, 2006

AGREED TO BY:

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ L.L.P. | YOUNG CONAWAY STARGATT & TAYLOR L.L.P. |

| | |
|---|---|
| _/s/ Arthur G. Connolly, III_____ | _/s/ Karen L. Pascale_____ |
| Arthur G. Connolly, III (#2667) | Josy W. Ingersoll (#1088) |
| The Nemours Building | John W. Shaw (#3362) |
| 1007 North Orange Street | Karen L. Pascale (#2903) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, DE  19801 | 1000 West Street, 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| Attorneys for Plaintiffs and | Wilmington, DE  19899-0391 |
| Counterclaim-Defendants | (302) 571-6600 |
| *Takeda Pharmaceutical Company, Ltd. and* | Attorneys for Defendants and |
| *TAP Pharmaceutical Products, Inc.* | Counterclaim-Plaintiffs |
| | *Teva Pharmaceuticals USA, Inc. and* |
| | *Teva Pharmaceutical Industries Ltd.* |

2

OF COUNSEL:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000
Attorneys for Plaintiff and
Counterclaim-Defendant
*Takeda Pharmaceutical Company, Ltd.*

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1 chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470
Attorneys for Plaintiff and
Counterclaim-Defendant
*Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh, Jr.
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER
L.L.P.
1133 Avenue of the Americas
New York, NY 10036
(212) 366-2000
Attorneys for Plaintiff and
Counterclaim-Defendant
*TAP Pharmaceutical Products, Inc.*

OF COUNSEL:
John L. North
Jeffrey J. Toney
Jeffrey. D. Blake
SUTHERLAND ASBILL & BRENNAN L.L.P.
999 Peachtree Street
Atlanta, GA 30309-3996
(404) 853-8000
Attorneys for Defendants and
Counterclaim-Plaintiffs
*Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.*

SO ORDERED this ___ day of _____, 2006.

_____
Hon. Sue L. Robinson
United States District Judge

3