IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC., a Delaware Corporation,<br><br>       Plaintiffs and<br>       Counterclaim-Defendants,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation,<br><br>       Defendants and<br>       Counterclaim-Plaintiffs. | Civil Action No. 06-33-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and among the undersigned attorneys for all parties herein, that the depositions of the inventors of the patents-in-suit, Akira Nohara, Yoshitaka Maki, Tadashi Makino, Tetsuro Tabata, and Shin-ichiro Hirai, shall take place at the U.S. Consulate located in Osaka, Japan from January 29, 2007 through February 2, 2007.

Dated: October 19, 2006

AGREED TO BY:

| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR L.L.P. |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Karen L. Pascale |
| Arthur G. Connolly, III (#2667) | Josy W. Ingersoll (#1088) |
| The Nemours Building | John W. Shaw (#3362) |
| 1007 North Orange Street | Karen L. Pascale (#2903) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| Attorneys for Plaintiffs and Counterclaim-Defendants | Wilmington, DE 19899-0391 |
| *Takeda Pharmaceutical Company, Ltd. and TAP Pharmaceutical Products, Inc.* | (302) 571-6600 |
| | Attorneys for Defendants and Counterclaim-Plaintiffs |
| | *Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* |

| | |
|---|---|
| OF COUNSEL:<br>Eric J. Lobenfeld<br>Tedd W. Van Buskirk<br>Arlene L. Chow<br>HOGAN & HARTSON L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000<br>Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>*Takeda Pharmaceutical Company, Ltd.*<br><br>Philippe Y. Riesen<br>HOGAN & HARTSON L.L.P.<br>Shinjuku Center Building, 46th Floor<br>25-1 Nishi-Shinjuku 1 chome<br>Shinjuku, Tokyo 163-0646<br>Japan<br>(81) 3-5908-0470<br>Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>*Takeda Pharmaceutical Company, Ltd.*<br><br>William F. Cavanaugh, Jr.<br>Stuart E. Pollack<br>Chad J. Peterman<br>PATTERSON BELKNAP WEBB & TYLER L.L.P.<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 366-2000<br>Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>*TAP Pharmaceutical Products, Inc.* | OF COUNSEL:<br>John L. North<br>Jeffrey J. Toney<br>Jeffrey. D. Blake<br>SUTHERLAND ASBILL & BRENNAN L.L.P.<br>999 Peachtree Street<br>Atlanta, GA 30309-3996<br>(404) 853-8000<br>Attorneys for Defendants and<br>Counterclaim-Plaintiffs<br>*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* |

SO ORDERED this ___ day of _____, 2006.

_____
Hon. Sue L. Robinson
United States District Judge