IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TAKEDA PHARMACEUTICAL COMPANY, LTD.,
a Japanese Corporation, and
TAP PHARMACEUTICAL PRODUCTS, INC.,
a Delaware Corporation,

        Plaintiffs and
        Counterclaim-Defendants,

    vs.

TEVA PHARMACEUTICALS USA, INC.,
a Delaware corporation, and
TEVA PHARMACEUTICAL INDUSTRIES LTD.,
an Israeli Corporation,

        Defendants and
        Counterclaim-Plaintiffs.

Civil Action No. 06-33-SLR

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and among the undersigned attorneys for all parties herein, that the depositions of the inventors of the patents-in-suit, Akira Nohara, Yoshitaka Maki, Tadashi Makino, Tetsuro Tabata, and Shin-ichiro Hirai, shall take place at the U.S. Consulate located in Osaka, Japan from January 29, 2007 through February 2, 2007.

Dated: October 19, 2006

AGREED TO BY:

CONNOLLY BOVE LODGE & HUTZ LLP

YOUNG CONAWAY STARGATT & TAYLOR L.L.P.


_/s/ Arthur G. Connolly, III_____

Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801
(302) 658-9141
Attorneys for Plaintiffs and
Counterclaim-Defendants
*Takeda Pharmaceutical Company, Ltd. and*
*TAP Pharmaceutical Products, Inc.*

_/s/ Karen L. Pascale_____

Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
Karen L. Pascale (#2903)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
Attorneys for Defendants and
Counterclaim-Plaintiffs
*Teva Pharmaceuticals USA, Inc. and*
*Teva Pharmaceutical Industries Ltd.*

2

OF COUNSEL:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000
Attorneys for Plaintiff and
Counterclaim-Defendant
*Takeda Pharmaceutical Company, Ltd.*

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1 chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470
Attorneys for Plaintiff and
Counterclaim-Defendant
*Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh, Jr.
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER
L.L.P.
1133 Avenue of the Americas
New York, NY 10036
(212) 366-2000
Attorneys for Plaintiff and
Counterclaim-Defendant
*TAP Pharmaceutical Products, Inc.*

OF COUNSEL:
John L. North
Jeffrey J. Toney
Jeffrey. D. Blake
SUTHERLAND ASBILL & BRENNAN L.L.P.
999 Peachtree Street
Atlanta, GA 30309-3996
(404) 853-8000
Attorneys for Defendants and
Counterclaim-Plaintiffs
*Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.*

SO ORDERED this 26th day of October, 2006.

_____
Hon. Sue L. Robinson
United States District Judge

3