

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC., a Delaware Corporation,<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | Civil Action No. 06-33-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and among the undersigned attorneys for all parties herein, that depositions of additional fact witnesses on behalf of Takeda Pharmaceutical Company, Ltd. shall take place at the U.S. Consulate located in Osaka, Japan from February 26, 2007 through March 2, 2007.

Dated: October 23, 2006

AGREED TO BY:

| CONNOLLY BOVE LODGE & HUTZ L.L.P. | YOUNG CONAWAY STARGATT & TAYLOR L.L.P. |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Karen L. Pascale |
| Arthur G. Connolly, III (#2667) | Josy W. Ingersoll (#1088) |
| The Nemours Building | John W. Shaw (#3362) |
| 1007 North Orange Street | Karen L. Pascale (#2903) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| Attorneys for Plaintiffs and | Wilmington, DE 19899-0391 |
| Counterclaim-Defendants | (302) 571-6600 |
| *Takeda Pharmaceutical Company, Ltd. and* | Attorneys for Defendants and |
| *TAP Pharmaceutical Products, Inc.* | Counterclaim-Plaintiffs |
| | *Teva Pharmaceuticals USA, Inc. and* |
| | *Teva Pharmaceutical Industries Ltd.* |

OF COUNSEL:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000
Attorneys for Plaintiff and
Counterclaim-Defendant
*Takeda Pharmaceutical Company, Ltd.*

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1 chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470
Attorneys for Plaintiff and
Counterclaim-Defendant
*Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh, Jr.
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER L.L.P.
1133 Avenue of the Americas
New York, NY 10036
(212) 366-2000
Attorneys for Plaintiff and
Counterclaim-Defendant
*TAP Pharmaceutical Products, Inc.*

OF COUNSEL:
John L. North
Jeffrey J. Toney
Jeffrey. D. Blake
SUTHERLAND ASBILL & BRENNAN L.L.P.
999 Peachtree Street
Atlanta, GA 30309-3996
(404) 853-8000
Attorneys for Defendants and
Counterclaim-Plaintiffs
*Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.*

SO ORDERED this 26th day of October, 2006.

_____
Hon. Sue L. Robinson
United States District Judge