IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-33-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Non-Party Hamre, Schumann, Mueller & Larson, P.C.'s Responses and Objections to Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Ltd's Subpoena was served on October 16, 2006 on the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

Dated:  October 25, 2006                     CONNOLLY BOVE LODGE & HUTZ LLP

                                              /s/ Arthur G. Connolly, III
                                             Arthur G. Connolly, III (No. 2667)
                                             The Nemours Building
                                             1007 North Orange Street
                                             P. O. Box 2207
                                             Wilmington, DE  19899-2201
                                             (302) 658-9141

                                             Attorneys for
                                             *Hamre, Schumann, Mueller & Larson, P.C*

Of Counsel:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

        /s/Arthur G. Connolly, III
        Arthur G. Connolly, III (#2667)

#445241_1