IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-33-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff Takeda Pharmaceutical Company, Ltd.'s Responses and Objections to Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Interrogatories (Nos. 1-9) was served on October 23, 2006 on the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL AND FEDERAL EXPRESS**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

Dated: October 25, 2006  CONNOLLY BOVE LODGE & HUTZ LLP

 /s/ Arthur G. Connolly, III  
Arthur G. Connolly, III (No. 2667)  
The Nemours Building  
1007 North Orange Street  
P. O. Box 2207  
Wilmington, DE 19899-2201  
(302) 658-9141  

Attorneys for Plaintiff  
*Takeda Pharmaceutical Company Ltd.*

Of Counsel:

Eric J. Lobenfeld  
Tedd W. Van Buskirk  
Arlene L. Chow  
HOGAN & HARTSON L.L.P.  
875 Third Avenue  
New York, New York 10022  
(212) 918-3000  

Philippe Y. Riesen  
HOGAN & HARTSON L.L.P.  
Shinjuku Center Building, 46th Floor  
25-1 Nishi-Shinjuku 1-chome  
Shinjuku, Tokyo 163-0646  
Japan  
(81) 3-5908-4070

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

        /s/Arthur G. Connolly, III
        Arthur G. Connolly, III (#2667)

#445241_1