IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC., a Delaware Corporation,<br><br>  Plaintiffs and<br>   Counterclaim-Defendants,<br><br>  vs.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation,<br><br>  Defendants and<br>   Counterclaim-Plaintiffs. | Civil Action No. 06-33-SLR |

**TAKEDA PHARMACEUTICAL COMPANY, LTD.'s
RULE 30(b)(6) NOTICE OF DEPOSITION TO
TEVA PHARMACEUTICALS USA, INC. AND
TEVA PHARMACEUTICAL INDUSTRIES LTD.**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Takeda Pharmaceutical Company, Ltd. ("Takeda"), by and through its attorneys, will take the depositions upon oral examination of Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (individually and collectively "Teva") before a notary public or other officer authorized by law to administer oaths, at the offices of Hogan & Hartson, L.L.P., 875 Third Avenue, New York, NY 10022, or at such other time and place as the parties agree, commencing on December 20, 2006, and continuing day-to-day thereafter until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Teva is required to designate and produce for deposition one or more officers, directors, or managing agents, or other persons who consent to testify on their behalf, who shall testify as to matters known or reasonably available to Teva concerning each of the matters listed on Schedule A hereto. By December 6, 2006, Teva should inform Takeda of the person(s) designated to testify on its behalf with respect to these matters and specify the matters on which each person will testify.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the method by which testimony shall be recorded will be by stenographic transcription and/or by videotape. You are invited to attend and cross-examine.

The Definitions and Instructions set forth in Plaintiffs Takeda Pharmaceutical Company, Ltd.'s and TAP Pharmaceutical Products, Inc.'s First Set of Requests to Defendant Teva Pharmaceutical Products USA, Inc. for the Production of Documents and Things are incorporated herein by reference.

CONNOLLY BOVE LODGE & HUTZ LLP

November 17, 2006

By: /s/ Arthur G. Connolly III
Arthur G. Connolly III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
Attorneys for Plaintiff
*Takeda Pharmaceutical Company, Ltd.*

*Of Counsel*:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Hamann, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996


/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#445241_1