# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES, LTD., an Israeli Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-33-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff Takeda Pharmaceutical Company, Ltd.'s Responses and Objections to Defendant Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.'s Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) was served on December 13, 2006 on the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
John L. North, Esq.
Jeffrey J. Toney, Esq.
Jeffrey D. Blake, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

2

| | |
|---|---|
| Dated: December 14, 2006 | CONNOLLY BOVE LODGE & HUTZ LLP |
| | |
| | /s/ Arthur G. Connolly, III_____ |
| | Arthur G. Connolly, III (No. 2667) |
| | The Nemours Building |
| | 1007 North Orange Street |
| | P. O. Box 2207 |
| | Wilmington, DE  19899-2201 |
| | (302) 658-9141 |
| | |
| | Attorneys for Plaintiff |
| | *Takeda Pharmaceutical Company Ltd.* |

Of Counsel:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

                                                                /s/Arthur G. Connolly, III
                                                                Arthur G. Connolly, III (#2667)