IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 06-33-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Takeda Pharmaceutical Company Ltd.'s First Set of Requests for Admission (Nos. 1-3) to Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. was served on December 19, 2006 on the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Blake, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

Dated: December 28, 2006          CONNOLLY BOVE LODGE & HUTZ LLP

                                                  /s/ Arthur G. Connolly, III
                                           Arthur G. Connolly, III (No. 2667)
                                           The Nemours Building
                                           1007 North Orange Street
                                           P. O. Box 2207
                                           Wilmington, DE 19899-2201
                                           (302) 658-9141

                                           Attorneys for Plaintiffs
                                           *Takeda Pharmaceutical Company Ltd.*

Of Counsel:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

*Attorneys for Plaintiff Takeda Pharmaceutical Company Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#445241_1