IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC. a Delaware Corporation,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES, LTD., an Israeli Corporation,<br><br>    Defendants and Counterclaim-Plaintiffs. | Civil Action No. 06-33-SLR |

**PLAINTIFF TAKEDA PHARMACEUTICAL COMPANY, LTD.'S
<u>NOTICE OF DEPOSITION OF RICHARD S. EGOSI</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure ("Federal Rules"), Plaintiff Takeda Pharmaceutical Company, Ltd., by and through its attorneys, will take the deposition upon oral examination of Richard S. Egosi before a notary public or other officer authorized by law to administer oaths, at the offices of Hogan & Hartson LLP, 875 Third Avenue, New York, NY 10022 or such other location to which the parties may agree, commencing at 9:30 a.m. on Tuesday, February 13, 2007 and continuing day-to-day thereafter until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal Rules, the method by which testimony shall be recorded will be by stenographic transcription and/or by videotape. You are invited to attend and cross-examine.

CONNOLLY BOVE LODGE & HUTZ LLP

January 5, 2007                  By: /s/ Arthur G. Connolly, III
                                 Arthur G. Connolly, III (#2667)
                                 The Nemours Building
                                 1007 North Orange Street
                                 P.O. Box 2207
                                 Wilmington, DE 19801
                                 (302) 658-9141
                                 Attorneys for Plaintiff
                                 *Takeda Pharmaceutical Company, Ltd.*

*Of Counsel*:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

                                                /s/Arthur G. Connolly, III
                                                Arthur G. Connolly, III (#2667)

#445241_1