## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC. a Delaware Corporation, | |
| Plaintiffs and Counterclaim-Defendants, | Civil Action No. 06-33-SLR |
| vs. | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES, LTD., an Israeli Corporation, | |
| Defendants and Counterclaim-Plaintiffs. | |

### PLAINTIFF TAKEDA PHARMACEUTICAL COMPANY, LTD.'S
### NOTICE OF DEPOSITION OF SIMONA DI CAPUA

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure ("Federal Rules"), Plaintiff Takeda Pharmaceutical Company, Ltd., by and through its

attorneys, will take the deposition upon oral examination of Simona Di Capua before a notary

public or other officer authorized by law to administer oaths, at the offices of Hogan & Hartson

LLP, 875 Third Avenue, New York, NY 10022 or such other location to which the parties may

agree, commencing at 9:30 a.m. on Thursday, January 18, 2007 and continuing day-to-day

thereafter until completed.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(2) of the Federal

Rules, the method by which testimony shall be recorded will be by stenographic transcription

and/or by videotape. You are invited to attend and cross-examine.

CONNOLLY BOVE LODGE & HUTZ LLP

January 5, 2007

By: _____

Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
Attorneys for Plaintiff
*Takeda Pharmaceutical Company, Ltd.*

*Of Counsel*:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2007, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF which will send notification of such filing

to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

　　　　　　　　　　　　　　　　　　　　/s/Arthur G. Connolly, III
　　　　　　　　　　　　　　　　　　　　Arthur G. Connolly, III (#2667)

#445241_1