IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC., a Delaware Corporation,<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim-Defendants,<br><br>　vs.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli Corporation,<br><br>　　　　Defendants and<br>　　　　Counterclaim-Plaintiffs. | Civil Action No. 06-33-SLR |

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)**

　　　　IT IS HEREBY STIPULATED, by and among the undersigned attorneys for all parties herein, that:

　　　　1.　　Plaintiffs' claims with respect to U.S. Patent Nos. 5,093,132, 5,433,959, and 5,026,560 as set forth in the Amended Complaint (i.e. Third, Fourth, Seventh, Eighth, Ninth and Tenth Claims for Relief) in the above-captioned action are dismissed with prejudice.

　　　　2.　　Defendants' claims with respect to U.S. Patent Nos. 5,093,132, 5,433,959, and 5,026,560 as set forth in the Answer, Defenses and Counterclaims to Amended Complaint (i.e. Counts Two, Four, Five, Seven, Nine and Ten) in the above-captioned action are dismissed with prejudice.

3. The dismissals set forth in paragraphs 1 and 2 are limited to the products described in Abbreviated New Drug Application ("ANDA") 77-255, as of the date of the Complaint in this action, January 17, 2006.

4. The parties shall bear their own costs.

Dated: Wilmington, DE

    January 23, 2007

AGREED TO BY:

| CONNOLLY BOVE LODGE & HUTZ L.L.P. | YOUNG CONAWAY STARGATT & TAYLOR L.L.P. |
|---|---|
| /s/ Arthur G. Connolly, III | /s/ Karen L. Pascale |
| Arthur G. Connolly, III (#2667) | Josy W. Ingersoll (#1088) |
| The Nemours Building | John W. Shaw (#3362) |
| 1007 North Orange Street | Karen L. Pascale (#2903) |
| P.O. Box 2207 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| (302) 658-9141 | P.O. Box 391 |
| Attorneys for Plaintiffs and | Wilmington, DE 19899-0391 |
| Counterclaim-Defendants | (302) 571-6600 |
| *Takeda Pharmaceutical Company, Ltd. and TAP Pharmaceutical Products, Inc.* | Attorneys for Defendants and Counterclaim-Plaintiffs *Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* |

| | |
|---|---|
| OF COUNSEL:<br>Eric J. Lobenfeld<br>Tedd W. Van Buskirk<br>Arlene L. Chow<br>HOGAN & HARTSON L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000<br>Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>*Takeda Pharmaceutical Company, Ltd.* | OF COUNSEL:<br>John L. North<br>Jeffrey J. Toney<br>Jeffrey. D. Blake<br>SUTHERLAND ASBILL & BRENNAN L.L.P.<br>999 Peachtree Street<br>Atlanta, GA 30309-3996<br>(404) 853-8000<br>Attorneys for Defendants and<br>Counterclaim-Plaintiffs<br>*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.* |

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1 chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470
Attorneys for Plaintiff and
Counterclaim-Defendant
*Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh, Jr.
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER L.L.P.
1133 Avenue of the Americas
New York, NY 10036
(212) 366-2000
Attorneys for Plaintiff and
Counterclaim-Defendant
*TAP Pharmaceutical Products, Inc.*

SO ORDERED this ___ day of _____, 2007.

_____
Hon. Sue L. Robinson
United States District Judge

\\\NY - 083369/000012 - 970958 v1