## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., and TAP PHARMACEUTICAL PRODUCTS INC., | ) ) ) | |
| Plaintiffs and Counterclaim-Defendants, | ) ) ) | |
| v. | ) ) | C.A. No. 06-33-SLR |
| TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) | |
| Defendants and Counterclaim-Plaintiffs. | ) ) ) | |

### NOTICE OF SERVICE

The undersigned, counsel for defendant and counterclaim-plaintiff Teva Pharmaceutical

Industries Ltd. ("Teva Ltd."), hereby certifies that on January 29, 2007, copies of :

*Defendant Teva Pharmaceutical Industries Ltd.'s Second Set of Interrogatories (No. 10) to Plaintiff Takeda Pharmaceutical Company, Ltd.;* and

*Defendant Teva Pharmaceutical Industries Ltd.'s Second Set of Interrogatories (No. 9) to Plaintiff TAP Pharmaceutical Products Inc.*,

were caused to be served upon the following counsel of record as indicated below:

### By Hand Delivery & E-Mail

Arthur G. Connolly, III [aconnollyIII@cblh.com]
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

### By E-Mail

Eric J. Lobenfeld [ejlobenfed@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone:  (212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Telephone:  (81) 3-5908-0407

William F. Cavanaugh [wfcavanuagh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000

Additionally, the undersigned certifies that copies of this Notice of Service were

caused to be served on January 29, 2007 upon the following counsel of record in the manner

indicated:

### By CM/ECF & Hand Delivery & E-Mail

Arthur G. Connolly, III [aconnollyIII@cblh.com]
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19801

### By E-Mail

Eric J. Lobenfeld [ejlobenfed@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone:  (212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Telephone:  (81) 3-5908-0407

William F. Cavanaugh [wfcavanuagh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000

                                    YOUNG CONAWAY STARGATT & TAYLOR LLP

January 29, 2007

                                    _____
                                    Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
                                    John W. Shaw (No. 3362) [jshaw@ycst.com]
                                    Karen L. Pascale (No. 2903) [kpascale@ycst.com]
                                    Karen E. Keller (No. 4489) [kkeller@ycst.com]
                                    The Brandywine Building
                                    1000 West St., 17th Floor
                                    P.O. Box 391
                                    Wilmington, Delaware 19899-0391
                                    Phone:  302-571-6600

                                    SUTHERLAND ASBILL & BRENNAN LLP
                                    John L. North
                                    Jeffrey J. Toney
                                    Jeffrey D. Blake
                                    999 Peachtree Street
                                    Atlanta, Georgia 30309-3996
                                    Phone:  404-853-8000

                                        *Attorneys for Defendant and Counterclaim-
                                        Plaintiff, Teva Pharmaceutical Industries Ltd.*