IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., and TAP PHARMACEUTICAL PRODUCTS INC.,<br><br>      Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>      Defendants and Counterclaim-Plaintiffs. | C.A. No. 06-33-SLR |

## NOTICE OF SERVICE

The undersigned, counsel for defendants and counterclaim-plaintiffs Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), hereby certifies that on February 20, 2007, copies of :

*Defendant Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.'s Responses to Plaintiff Takeda's Second Set of Requests for the Production of Documents and Things (Nos. 43-45);*

were caused to be served upon the following counsel of record as indicated below:

### By Hand Delivery & E-Mail

Arthur G. Connolly, III [aconnollyIII@cblh.com]
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

### By E-Mail

Eric J. Lobenfeld [ejlobenfed@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

        Philippe Y. Riesen [pyriesen@hhlaw.com]
        HOGAN & HARTSON LLP
        Shinjuku Center Building, 46th Floor
        25-1 Nishi-Shinjuku 1-chome
        Shinjuku, Tokyo 163-0646
        Telephone: (81) 3-5908-0407

        William F. Cavanaugh [wfcavanuagh@pbwt.com]
        Stuart E. Pollack [sepollack@pbwt.com]
        Chad J. Peterman [cjpeterman@pbwt.com]
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, New York 10036
        Telephone: (212) 336-2000

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on February 20, 2007 upon the following counsel of record in the manner indicated:

        *By CM/ECF & Hand Delivery & E-Mail*

        Arthur G. Connolly, III [aconnollyIII@cblh.com]
        CONNOLLY BOVE LODGE & HUTZ LLP
        The Nemours Building
        1007 North Orange Street
        P.O. Box 2207
        Wilmington, DE 19801

        *By E-Mail*

        Eric J. Lobenfeld [ejlobenfed@hhlaw.com]
        Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
        Arlene L. Chow [alchow@hhlaw.com]
        HOGAN & HARTSON LLP
        875 Third Avenue
        New York, NY 10022
        Telephone: (212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Telephone: (81) 3-5908-0407

William F. Cavanaugh [wfcavanuagh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000

February 20, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
Jeffrey D. Blake
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000

*Attorneys for Defendants and Counterclaim-Plaintiffs, Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd.*