IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>Defendant. | C.A. No. 06-33-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs Takeda Pharmaceutical Company Ltd. and TAP Pharmaceutical Products Inc.'s Second Set of Supplemental Responses and Objections to Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Interrogatories (Nos. 1-2) was served on March 22, 2007 on the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL
AND HAND DELIVERY**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL
AND FEDERAL EXPRESS**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Blake, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

CONNOLLY BOVE LODGE & HUTZ LLP

March 26, 2007

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
Attorneys for Plaintiffs
*Takeda Pharmaceutical Company, Ltd.* and
*TAP Pharmaceutical Products Inc.*

*Of Counsel*:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

*Attorneys for Plaintiff Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh, Jr.
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 26, 2007, I caused the foregoing document to be served upon the following counsel of record in the manner indicated:

**VIA CM/ECF:**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Jeffrey J. Toney, Esq.
Jeffrey D. Blake
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, GA 30309-3996

                                          /s/ Arthur G. Connolly, III
                                          Arthur G. Connolly, III (#2667)