IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br><br>Defendant. | C.A. No. 06-33-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs Takeda Pharmaceutical Company, Ltd.'s and TAP Pharmaceutical Products, Inc.'s Responses and Objections to Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Requests for Admission to Plaintiffs was served on April 12, 2007 on the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
John L. North, Esq.
Jeffrey J. Toney, Esq.
John D. Blake, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

CONNOLLY BOVE LODGE & HUTZ LLP

April 13, 2007

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
Attorneys for Plaintiffs
*Takeda Pharmaceutical Company, Ltd.* and
*TAP Pharmaceutical Products Inc.*

***Of Counsel***:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

*Attorneys for Plaintiff Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh, Jr.
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2007, I caused the foregoing document to be served upon the following counsel of record in the manner indicated:

**VIA CM/ECF:**
Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Jeffrey J. Toney, Esq.
Jeffrey D. Blake
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, GA 30309-3996

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)