IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS, INC. a Delaware Corporation,<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim-Defendants,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES, LTD., an Israeli Corporation,<br><br>　　　　Defendants and<br>　　　　Counterclaim-Plaintiffs. | Civil Action No. 06-33-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the Scheduling Order (D.I. 26), entered March 22, 2006, in this action, as amended by the Stipulation (D.I. 64), entered October 17, 2006, be further amended as follows:

1) Expert reports on issues for which the parties have the burden of proof shall be due June 15, 2007. Rebuttal expert reports shall be due July 13, 2007.

2) On July 27, 2007, the parties shall exchange lists of those claim terms that they believe need construction and their proposed claim construction of those terms.

3) Expert Discovery shall be completed by August 31, 2007.

4) Parties shall file simultaneous opening claim construction briefs on September 7, 2007. Simultaneous response briefs shall be filed by September 21, 2007.

5) All Daubert motions shall be filed on or before September 14, 2007.

1

2

6) Each party shall serve a list of each fact witness it intends to call at trial (including any expert witness who is also expected to give fact testimony) by September 14, 2007. Each party shall serve a list of each rebuttal fact witness that it intends to call at trial by September 28, 2007. Depositions of any such fact witnesses who have not previously been deposed in this case shall be held on or before October 26, 2007.

7) All other dates in the Scheduling Order shall remain unchanged.

Dated: April 23, 2007

AGREED TO BY:

| CONNOLLY BOVE LODGE & HUTZ L.L.P. | YOUNG CONAWAY STARTGATT & TAYLOR L.L.P. |
|---|---|
| /s/ Arthur G. Connolly, III<br>Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801<br>(302) 658-9141<br>Attorneys for Plaintiffs and<br>Counterclaim-Defendants<br>*Takeda Pharmaceutical Company, Ltd. and TAP Pharmaceutical Products, Inc.* | /s/ Karen L. Pascale<br>Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Karen L. Pascale (#2903)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>Attorneys for Defendants and<br>Counterclaim-Plaintiffs<br>*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.* |

\\NY - 083369/000012 - 1036951 v1

OF COUNSEL:
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000
Attorneys for Plaintiff and
Counterclaim-Defendant
*Takeda Pharmaceutical Company, Ltd.*

Philippe Y. Riesen
HOGAN & HARTSON L.L.P.
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1 chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470
Attorneys for Plaintff and
Counterclaim-Defendant
*Takeda Pharmaceutical Company, Ltd.*

William F. Cavanaugh, Jr.
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER L.L.P.
1133 Avenue of the Americas
New York, NY 10036
(212) 366-2000
Attorneys for Plaintiff and
Counterclaim-Defendant
*TAP Pharmaceutical Products, Inc.*

OF COUNSEL:
John L. North
Jeffrey J. Toney
Jeffrey D. Blake
SUTHERLAND ASBILL & BRENNAN L.L.P.
999 Peachtree Street
Atlanta, GA 30309-3996
(404) 853-8000
Attorneys for Defendants and
Counterclaim-Plaintiffs
*Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.*

SO ORDERED this ___ day of _____, 2007.

_____
Hon. Sue L. Robinson
United States District Judge

3