IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br>        Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC. a Delaware Corporation,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-33<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff, Takeda Pharmaceutical Company, Ltd., in this matter:

> Dillon Kim
> HOGAN & HARTSON L.L.P.
> 875 Third Avenue
> New York, NY 10022
> Tel: (212) 918-3000
> Fax: (212) 918-3100
> E-mail: dkim@hhlaw.com

                                    CONNOLLY BOVE LODGE & HUTZ LLP

Dated: June 7, 2007             /s/ Arthur G. Connolly, III
                                Arthur G. Connolly, III (#2667)
                                The Nemours Building
                                1007 North Orange Street
                                Wilmington, DE  19801
                                (302) 658-9141
                                *Attorneys for Plaintiffs*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of June 2007, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Dillon Kim
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000

Dated: June 5, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Karen L. Pascale, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19899

John L. North, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#445241_1