IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>      Plaintiffs and<br>      Counterclaim-Defendants,<br><br>      v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES, LTD., an Israeli Corporation,<br><br>      Defendants and<br>      Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-033-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to D. Del. LR 83.7, Connolly Bove Lodge & Hutz LLP hereby withdraws its appearance, and Morris, Nichols, Arsht & Tunnell LLP hereby enters its appearance, as counsel for plaintiffs Takeda Pharmaceutical Company, Ltd. and TAP Pharmaceutical Products Inc.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Arthur G. Connolly, III (#2667)*<br>Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, Delaware 19801<br>(302) 658-9141<br>aconnollyiii@cblh.com | */s/ Rodger D. Smith II (#3778)*<br>Jack B. Blumenfeld (#1014)<br>Mary B. Graham (#2256)<br>Rodger D. Smith II (#3778)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 658-9200<br>rsmith@mnat.com |

June 8, 2007
853908

**CERTIFICATE OF SERVICE**

        I, Rodger D. Smith II, hereby certify that on June 8, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

    Karen L. Pascale
    Young Conaway Stargatt & Taylor LLP

and that on June 8, 2007, I caused copies to be served upon the following in the manner indicated:

**BY EMAIL & HAND**

    Karen L. Pascale
    Young Conaway Stargatt & Taylor LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801
    kpascale@ycst.com

**BY EMAIL**

    Laura Fahey Fritts
    Sutherland Asbill & Brennan LLP
    999 Peachtree Street, N.E.
    Atlanta, GA 30309-3996
    laura.fritts@sablaw.com

    *Rodger D. Smith II (#3778)*
    Rodger D. Smith II (#3778)
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    (302) 658-9200
    rsmith@mnat.com