IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES, LTD., an Israeli Corporation, <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 06-033-SLR |

**STIPULATION TO EXTEND TIME**

WHEREAS, plaintiffs have requested additional time in which to prepare and serve their Opening Expert Reports;

WHEREAS, defendants do not oppose plaintiffs' request for additional time; and

WHEREAS, plaintiffs have agreed that they will not seek additional extensions of time with respect to the service of expert reports;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the date for service of Opening Expert Reports shall be extended until June 26, 2007, and the date for service of Rebuttal Expert Reports shall be extended until July 23, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ RODGER D. SMITH II (#3778) | /s/ KAREN L. PASCALE (#2903) |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Mary B. Graham (#2256) | John W. Shaw (#3362) |
| Rodger D. Smith II (#3778) | Karen L. Pascale (#2903) |
| James W. Parrett, Jr. (#4292) | The Brandywine Building |
| 1201 N. Market Street | 1000 West St., 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-0391 |
| (302) 658-9200 | (302) 571-6600 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

OF COUNSEL:                                  OF COUNSEL:

HOGAN & HARTSON LLP                          SUTHERLAND, ASBILL & BRENNAN LLP
Eric J. Lobenfeld                            John L. North
Tedd W. Van Buskirk                          Jeffrey J. Toney
Arlene L. Chow                               Jeffrey D. Blake
Dillon Kim                                   Laura Fahey Fritts
875 Third Avenue                             999 Peachtree Street
New York, NY 10022                           Atlanta, GA 30309-3996
(212) 918-3000                               (404) 853-8000

Phillipe Y Riesen                            *Attorneys for Defendants,*
Shinjuku Center Building, 46th Floor         *Teva Pharmaceuticals USA, Inc. and*
25-1 Nishi-Shinjuku 1-chome                  *Teva Pharmaceutical Industries Ltd.*
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

Richard de Bodo
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600

*Attorneys for Takeda Pharmaceutical Company Ltd.*

PATTERSON BELKNAP WEBB & TYLER LLP
William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000

*Attorneys for TAP Pharmaceutical Products Inc.*

                              SO ORDERED this _____ day of _____, 2007.

                              _____
                              UNITED STATES DISTRICT JUDGE

865445