IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., and TAP PHARMACEUTICAL PRODUCTS INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-033 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Expert Report of Dr. Gordon Amidon;* (2) *Expert Report of M. Brian Fennerty;* (3) *Second Expert Report of Christopher Lipinski, Ph.D.;* and (4) *First Expert Report of Professor Brendan J. R. Whittle, Ph.D.* were caused to be served on July 30, 2007 upon the following in the manner indicated:

**BY E-MAIL & OVERNIGHT DELIVERY**

Jeffrey D. Blake, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE
Atlanta, GA  30309-3996
**jeffrey.blake@sablaw.com**

Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-1391
**kpascale@ycst.com**

**BY E-MAIL**

John L. North, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**john.north@sablaw.com**

Jeffrey J. Toney, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
**jeffrey.toney@sablaw.com**

<table>
<tr><td>

OF COUNSEL:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
212.918.3000

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600

*Attorneys for Takeda
Pharmaceutical Company Limited*


William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

*Attorneys for TAP
Pharmaceutical Products Inc.*

Dated: July 31, 2007

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

*Attorneys for Takeda Pharmaceutical
Company Ltd., and TAP
Pharmaceutical Products Inc.*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Karen L. Pascale, Esquire
>Karen E. Keller, Esquire
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 31, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Karen L. Pascale, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>**kpascale@ycst.com** | Laura Fahey Fritts, Esquire<br>SUTHERLAND ASBILL & BRENNAN LLP<br>**laura.fritts@sablaw.com** |
| John L. North, Esquire<br>SUTHERLAND ASBILL & BRENNAN LLP<br>**john.north@sablaw.com** | Jeffrey D. Blake<br>SUTHERLAND ASBILL & BRENNAN LLP<br>**jeffrey.blake@sablaw.com** |
| Jeffrey J. Toney, Esquire<br>SUTHERLAND ASBILL & BRENNAN LLP<br>**jeffrey.toney@sablaw.com** | |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

972693