**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD.,<br>a Japanese Corporation, and<br>TAP PHARMACEUTICAL PRODUCTS INC.,<br>a Delaware Corporation, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs and<br>Counterclaim-Defendants, | )<br>)<br>) | C.A. No. 06-033-SLR |
| v. | )<br>) | |
| TEVA PHARMACEUTICALS USA, INC.,<br>a Delaware Corporation, and<br>TEVA PHARMACEUTICAL INDUSTRIES, LTD.,<br>an Israeli Corporation, | )<br>)<br>)<br>)<br>) | |
| Defendants and<br>Counterclaim-Plaintiffs. | )<br>) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the date for filing Opening Claim Construction Briefs shall be extended until September 10, 2007, and the date for filing Answering Claim Construction Briefs shall be extended until September 24, 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| */S/ RODGER D. SMITH II (#3778)* | */S/ KAREN L. PASCALE (#2903)* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Mary B. Graham (#2256) | John W. Shaw (#3362) |
| Rodger D. Smith II (#3778) | Karen L. Pascale (#2903) |
| James W. Parrett, Jr. (#4292) | The Brandywine Building |
| 1201 N. Market Street | 1000 West St., 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE  19899-1347 | Wilmington, DE  19899-0391 |
| (302) 658-9200 | (302) 571-6600 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

OF COUNSEL:

HOGAN & HARTSON LLP
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
875 Third Avenue
New York, NY  10022
(212) 918-3000

Phillipe Y Riesen
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo  163-0646
Japan
(81) 3-5908-4070

Richard de Bodo
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
(310) 785-4600

*Attorneys for Takeda Pharmaceutical
Company Ltd.*

PATTERSON BELKNAP WEBB & TYLER LLP
William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000

*Attorneys for TAP Pharmaceutical
Products Inc.*

OF COUNSEL:

SUTHERLAND, ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
Jeffrey D. Blake
Laura Fahey Fritts
999 Peachtree Street
Atlanta, GA  30309-3996
(404) 853-8000

*Attorneys for Defendants,
Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.*

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

865445