IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., and TAP PHARMACEUTICAL PRODUCTS INC., <br><br>　　　　Plaintiffs and <br>　　　　Counterclaim-Defendants, <br><br>　　　　v. <br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., <br><br>　　　　Defendants and <br>　　　　Counterclaim-Plaintiffs. | C.A. No. 06-033-SLR |

## STIPULATED AMENDMENT TO PROTECTIVE ORDER

WHEREAS, the parties in this action, plaintiffs Takeda Pharmaceutical Company, Ltd. ("Takeda") and TAP Pharmaceutical Products, Inc. ("TAP"), and defendant Teva Pharmaceuticals USA, Inc. ("Teva"), requested, and the Court has entered, a Stipulated Protective Order in this matter (D.I. 32, entered June 1, 2006); and

WHEREAS, Takeda Pharmaceutical Company Ltd. ("Takeda"), TAP Pharmaceutical Products Inc. ("TAP"), and Ethypharm, S.A. ("Ethypharm"), and Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") (hereinafter referred to as "Parties") are participating in discovery in *Takeda Pharmaceutical Company Ltd., et al. v. Teva Pharmaceuticals USA, Inc., et al.*, C. A. No. 07-331-SLR (D. Del., filed May 25, 2007) (the "Second Lansoprazole Action"); and

WHEREAS, the Parties have entered into, and the court has accepted, a Stipulation Regarding Cross-Designation in the Second Lansoprazole Action (D.I. 29 in C.A. No. 07-331-SLR, entered September 7, 2007), which permits the Parties to use all discovery provided in this Action in the Second Lansoprazole Action; and

1

WHEREAS the Parties to the Stipulated Protective Order in this matter wish to amend the limitations found in paragraphs 3 and 9 requiring them to use discovery information provided in this matter for purposes of pursuing this matter only, so they may use said discovery information for purposes of the Second Lansoprazole Matter.

IT IS HEREBY ORDERED that the Stipulated Protective Ordered entered by this Court on June 1, 2006 (D.I. 32), is amended to permit the Parties to use discovery information provided in this matter for the purposes of pursuing this matter or the Second Lansoprazole Matter.

STIPULATED AND AGREED TO BY:

| MORRIS, NICHOLS, ARSHT & TUNNEL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ *Rodger D Smith* | /s/ *Karen L. Pascale* |
| Mary B. Graham (#2256)<br>Rodger D. Smith (#3778)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Karen L. Pascale (#2903)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600 |
| – and – | – and – |
| **HOGAN & HARTSON LLP**<br>Eric J. Lobenfeld<br>Tedd W. Van Buskirk<br>Arlene L. Chow<br>Dillon Kim<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000 | **SUTHERLAND ASBILL & BRENNAN LLP**<br>John L. North<br>Jeffrey J. Toney<br>Ann G. Fort<br>999 Peachtree Street<br>Atlanta, GA 30309-3996<br>(404) 853-8000<br><br>*Attorneys for Defendants,*<br>*Teva Pharmaceuticals USA, Inc. and Teva Industries Ltd.* |

Phillipe Y Riesen
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

Richard de Bodo
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 785-4600

*Attorneys for Takeda Pharmaceutical Company Limited*

- and -

**PATTERSON BELKNAP WEBB & TYLER LLP**
William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
1133 Avenue of the Americas
New York, New York  10036
Phone: 212-336-2000

*Attorneys for TAP Pharmaceutical Products Inc.*


SO ORDERED this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 7, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Mary B. Graham [mgraham@mnat.com]
>Rodger D. Smith II [rsmith@mnat.com]
>James W. Parrett, Jr. [jparrett@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200

I further certify that on September 7, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-Mail*

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Dillon Kim [dkim@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiffs Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
Melissa Mandrgoc [mmandrgoc@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Defendants and Counterclaim Plaintiffs, Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*