# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., a Japanese Corporation, and TAP PHARMACEUTICAL PRODUCTS INC., a Delaware Corporation,<br><br>       Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, and TEVA PHARMACEUTICAL INDUSTRIES, LTD., an Israeli Corporation,<br><br>       Defendants and Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-033-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the date for filing Opening Claim Construction Briefs shall be extended until September 11, 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ Rodger D. Smith II (#3778) | /s/ Karen L. Pascale (#2903) |
| Jack B. Blumenfeld (#1014)<br>Mary B. Graham (#2256)<br>Rodger D. Smith II (#3778)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>Karen L. Pascale (#2903)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6600<br>*Attorneys for Defendants* |

2

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| HOGAN & HARTSON LLP<br>Eric J. Lobenfeld<br>Tedd W. Van Buskirk<br>Arlene L. Chow<br>Dillon Kim<br>875 Third Avenue<br>New York, NY  10022<br>(212) 918-3000 | SUTHERLAND, ASBILL & BRENNAN LLP<br>John L. North<br>Jeffrey J. Toney<br>Jeffrey D. Blake<br>Laura Fahey Fritts<br>999 Peachtree Street<br>Atlanta, GA  30309-3996<br>(404) 853-8000 |
| Phillipe Y Riesen<br>Shinjuku Center Building, 46th Floor<br>25-1 Nishi-Shinjuku 1-chome<br>Shinjuku, Tokyo  163-0646<br>Japan<br>(81) 3-5908-4070 | *Attorneys for Defendants,*<br>*Teva Pharmaceuticals USA, Inc. and*<br>*Teva Pharmaceutical Industries Ltd.* |
| Richard de Bodo<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>(310) 785-4600 | |
| *Attorneys for Takeda Pharmaceutical*<br>*Company Ltd.* | |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>William F. Cavanaugh<br>Stuart E. Pollack<br>Chad J. Peterman<br>1133 Avenue of the Americas<br>New York, NY  10036<br>(212) 336-2000 | |
| *Attorneys for TAP Pharmaceutical*<br>*Products Inc.* | |

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

865445