IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., and TAP PHARMACEUTICAL PRODUCTS INC.,<br><br>　　　　Plaintiffs and Counterclaim-Defendants,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>　　　　Defendants and Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-033 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME FOR FILING DAUBERT MOTIONS

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for filing any Daubert challenges is deferred until the time set for post-trial briefing.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *James W. Parrett, Jr.*
_____
Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
302.658.9200

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen L. Pascale*
_____
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801
302.571.6600

*Attorneys for Defendants*

- 2 -

OF COUNSEL:

HOGAN & HARTSON LLP
Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
875 Third Avenue
New York, New York 10022
212.918.3000

HOGAN & HARTSON LLP
Philippe Y. Riesen
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

HOGAN & HARTSON LLP
Richard de Bodo
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600

*Attorneys for Takeda*
*Pharmaceutical Company Limited*

PATTERSON BELKNAP WEBB & TYLER LLP
William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

*Attorneys for TAP*
*Pharmaceutical Products Inc.*

OF COUNSEL:

SUTHERLAND, ASBILL & BRENNAN, LLP
John J. North
Jeffrey J. Toney
Jeffrey D. Blake
Laura Fahey Fritts
999 Peachtree Street
Atlanta, GA 30309-3996

*Attorneys for Defendants,*
*Teva Pharmaceuticals USA, Inc. and*
*Teva Pharmaceutical Industries Ltd.*

SO ORDERED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE