# EXHIBIT 1

# United States Patent [19]

**Nohara et al.**

[11] **Patent Number:** **4,628,098**

[45] **Date of Patent:** **Dec. 9, 1986**

[54] **2-[2-PYRIDYLMETHYLTHIO-(SULFINYL)-]BENZIMIDAZOLES**

[75] Inventors: **Akira Nohara; Yoshitaka Maki**, both of Kyoto, Japan

[73] Assignee: **Takeda Chemical Industries, Ltd.,** Osaka, Japan

[21] Appl. No.: **760,568**

[22] Filed: **Jul. 29, 1985**

[30] **Foreign Application Priority Data**

Aug. 16, 1984 [JP]    Japan ................... 59-171069

[51] Int. Cl.$^4$ ..................................... **C07D 401/12**

[52] U.S. Cl. ........................................... **546/271**

[58] Field of Search ................................. 546/271

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,045,563 | 8/1977 | Berntsson et al. | 546/271 |
| 4,255,431 | 3/1981 | Junggren et al. | 546/271 |
| 4,472,409 | 9/1984 | Jenn-Bilfinger | 546/271 |
| 4,575,554 | 3/1986 | Sih | 546/271 |

**FOREIGN PATENT DOCUMENTS**

5129  10/1979  European Pat. Off. .

45200  2/1982  European Pat. Off. .
74341  3/1983  European Pat. Off. .
2134523A  8/1984  United Kingdom .

*Primary Examiner*—Jane T. Fan
*Attorney, Agent, or Firm*—Wegner & Bretschneider

[57]    **ABSTRACT**

The compound of the formula



wherein $R^1$ is hydrogen, methoxy or trifluoromethyl, $R^2$ and $R^3$ are independently hydrogen or methyl, $R^4$ is a $C_{2-5}$ fluorinated alkyl and n denotes 0 or 1, or a pharmacologically acceptable salt thereof is novel, and useful for prophylaxis and therapy of digestive ulcers (e.g. gastric ulcer, duodenal ulcer) and gastritis.

**36 Claims, No Drawings**

4,628,098

1

## 2-[2-PYRIDYLMETHYLTHIO-(SULFINYL)]BENZIMIDAZOLES

This invention relates to pyridine derivatives useful as e.g. anti-ulcer agents and to a method of preparing them.

As the pyridine derivatives having anti-ulcer activity, those disclosed in U.S. Pat. No. 4,255,431 (Japanese Unexamined Patent Laid-open No. 141783/79) and U.S. Pat. No. 4,472,409 (Japanese Unexamined Patent Laid-open No. 135881/83) etc. have been known.

However, while these known compounds have an acid-secretion-inhibiting action, their gastric mucous membrane protecting action is insufficient, thus being hardly considered satisfactory as anti-ulcer agents. Besides, these compounds are possessed of such drawbacks in the physico-chemical properties as being unstable and readily decomposed.

It is considered that gastrointestinal ulcer is induced by unbalance between aggressive factors, e.g. hydrochloric acid, pepsin, and defensive factors, e.g. mucus secretion and mucosal blood flow. Therefore, a medicine having both an action of inhibiting gastric acid secretion and an action of enhancing protection of gastric mucosa has been desired.

The present inventors diligently studied with the purpose of preparing an anti-ulcer agent having excellent actions of inhibiting gastric acid secretion, of protecting gastric mucosa and of antagonizing ulceration. They found that a certain type of pyridine derivatives meets the said purpose, and they conducted further study to accomplish the present invention.

The present invention relates to

(1) pyridine derivatives of the formula (I)



(I)

wherein $R^1$ is hydrogen, methoxy or trifluoromethyl, $R^2$ and $R^3$ are independently hydrogen or methyl, $R^4$ is a $C_{2-5}$ fluorinated alkyl, and n denotes 0 or 1, or their pharmacologically acceptable salts and

(2) a method for preparing a compound (I) or its pharmacologically acceptable salt, which comprises allowing a compound of the formula (II)



(II)

wherein $R^1$ is of the same meaning as defined above, to react with a compound of the formula (III)



(III)

2

wherein $R^2$, $R^3$ and $R^4$ are of the same meaning as defined above, one of $X^1$ and $X^2$ is SH and the other is a leaving group and, when necessary, by subjecting the reaction product to oxidation.

In the above formulae, $C_{2-5}$ fluorinated alkyl groups shown by $R^4$ are exemplified by 2,2,2-trifluoroethyl, 2,2,3,3,3-pentafluoropropyl, 2,2,3,3-tetrafluoropropyl 1-(trifluoromethyl)-2,2,2-trifluoroethyl, 2,2,3,3,4,4,4-heptafluorobutyl and 2,2,3,3,4,4,5,5-octafluoropentyl.

Examples of the leaving groups $X^1$ and $X^2$ in the above formulae are halogen, preferably chlorine, bromine or iodine, or a reactive esterified hydroxy group, e.g. an arylsulfonyloxy, for example, phenylsulfonyloxy or tosyloxy, or $C_{1-4}$ alkylsulfonyloxy, for example, methanesulfonyloxy, or an organic phosphoryloxy, for example, diphenylphosphoryloxy, dibenzylphosphoryloxy or di-$C_{1-4}$alkylphosphoryloxy and the like.

$R^1$ may be located at 4- or 5-position, and preferably at 5-position.

A sulfide derivative (I) (n=0), among the object compounds of this invention, can be prepared by allowing a compound (II) to react with a compound (III). It is convenient to conduct this reaction in the presence of a base. The base is exemplified by alkali metal hydride e.g. sodium hydride and potassium hydride; alkali metal e.g. metallic sodium; sodium alcoholate e.g. sodium methoxide and sodium ethoxide; alkali metal carbonate e.g. potassium carbonate and sodium carbonate; and organic amines e.g. triethylamine. The solvent used for the reaction is exemplified by alcohols e.g. methanol and ethanol, as well as dimethylformamide. The amount of a base used for the reaction is usually in a little excess to the equivalent, but it may be in a large excess. Specifically, it is about 1–10 equivalents, more preferably about 1–equivalents. The reaction temperature ranges usually from about 0° C. to about the boiling point of the solvent then used, more preferably from about 20° C. to about 80° C. The reaction time ranges from about 0.2 to about 24 hours, more preferably from about 0.5 to about 2 hours.

A sulfinyl derivative (I) (n=1), which is also among the object compounds of this invention, can be prepared by subjecting a compound (I) (n=0) to oxidation. The oxidizing agent to be employed here is exemplified by peracid e.g. m-chloroperbenzoic acid, peracetic acid, trifluoroperacetic acid and permaleic acid, or sodium bromite or sodium hypochlorite or hydrogen peroxide. The solvent used for the reaction is exemplified by halogenated hydrocarbon e.g. chloroform and dichloromethane, ethers e.g. tetrahydrofuran and dioxane, amides e.g. dimethylformamide, alcohols, e.g. methanol, ethanol, propanol, and t-butanol or water, and these solvents may used singly or in admixture. The oxidizing agent is used preferably in approximately equivalent or a little excess amount relative to the compound (I) (n=0). Specifically, it is about 1 to about 3 equivalents, more preferably about 1–1.5 equivalent. The reaction temperature ranges from that under ice-cooling to about the boiling point of the solvent then employed, usually from that under ice-cooling to room temperature, more preferably from about 0° C. to about 10° C. The reaction time usually ranges from about 0.1 to about 24 hours, more preferably from about 0.1 to about 4 hours.

The object compound (I) produced by the above reaction can be isolated and purified by conventional means e.g. recrystallization and chromatography.

4,628,098

3

The compound (I) of this invention may be led to pharmacologically acceptable salts thereof by per se conventional means, the salts being exemplified by hydrochloride, hydrobromide, hydroiodide, phosphate, nitrate, sulfate, acetate and citrate.

Among the compounds (I), those of n=0 give stable salts, while those of n=1 may exist as an aqueous solution though unstable.

The process of preparing the starting material (III) is described as follows.

(Process I)



(IV)



(VI)



(VII)



(VIII)

A nitro compound of the formula (IV) [wherein $R^2$ and $R^3$ are of the same meaning as defined above] is allowed to react with an alcohol derivative $R^4OH$ (V) [wherein $R^4$ is of the same meaning as defined above] in the presence of a base to give an alkoxy derivative of the formula (VI) [wherein $R^2$, $R^3$ and $R^4$ are of the same meaning as defined above]. The base is exemplified by alkali metal e.g. lithium, sodium and potassium; alkali metal hydride e.g. sodium hydride and potassium hydride; alcoholate e.g. potassium t-butoxide and sodium propoxide; alkali metal carbonate or hydrogen carbonate e.g. potassium carbonate, lithium carbonate, sodium carbonate, potassium hydrogen carbonate and sodium hydrogen carbonate; or alkali hydroxide e.g. sodium hydroxide and potassium hydroxide. The solvent used for the reaction is exemplified by, besides $R^4OH$ itself, ethers such as tetrahydrofuran and dioxane as well as ketones such as acetone and methyl ethyl ketone, aceto-

nitrile, dimethylformamide and hexamethylphosphoric acid triamide. The reaction temperature is suitably selected within the range from those under ice-cooling to those near the boiling point of the solvent used. The reaction time ranges usually from about 1 to about 48 hours.

The thus-obtained compound (VI) is subjected to heating (about 80° to about 120° C.) in the presence of acetic anhydride singly or together with a mineral acid e.g. sulfuric acid and perchloric acid to give a 2-acetoxymethylpyridine derivative of the formula (VII) [wherein $R^2$, $R^3$ and $R^4$ are of the same meaning as defined above]. The reaction time ranges usually from about 0.1 to about 10 hours.

Then, the compound (VII) is subjected to alkalihydrolysis to give a 2-hydroxymethyl pyridine derivative of the formula (VIII) [wherein $R^2$, $R^3$ and $R^4$ are of the same meaning as defined above]. The alkali is exemplified by sodium hydroxide, potassium hydroxide, potassium carbonate and sodium carbonate. The solvent used for the reaction is exemplified by methanol, ethanol and water. The reaction temperature ranges usually from about 20° C. to about 60° C. The reaction time is within the range of from about 0.1 to about 2 hours.

The compound (VIII) is further subjected to reaction with a chlorinating agent such as thionyl chloride, or an esterifying agent, e.g. an organic sulfonic acid chloride such as methanesulfonyl chloride or p-toluenesulfonyl chloride, or an organic phosphoric acid chloride such as diphenylphosphoryl chloride to give the compound (III). The amount of the chlorinating agent used for the reaction is usually in equivalent to a large excess relative to the compound (VIII). The solvent used for the reaction is exemplified by chloroform, dichloromethane and tetrachloroethane. The reaction temperature is usually within the range of from about 20° C. to about 80° C., and the reaction time is about 0.1 to about 2 hours.

The amount of the organic sulfonic acid chloride or organic phosphoric acid chloride used for the reaction is usually in equivalent to a little excess, and the reaction is usually conducted in the presence of a base. The base is exemplified by organic base e.g. triethylamine and tributylamine, or inorganic base e.g. sodium carbonate, potassium carbonate and sodium hydrogen carbonate. The amount of a base used for the reaction is usually in equivalent to a little excess. The solvent used for the reaction is exemplified by chloroform, dichloromethane, carbon tetrachloride or acetonitrile. The reaction temperature ranges usually from that under ice-cooling to about the boiling point of the solvent then used. The raction time ranges usually from a few minutes to a few hours. It is usually preferable to use the thus-produced compound (III) immediately for the reaction with a compound (II).

(Process 2)



(IX)                (X)

4,628,098

**5**

-continued



(XI)

By a reaction similar to the above-described process (I), a compound of the formula (IX) [wherein $R^2$ and $R^3$ are of the same meaning as defined above] is led to a compound of the formula (X) [wherein $R^2$, $R^3$ and $R^4$ are of the same meaning as defined above].

Then, the compound (X) is subjected to methylation with dimethyl sulfate to give a compound of the formula (XI) [wherein $R^2$, $R^3$ and $R^4$ are of the same meaning as defined above]. The reaction can be conducted usually without solvent. The reaction temperature ranges from about 100° C. to about 120° C., and the reaction time is within the range of from about 0.1 to about 4 hours.

Further, the compound (XI) is allowed to react with a radical source such as ammonium persulfate or any other persulfate in methanol to give the above-mentioned compound (VIII). The reaction temperature is within the range of from about 20° C. to about 80° C., and the reaction time ranges from about 0.5 to about 4 hours.

Pharmacological actions of the compounds of the present invention are described as follows.

As the models of gastrointestinal ulcers, restraint and water-immersion stress-induced ulcer, indomethacin-induced ulcer and ethanol-induced gastric mucosal lesions have been used. However, as a model mimicking human gastric ulcer, indomethacin-induced gastric antral ulcer was reported in "Gastroenterology" (Satoh et al. 81, p. 719, 1981), which is considered to be of value as an experimental model. Therefore, the following are data of anti-ulcer actions of the object compounds (I) and of some representable known compounds, on the ulcer model in the above-mentioned literature reference. Experimental Method:

Male Sprague-Dawley rats of 7-weeks old were fasted for 24 hours. These animals were administered test compounds into stomach by using a gastric tube. After 30 minutes, indomethacin, 30 mg/kg subcutaneously, was administered. During 30–90 minutes after the administration of indomethacin, these animals had free access to chow pellets (Japan Clea, CE-2). At 5 hours after the administration of indomethacin, 1 ml of 1% Evans blue was injected to the animals via the tail vein, followed by sacrificing these animals with carbon dioxide gas. The stomach was removed together with the lower part of esophagus and the duodenum. The esophagus was clipped, 10 ml of 1% formalin solution was instilled into the stomach from the duodenum, and then the duodenum was clipped. The whole stomach waa immersed in 1% formalin solution. About 15 minutes later, the stomachs were opened along the greater curvature. The area of the lesions which occurred in the gastric antral mucosa was measured under a dissecting microscope with a square-grid eye piece (x10). The sum total of the individual lesions in each animal was measured, and the average value per group was calculated. Based on the difference between the average value of each group and that of the control group, the inhibition

**6**

rate was determined. The test compound and indometachacin were suspended in a 5% gum arabic solution, respectively and administered in a volume of 2 ml/kg.

Experimental Results:



| $R^1$ | $R^2$ | $R^3$ | $R^4$ | n | Anti-ulcer action[a] ID50 (mg/kg, p.o.) |
|---|---|---|---|---|---|
| H | H | H | $CH_2CF_3$ | 1 | 2.4 |
| H | $CH_3$ | H | $CH_2CF_3$ | 1 | <1.0 |
| H | H | H | $CH_2CF_2CF_3$ | 1 | 1.3 |
| H | $CH_3$ | H | $CH_2CF_2CF_3$ | 1 | <1.0 |
| H | H | H | $CH_2CF_2CF_2H$ | 1 | 1.3 |
| H | $CH_3$ | H | $CH_2CF_2CF_2H$ | 1 | <1.0 |
| H | $CH_3$ | H | $CH_2CF_2CF_3$ | 0 | 3.7 |
| 5-$OCH_3$ | $CH_3$ | $CH_3$ | $CH_3$[*1] | 1 | 21.0 |
| 5-$CF_3$ | $CH_3$ | H | $CH_3$[*2] | 1 | 5.5 |

[*1]The compound disclosed in Example 23 of USP. 4,255,431 (Japanese Unexamined Patent Laid-open No. 141783/1979)
[*2]The compound disclosed in Example 3 of USP. 4,472,409 (Japanese Unexamined Patent Laid-open No. 135881/1983)
[a]Using 6 rats per group, each of the test compounds was administered in a dose of 1, 3, 10 and 30 mg/kg to determine ID50.

As shown by the above data, the compounds of this invention have superior anti-ulcer action as compared with known compounds by about 1.5–20 times or more. Besides, the compound (I) of this invention shows excellent actions of inhibiting gastric acid secretion, protecting gastric mucous membrane and preventing ulceration.

Regarding about the toxicity of the compound (I) of this invention, oral administration of the compound employed for the experiment of anti-ulceration (compound of $R^1$=H, $R^2$=$CH_3$, $R^3$=H, $R^4$=$CH_2CF_2CF_3$, n=1) to mice even in a dose of 2000 mg/kg caused no fatal effect; thus the compound (I) is low in toxicity.

As described in the foregoing, the compound (I) of this invention has an anti-ulcer action, a gastric acid secretion controlling action and a mucous membrane protecting action, furthermore is of low toxicity and is relatively stable as a chemical substance. The compound (I) of this invention can thus be used for prophylaxis and therapy of digestive ulcers (e.g. gastric ulcer, duodenal ulcer) and gastritis in mammalian animals (e.g. mouse, rat, rabbit, dog, cat and man).

When the compound (I) of this invention is used as an anti-ulcer agent for the therapy of digestive ulcers in mammalian animals, it can be administered orally in a dosage form of capsules, tablets, granules, etc. by formulating with a pharmacologically acceptable carrier, excipient, diluent, etc. The daily dose is about 0.01–30 mg/kg, more preferably about 0.1–3 mg/kg.

Incidentally, the compound of this invention (I) (n=0) is useful as a starting material for preparing the compound (I) (n=1).

The processes of producing the starting compounds to be employed in the method of this invention as well as those of producing the compound (I) of this invention are specifically explained by the following Reference Examples and Working Examples.

4,628,098

7

### REFERENCE EXAMPLE 1

In 2,2,3,3-tetrafluoropropanol (10 ml) was dissolved 2,3-dimethyl-4-nitropyridine-1-oxide (2 g). To the solution was added potassium t-butoxide (1.6 g) little by little at room temperature. The mixture was then heated at 80°–90° C. for 22 hours. The reaction solution was diluted with water, which was subjected to extraction with chloroform. The extract was dried on magnesium sulfate, and then concentrated. The concentrate was chromatographed on a column of silica gel (70 g). Elution was conducted with methanol-chloroform (10:1), and then subjected to recrystallization from ethyl acetate-hexane to yield 2.6 g of 2,3-dimethyl-4-(2,2,3,3-tetrafluoropropoxy)pyridine-1-oxide as colorless needles, m.p. 138°–139° C.

After the manner above, compounds (VI) were prepared from compounds (IV).

| | | Compound (VI) | |
|---|---|---|---|
| $R^2$ | $R^3$ | $R^4$ | Melting point (°C.) |
| H | H | $CH_2CF_3$ | 148–150 |
| $CH_3$ | $CH_3$ | $CH_2CF_3$ | 138–139 |

### REFERENCE EXAMPLE 2

A mixture of 2,3-dimethyl-4-nitropyridine-1-oxide (2.0 g), methyl ethyl ketone (30 ml), 2,2,3,3,3-pentafluoropropanol (3.05 ml), anhydrous potassium carbonate (3.29 g) and hexamethyl phosphoric acid triamide (2.07 g) was heated at 70°–80° C. for 4.5 hours under stirring, then insolubles were filtered off. The filtrate was concentrated, to which was added water. The mixture was subjected to extraction with ethyl acetate. The extract solution was dried on magnesium sulfate, followed by removing the solvent by evaporation. The residue was chromatographed on a column of silica gel (50 g), eluted with chloroform-methanol (10:1), and recrystallized from ethyl acetate-hexane to yield 2.4 g of 2,3-dimethyl-4-(2,2,3,3,3-pentafluoropropoxy)pyridine-1-oxide as colorless needles, m.p. 148°–149° C.

By this process, compounds (VI) were prepared from starting compounds (IV).

| | | Compound (VI) | |
|---|---|---|---|
| $R^2$ | $R^3$ | $R^4$ | Melting point (°C.) |
| $CH_3$ | H | $CH_2CF_3$ | 131.0–131.5 |
| H | $CH_3$ | $CH_2CF_3$ | 153–154 |
| H | H | $CH_2CF_2CF_3$ | 79–81 |
| H | $CH_3$ | $CH_2CF_2CF_3$ | 140–142 |
| H | H | $CH_2CF_2CF_2H$ | Oily |
| H | $CH_3$ | $CH_2CF_2CF_2H$ | 143.5–144.5 |
| $CH_3$ | H | $CH_2CF_2CF_2H$ | 138–139 |

### REFERENCE EXAMPLE 3

Concentrated sulfuric acid (two drops) was added to a solution of 2,3-dimethyl-4-(2,2,3,3-tetrafluoropropoxy)pyridine-1-oxide (2.6 g) in acetic anhydride (8 ml). The mixture was stirred at 110° C. for 4 hours, which was then concentrated. The residue was dissolved in methanol (20 ml), to which was added sodium hydroxide (1.2 g) dissolved in water (5 ml). The mixture was stirred at room temperature for 30 minutes, which was then concentrated. To the residue was added water, and the mixture was subjected to extraction with ethyl acetate. The extract was dried on magnesium sulfate, followed

8

by removal of the solvent by evaporation. The residue was chromatographed on a column of silica gel (50 g), eluted with chloroform-methanol (10:1), and recrystallized from isopropyl ether to yield 1.6 g of 2-hydroxymethyl-3-methyl-4-(2,2,3,3-tetrafluoropropoxy)pyridine as yellow crystals, m.p. 67°–68° C.

By this process, compounds (VIII) were prepared from compounds (VI).

| | | Compound (VIII) | |
|---|---|---|---|
| $R^2$ | $R^3$ | $R^4$ | Melting point (°C.) |
| H | H | $CH_2CF_3$ | Oily |
| $CH_3$ | H | $CH_2CF_3$ | 93.5–94.0 |
| H | H | $CH_2CF_2CF_3$ | Oily |
| $CH_3$ | H | $CH_2CF_2CF_3$ | Oily |
| H | $CH_3$ | $CH_2CF_2CF_3$ | 87–89 |
| H | H | $CH_2CF_2CF_2H$ | 88–89 |
| H | $CH_3$ | $CH_2CF_2CF_2H$ | 98–99 |
| $CH_3$ | H | $CH_2CF_2CF_2H$ | 67–68 |

### REFERENCE EXAMPLE 4

To a solution of 3,5-dimethyl-4-nitropyridine-1-oxide (2.0 g) in 2,2,3,3,3-pentafluoropropanol (10 g) was added at 0° C. little by little potassium t-butoxide (2 g) over 15 minutes. The mixture was stirred at 60° C. for 18 hours. To the reaction mixture was added chloroform, which was subjected to filtration with celite. The filtrate was chromatographed on a column of silica gel (80 g), eluted with ethyl acetate-hexane (1:1), then with 20% methanol-ethyl acetate, and recrystallized from ether-hexane to yield 2.6 g of 3,5-dimethyl-4-(2,2,3,3,3-pentafluoropropoxy)pyridine-1-oxide as crystals, m.p. 89°–91° C.

By this process, compounds (X) were prepared from compounds (IX).

| | | Compound (X) | |
|---|---|---|---|
| $R^2$ | $R^3$ | $R^4$ | Melting point (°C.) |
| $CH_3$ | H | $CH_2CF_3$ | 82–94 |
| $CH_3$ | $CH_3$ | $CH_2CF_3$ | 138–139 |

### REFERENCE EXAMPLE 5

A mixture of 3,5-dimethyl-4-(2,2,3,3,3-pentafluoropropoxy)pyridine-1-oxide (2.5 g) and dimethyl sulfate (1 ml) was heated at 120° C. for 30 minutes, to which was then added methanol (12.5 ml). To the mixture was added dropwise at 80° C. ammonium persulfate (4.3 g) dissolved in water (20 ml)-methanol (10 ml) over 30 minutes, which was stirred for further 30 minutes. The resultant solution was concentrated. To the residue was added ice, which was neutralized with sodium carbonate, followed by extraction with chloroform. The extract was dried on sodium sulfate, followed by removing the solvent by evaporation to give 2.2 g of 3,5-dimethyl-2-hydroxymethyl-4-(2,2,3,3,3-pentafluoropropoxy)pyridine as an oily substance.

By this process, compounds (VIII) were prepared from compounds (X).

| | | Compound (VIII) | |
|---|---|---|---|
| $R^2$ | $R^3$ | $R^4$ | Melting point (°C.) |
| H | $CH_3$ | $CH_2CF_3$ | 116–119 |
| $CH_3$ | $CH_3$ | $CH_2CF_3$ | 62–63 |

4,628,098

| 9 | 10 |

## EXAMPLE 1

To a solution of 2-hydroxymethyl-3-methyl-4-(2,2,3,3,3-pentafluoropropoxy)pyridine (350 mg) in chloroform (10 ml) was added thionyl chloride (0.2 ml). The mixture was refluxed for 30 minutes, which was then concentrated. The residue was dissolved in methanol (5 ml). The solution was added to a mixture of 2-mercaptobenzimidazole (200 mg), 28% sodium methoxide solution (1 ml) and methanol (6 ml), which was refluxed for 30 minutes. From the resultant was removed methanol by evaporation. To the residue was added water, which was subjected to extraction with ethyl acetate. The extract was washed with a dilute sodium hydroxide solution, followed by drying on magnesium sulfate. From the resultant was removed the solvent by evaporation. The residue was then chromatographed on a column of silica gel (20 g), eluted with ethyl acetate-hexane (2:1), and then recrystallized from ethyl acetate-hexane to yield 370 mg of 2-[3-methyl-4-(2,2,3,3,3-pentafluoropropoxy)-pyrid-2-yl]methylthiobenzimidazole.½ hydrate as colorless plates, m.p. 145°–146° C.

By this process, compounds (I) (n=0) were prepared by allowing compounds (II) to react with compounds (III).

| | | | Compound (I) (n = 0) | |
|---|---|---|---|---|
| R¹ | R² | R³ | R⁴ | Melting point (°C.) |
| H | H | H | $CH_2CF_3$ | 138–139 |
| H | $CH_3$ | H | $CH_2CF_3$ | 149–150 |
| H | H | $CH_3$ | $CH_2CF_3$ | 168–170 |
| H | $CH_3$ | $CH_3$ | $CH_2CF_3$ | 151.5–152.0 |
| H | H | H | $CH_2CF_2CF_3$ | 125–126 |
| H | H | $CH_3$ | $CH_2CF_2CF_3$ | 151–152 |
| H | H | H | $CH_2CF_2CF_2H$ | Oily[*3] |
| H | $CH_3$ | H | $CH_2CF_2CF_2H$ | 134–135 |
| H | H | $CH_3$ | $CH_2CF_2CF_2H$ | 148–149 |
| H | $CH_3$ | $CH_3$ | $CH_2CF_2CF_3$ | 158–160 |
| *45-CF₃ | $CH_3$ | H | $CH_2CF_3$ | 92–93 |
| 5-OCH₃ | $CH_3$ | H | $CH_2CF_3$ | 159–160 |
| 5-OCH₃ | H | H | $CH_2CF_3$ | 152–153 |

[*3]NMR spectrum (CDCl₃)δ: 4.35(S), 4.39 (t,t,J = 1.5 and 12 Hz), 5.98 (1H,t,t,J = 52.5 and 4 Hz), 6.81 (1H,d,J = 2 and 6 Hz) 6.95 (1H,d,J = 2Hz), 7.1–7.3 (2H,m), 7.4–7.7 (2H,m), 8.50 (1H,d,J = 6 Hz)
[*4]H₂O (crystal water)

## EXAMPLE 2

To a solution of 2-[3-methyl-4-(2,2,3,3,3,-pentafluoropropoxy)pyrid-2-yl-methylthiobenzimidazole (2.2 g) in chloroform (20 ml) was added dropwise under ice-cooling over a period of 30 minutes m-chloroperbenzoic acid (1.3 g) dissolved in chloroform (15 ml). The solution was washed with a saturated aqueous solution of sodium hydrogen carbonate, then dried on magnesium sulfate, and concentrated. The residue was chromatographed on a column of silica gel (50 g), eluted with ethyl acetate, and then recrystallized from aceton-isopropyl ether to give 1.78 g of 2-[3-methyl-4-(2,2,3,3,3-pentafluoropropxy)pyrid-2-yl]methylsulfinylbenzimidazole as pale yellow prisms, m.p. 161°–163° C. (decomp.).

By this process, compounds (I) (n=1) were prepared from compounds (I) (n=0).

| | | | Compound (I) (n = 1) | |
|---|---|---|---|---|
| R¹ | R² | R³ | R⁴ | Melting point (°C.) |
| H | H | H | $CH_2CF_3$ | 176–177 |

-continued

| | | | Compound (I) (n = 1) | |
|---|---|---|---|---|
| R¹ | R² | R³ | R⁴ | Melting point (°C.) |
| H | $CH_3$ | H | $CH_2CF_3$ | 178–182(d) |
| H | H | $CH_3$ | $CH_2CF_3$ | 175–177(d) |
| H | $CH_3$ | $CH_3$ | $CH_2CF_3$ | 177–178(d) |
| H | H | H | $CH_2CF_2CF_3$ | 148–150(d) |
| H | H | $CH_3$ | $CH_2CF_2CF_3$ | 145–148(d) |
| H | H | H | $CH_2CF_2CF_2H$ | 132–133 |
| H | $CH_3$ | H | $CH_2CF_2CF_2H$ | 147–148(d) |
| H | H | $CH_3$ | $CH_2CF_2CF_2H$ | 136–139(d) |
| H | $CH_3$ | $CH_3$ | $CH_2CF_2CF_3$ | 157–159 |
| 5-CF₃ | $CH_3$ | H | $CH_2CF_3$ | 161–162(d) |
| 5-OCH₃ | $CH_3$ | H | $CH_2CF_3$ | 140.5–142(d) |
| 5-OCH₃ | H | H | $CH_2CF_3$ | 162–163(d) |

(Note) (d): decomposition

What we claim is:

1. A compound of the formula



wherein R¹ is hydrogen, methoxy or trifluoromethyl, R² and R³ are independently hydrogen or methyl, R⁴ is a $C_{2-5}$ fluorinated alkyl and n denotes 0 or 1, and a pharmacologically acceptable salt thereof.

2. A compound according to claim 1, wherein R¹ is hydrogen.

3. A compound according to claim 1, wherein R¹ is methoxy.

4. A compound according to claim 1, wherein R² is hydrogen.

5. A compound according to claim 1, wherein R² is methyl.

6. A compound according to claim 1, wherein R³ is hydrogen.

7. A compound according to claim 1, wherein R³ is methyl.

8. A compound according to claim 1, wherein R⁴ is a $C_{2-3}$ fluorinated alkyl.

9. A compound according to claim 1, wherein the compound is 2-[4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]methylthiobenzimidazole.

10. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]methylsulfinylbenzimidazole.

11. A compound according to claim 1, wherein the compound is 2-[4-(2,2,2-trifluoroethoxy)-5-methyl-pyrid-2-yl]methylsulfinylbenzimidazole.

12. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,2-trifluoroethoxy)-5-methyl-pyrid-2-yl]methylsulfinylbenzimidazole.

13. A compound according to claim 1, wherein the compound is 2-[4-(2,2,3,3,3-pentafluoropropoxy)-pyrid-2-yl]methylsulfinylbenzimidazole.

14. A compound according to claim 1, wherein the compound is 2-[4-(2,2,3,3,3-pentafluoropropoxy)-5-methyl-pyrid-2-yl]methylsulfinylbenzimidazole.

15. A compound according to claim 1, wherein the compound is 2-[4-(2,2,3,3-tetrafluoropropoxy)-pyrid-2-yl]methylsulfinylbenzimidazole.

4,628,098

**11**

16. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,3,3,3-pentafluoro-propoxy)-pyrid-2-yl]methylsulfinylbenzimidazole.

17. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,3,3-tetrafluoropropox-y)-pyrid-2-yl]methylsulfinylbenzimidazole.

18. A compound according to claim 1, wherein the compound is 2-[5-methyl-4-(2,2,3,3-tetrafluoropropox-y)-pyrid-2-yl]methylsulfinylbenzimidazole.

19. A compound according to claim 1, wherein the compound is 2-[3,5-dimethyl-4-(2,2,3,3,3-pentafluoro-propoxy)-pyrid-2-yl]methylsulfinylbenzimidazole.

20. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]methylsulfinyl-5-trifluoromethylben-zimidazole.

21. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]methylsulfinyl-5-methoxybenzimidazole.

22. A compound according to claim 1, wherein the compound is 2-[4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]-methylsulfinyl-5-methoxybenzimidazole.

23. A compound according to claim 1, wherein the compound is 2-[4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]-methylthiobenzimidazole.

24. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]methylthiobenzimidazole.

25. A compound according to claim 1, wherein the compound is 2-[5-methyl-4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]methylthiobenzimidazole.

**12**

26. A compound according to claim 1, wherein the compound is 2-[3,5-dimethyl-4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]methylthiobenzimidazole.

27. A compound according to claim 1, wherein the compound is 2-[4-(2,2,3,3,3-pentafluoropropoxy)-pyrid-2-yl]methylthiobenzimidazole.

28. A compound according to claim 1, wherein the compound is 2-[5-methyl-4-(2,2,3,3,3-pentafluoro-propoxy)-pyrid-2-yl]methylthiobenzimidazole.

29. A compound according to claim 1, wherein the compound is 2-[4-(2,2,3,3-tetrafluoropropoxy)-pyrid-2-yl]methylthiobenzimidazole.

30. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,3,3-tetrafluoropropox-y)-pyrid-2-yl]methylthiobenzimidazole.

31. A compound according to claim 1, wherein the compound is 2-[5-methyl-4-(2,2,3,3-tetrafluoropropox-y)-pyrid-2-yl]methylthiobenzimidazole.

32. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,3,3,3-pentafluoro-propoxy)-pyrid-2-yl]methylthiobenzimidazole.

33. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,3,3,3-pentafluoro-propoxy)-5-methyl-pyrid-2-yl]methylthioben-zimidazole.

34. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,2-trifluoroethoxy)-pyrid-2-yl-methylthio-5-trifluoromethylbenzimidazole.

35. A compound according to claim 1, wherein the compound is 2-[3-methyl-4-(2,2,2-trifluoroethoxy)-pyrid-2-yl-methylthio-5-methoxybenzimidazole.

36. A compound according to claim 1, wherein the compound is 2-[4-(2,2,2-trifluoroethoxy)-pyrid-2-yl]methylthio-5-methoxybenzimidazole.

* * * * *

5

10

15

20

25

30

35

40

45

50

55

60

65

# EXHIBIT 2

# United States Patent [19]

## Makino et al.

[11] Patent Number: 5,045,321

[45] Date of Patent: Sep. 3, 1991

[54] STABILIZED PHARMACEUTICAL COMPOSITION AND ITS PRODUCTION

[75] Inventors: Tadashi Makino; Tetsuro Tabata, both of Osaka; Shin-ichiro Hirai, Kyoto, all of Japan

[73] Assignee: Takeda Chemical Industries, Ltd., Osaka, Japan

[21] Appl. No.: 14,303

[22] Filed: Feb. 13, 1987

[30] Foreign Application Priority Data

Feb. 13, 1986 [JP] Japan .................................. 61-29567
Feb. 21, 1986 [JP] Japan .................................. 61-38059

[51] Int. Cl.$^5$ .......................... A61K 9/30; A61K 9/16; A61K 33/12; A61K 33/10

[52] U.S. Cl. .................................... 424/475; 424/495; 424/683; 424/686; 424/692; 514/394; 514/395; 514/925; 514/927

[58] Field of Search ............... 514/970, 338, 155, 156, 514/157, 394, 395, 925, 927; 424/475, 495, 683, 686, 692

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,137,325 | 1/1979 | Sellstedt et al. . |
| 4,255,431 | 3/1981 | Junggren et al. .................. 514/338 |
| 4,666,919 | 5/1987 | Vend et al. ..................... 514/970 |
| 4,686,230 | 8/1987 | Rainer et al. ................... 514/338 |
| 4,689,333 | 8/1987 | Nohara et al. .................. 514/338 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0080602 | 6/1983 | European Pat. Off. . |
| 0124495 | 11/1984 | European Pat. Off. . |
| 0174726 | 3/1986 | European Pat. Off. . |
| 0175464 | 3/1986 | European Pat. Off. . |
| 0244380 | 11/1987 | European Pat. Off. . |
| 3427787 | 1/1986 | Fed. Rep. of Germany . |
| 2227856 | 11/1974 | France . |
| 019715 | 1/1985 | Japan . |
| 2134523 | 8/1984 | United Kingdom . |

### OTHER PUBLICATIONS

*Journal of the Chemical Society, Chemical Communications,* 125–127 (1986) (translation provided).
*Hydroxypropyl Methylcellulose, TC–5,* published by Shin-Etsu Chemical in 1975 and 1978 (translation provided).
*In Up–to–Date Pharmaceutical Technology Series* "No.

1", (1969), Coating of Drugs, pp. 246, 247 and 250 (translation provided).
European Search Report corresponding to European Application 87 30 1244.
Rote Liste, 1985 Ref. No. 59152.
E. Schroder et al., "Arzneimittelchemie II", vol. 2, 1976, pp. 307–308.
Central Patents Index, "Stabilization of Preparations Containing Ampicillin and Dicloxacillin/Cephalexin by Addition of Nontherapeutic Levels of an Antacid", JA–086965 (May 9, 1975), Derwent Publications Ltd., London, England (Mar. 2, 1976).
*Handbook of Nonprescription Drugs,* Fifth Ed. Pub. 1977, American Pharm. Assoc., pp. 7–10.

Primary Examiner—Frederick E. Waddell
Assistant Examiner—Kevin E. Weddington
Attorney, Agent, or Firm—Wegner, Cantor, Mueller & Player

## [57] ABSTRACT

The pharmaceutical composition of the invention, which comprises a benzimidazole compound of the formula



wherein $R^1$ is hydrogen, alkyl, halogen, cyano, carboxy, carboalkoxy, carboalkoxyalkyl, carbamoyl, carbamoylalkyl, hydroxy, alkoxy, hydroxyalkyl, trifluoromethyl, acyl, carbamoyloxy, nitro, acyloxy, aryl, aryloxy, alkylthio or alkylsulfinyl, $R^2$ is hydrogen, alkyl, acyl, carboalkoxy, carbamoyl, alkylcarbamoyl, dialkylcarbamoyl, alkylcarbonylmethyl, alkoxycarbonylmethyl or alkylsulfonyl, $R^3$ and $R^5$ are the same or different and each is hydrogen, alkyl, alkoxy or alkoxyalkoxy, $R^4$ is hydrogen, alkyl, alkoxy which may optionally be fluorinated, or alkoxyalkoxy, and m is an integer of 0 through 4, and a basic inorganic salt of magnesium and/or a basic inorganic salt of calcium, is physically stable.

**3 Claims, No Drawings**

5,045,321

1

## STABILIZED PHARMACEUTICAL COMPOSITION AND ITS PRODUCTION

This invention relates to a pharmaceutical composition which comprises 2-[(2-pyridyl)methylsulphinyl]-benzimidazole or a derivative thereof (hereinafter sometimes referred to collectively as "benzimidazole compounds"), which is useful as an antiulcer agent, as stabilized by incorporation of a basic inorganic salt of magnesium and/or a basic inorganic salt of calcium and its production.

Certain benzimidazole compounds are recently under clinical study as gastric acid secretion inhibitors. They serve as therapeutic agents for digestive ulcer. Their principal pharmacological effect consists in gastric acid secretion suppression based on $(H^+ + K^+)$-ATPase inhibition and is more potent and durable as compared with histamine $H_2$ receptor antagonists such as cimetidine and ranitidine. They also have gastric mucosa protecting activity. Therefore, they have attracted attention as next-generation potent therapeutic agents for digestive ulcer.

Those benzimidazole compounds which are described in Japanese Unexamined Patent laid open Nos. 62275/77, 141783/79, 53406/82, 135881/83, 192880/83 and 181277/84, corresponding to U.S. Pat. No. 4,045,563, U.S. Pat. No. 4,255,431, European Patent Publication No. 45,200, U.S. Pat. No. 4,472,409, European Patent Publication No. 5,129 and G.B. Patent Publication No. 2,134,523A, respectively, among others are known to have antiulcer activity.

These compounds, however, are poor in stability. In solid state, they are susceptible to heat, moisture and light and, in aqueous solution or suspension, their stability decreases with decreasing pH. In dosage forms, i.e. tablets, powders, fine granules, granules and capsules, said compounds are apt to interact with other components contained in said dosage forms and accordingly are in less stable state as compared with the case where they occur alone. Thus, the content decreases and the color changes significantly in the manufacturing process of dosage form and with the lapse of time. Microcrystalline cellulose, polyvinylpyrrolidone (PVP), carboxymethylcellulose calcium, polyethylene glycol 6000 and Pluronic F68 (polyoxyethylenepolyoxypropylene copolymer), for instance are dosage form components adversely affecting the stability of said compounds. Furthermore, in the case of coated tablets and coated granules among the above dosage forms, enteric coating bases such as cellulose acetate phthalate, hydroxypropylmethylcellulose acetate succinate and Eudragit (methacrylic acid-acrylic acid copolymer) have poor compatibility with said compounds and cause content decrease and color change. Nevertheless, one or more of these components or ingredients, which, as mentioned above, can produce adverse effects on the stability of said compounds, are essential in the manufacture of oral preparations and therefore difficulties are inevitably encountered in dosage form manufacture.

The prior art avoids the above-mentioned stability problem by using said benzimidazole compounds in a salt form, say in the form of a lithium, sodium, potassium, magnesium, calcium or titanium salt [Japanese Unexamined Patent laid open No. 167587/84 (European Patent Publication No. 124,495A)]

However, the above prior art method requires, for the stabilization of the benzimidazole compounds, a step

2

of converting said compounds to such a salt form as mentioned above in advance.

In view of the above, the present inventors made investigations in an attempt to stabilize pharmaceutical preparations containing benzimidazole compounds and, as a result, have completed the present invention.

Thus, this invention relates to

(1) A pharmaceutical composition which comprises 2-[(2-pyridyl)methylsulfinyl]benzimidazole or a derivative thereof, which has an antiulcer activity, and a basic inorganic salt of magnesium and/or a basic inorganic salt of calcium, and

(2) A method of producing a stabilized pharmaceutical composition which comprises incorporating a basic inorganic salt of magnesium and/or a basic inorganic salt of calcium in a pharmaceutical composition containing 2-[(2-pyridylmethylsulfinyl]benzimidazole or a derivative thereof, which has an antiulcer activity.

The benzimidazole compounds having an antiulcer activity which are to be used in the practice of the invention are those compounds which are described in the above-cited laid-open patent specifications, for instance are and are represented by the formula



(I)

wherein $R^1$ is hydrogen, alkyl, halogen, cyano, carboxy, carboalkoxy, carboalkoxyalkyl, carbamoyl, carbamoylalkyl, hydroxy, alkoxy, hydroxyalkyl, trifluoromethyl, acyl, carbamoyloxy, nitro, acyloxy, aryl, aryloxy, alkylthio or alkylsulfinyl, $R^2$ is hydrogen, alkyl, acyl, carboalkoxy, carbamoyl, alkylcarbamoyl, dialkylcarbamoyl, alkylcarbonylmethyl, alkoxycarbonylmethyl or alkylsulfonyl, $R^3$ and $R^5$ are the same or different and each is hydrogen, alkyl, alkoxy or alkoxyalkoxy, $R^4$ is hydrogen, alkyl, alkoxy which may optionally be fluorinated, or alkoxyalkoxy, and m is an integer of 0 through 4.

The compounds of the formula(I) can be produced by the methods described in the above-cited laid-open patent specifications or modifications thereof.

In the following, brief mention is made of the substituents in those compounds which have the formula (I) and are already known.

Referring to $R^1$ in the above formula, $C_{1-7}$ alkyls may be mentioned as the alkyl represented by $R^1$; $C_{1-4}$ alkoxys as the alkoxy moiety of the carboalkoxy; $C_{1-4}$ alkoxys as the alkoxy moiety of the carboalkoxyalkyl and $C_{1-4}$ alkyls as the alkyl moiety; $C_{1-4}$ alkyls as the alkyl moiety of the carbamoylalkyl; $C_{1-5}$ alkoxys as the alkoxy; $C_{1-7}$ alkyls as the alkyl moiety of the hydroxyalkyl; $C_{1-4}$ alkanoyls as the acyl; phenyl as the aryl; phenyl as the aryl moiety of the aryloxy; $C_{1-6}$ alkyls as the alkyl moiety of the alkylthio; and $C_{1-6}$ alkyls as the alkyl moiety of the alkylsulfinyl.

Referring to $R^2$, $C_{1-5}$ alkyls may be mentioned as the alkyl represented by $R^2$; $C_{1-4}$ alkanoyls as the acyl; $C_{1-4}$ alkoxys as the alkoxy moiety of the carboalkoxy; $C_{1-4}$ alkyls as the alkyl moiety of the alkylcarbamoyl; $C_{1-4}$ alkyls as each of the alkyl moieties of the dialkylcarbamoyl; $C_{1-4}$ alkyls as the alkyl moiety of the alkylcarbonyl-

5,045,321

3

methyl; $C_{1-4}$ alkoxys as the alkoxy moiety of the alkox-
ycarbonylmethyl; and $C_{1-4}$ alkyls as the alkyl moiety of
the alkylsulfonyl.

Referrring to $R^3$, $R^4$ and $R^5$, $C_{1-4}$ alkyls may be men-
tioned as the alkyl represented by any of them; $C_{1-8}$
alkoxys as the alkoxy; and $C_{1-4}$ alkoxys as each of the
alkoxy moieties of the alkoxyalkoxy.

Referring to $R^4$, $C_{1-8}$ alkoxys may be mentioned as
the alkoxy, which may optionally be fluorinated.

Among those compounds of the above forumula (I),
(1) the compounds of which $R^1$ is hydrogen, methoxy
or trifluoromethyl, $R^2$ is hydrogen, $R^3$ and $R^5$ are the
same or different and each is hydrogen or methyl, $R^4$ is
fluorinated $C_{2-5}$ alkoxy and m is 1, (2) the compounds of
which $R^1$ is hydrogen, fluorine, methoxy or trifluoro-
methyl, $R^2$ is hydrogen, $R^3$ is hydrogen or methyl, $R^4$ is
$C_{3-8}$ alkoxy, $R^5$ is hydrogen and m is 1, and (3) the com-
pounds of which $R^1$ is hydrogen, fluorine, methoxy or
trifluoromethyl, $R^2$ is hydrogen, $R^3$ is $C_{1-8}$ alkoxy, $R^4$ is
$C_{1-8}$ alkoxy which may be fluorinated, $R^5$ is hydrogen
and m is 1.

Detailed mention is now made of the substituents in
such novel compounds.

Referring to $R^3$, the lower alkyl represented thereby
is preferably $C_{1-8}$ lower alkoxy such as methoxy, eth-
oxy, propoxy, isopropoxy, butoxy, isobutoxy, pen-
tyloxy, hexyloxy, heptyloxy or octyloxy and more pref-
erably $C_{1-4}$ lower alkoxy.

Referring to $R^4$, $C_{1-8}$ lower alkoxys may be men-
tioned as the lower alkoxy, which may optionally be
fluorinated, and preferred examples are as mentioned
above for $R^3$. As the fluorinated lower alkoxy, there
may be mentioned, for example, 2,2,2-trifluoroethoxy,
2,2,3,3,3-pentafluoropropoxy, 1-(trifluoromethyl)-2,2,2-
trifluoroethoxy,                    2,2,3,3-tetrafluoropropoxy,
2,2,3,3,4,4,4-heptafluorobutoxy and 2,2,3,3,4,4,5,5-octa-
fluoropentoxy, and fluorinated $C_{2-4}$ lower alkoxys are
preferred.

The position of $R^1$ is position 4 or position 5, prefera-
bly position 5.

Some methods of producing the above novel com-
pounds [hereinafter referred to as "compounds of for-
mula (I')"] are described below.

Said compounds can be produced by subjecting a
compound of the formula



(II)

wherein $R^1$–$R^5$ are as defined above, to oxidation.

The oxidizing agent to be used is, for example, meta-
chloroperbenzoic acid, peracetic acid, trifluoropera-
cetic acid, permaleic acid or like peracid, sodium
bromite or sodium hypochlorite. Examples of the sol-
vent to be used in carrying out the reaction are haloge-
nated hydrocarbons such as chloroform and dichloro-
methane, ethers such as tetrahydrofuran and dioxane,
amides such as dimethylformamide, and water. These
solvents may be used either singly or in admixture. Said
oxidizing agent is used preferably in an amount approxi-
mately equivalent or slightly excessive relative to the
compound (II). Thus, said agent is used in an amount of
about 1–3 equivalents, more preferably about 1 to 1.5
equivalents. The reaction is carried out at a temperature

4

from about 0° C. (ice cooling) to around the boiling
point of the solvent used, generally at a temperature
from about 0° C. (ice cooling) to room temperature,
preferably at a temperature of about 0° C. to 10° C. The
reaction time is generally about 0.1 to 24 hours, prefera-
bly about 0.1 to 4 hours.

The desired novel compounds (I') produced by the
above reaction can be isolated and purified by conven-
tional means such as recrystallization, chromatography
and so on.

Said compounds may be converted to pharmacologi-
cally acceptable salts by conventional means. As such
salts, there may be mentioned hydrochloride, hydrobro-
mide, hydroiodide, phosphate, nitrate, sulfate, acetate
and citrate, among others.

The novel compounds (II) can be produced by react-
ing a starting compound of the formula



(III)

wherein $R^1$ and $R^2$ are as defined above, with a starting
compound of the formula



(IV)

wherein $R^3$–$R^5$ are as defined above and X is a halogen
atom.

The halogen atom represented by X is, for example,
chlorine, bromine or iodine.

The reaction is carried out advantageously in the
presence of a base. As said base, there may be men-
tioned alkali metal hydrides such as sodium hydride and
potassium hydride, alkali metals such as metallic so-
dium, sodium alcoholates such as sodium methoxide
and sodium ethoxide, alkali metal carbonates such as
potassium carbonate and sodium carbonate, and organic
amines such as triethylamine, among others. As the
solvent to be used in carrying out the reaction, there
may be mentioned, for example, alcohols such as metha-
nol and ethanol, and dimethylformamide. The base is
used generally in an amount slightly excessive relative
to the equivalent amount but may also be used in large
excess. Thus, it is used in an amount of about 2–10
equivalents, preferably about 2–4 equivalents. The
above reaction is carried out generally at a temperature
of about 0° C. to around the boiling point of the solvent
used, preferably at about 20° C. to 80° C., for a period
of about 0.2–24 hours, preferably about 0.5–2 hours.

Some methods of producing the starting compounds
(IV) are described below.

Among the compounds (IV), those compounds
wherein $R^3$ and $R^5$ are the same or different and each is
hydrogen or methyl and $R^4$ is fluorinated $C_{2-5}$ alkoxy or
$C_{3-8}$ alkoxy can be produced by the following process:

5,045,321

5

6

Process (I)



(V)    (VII)



(VIII)



(IX)

A nitro compound of the formula (V), wherein $R^3$ and $R^5$ are as defined above, is reacted with an alcohol derivative of the formula $R^4OH$ (VI) wherein $R^4$ is fluorinated $C_{2-5}$ alkyl or $C_{3-8}$ alkyl, in the presence of a base to give an alkoxy derivative of the formula (VII) wherein $R^3$, $R^4$ and $R^5$ are as defined above. The base to be used in carrying out the reaction includes, among others, alkali metals such as lithium, sodium and potassium, alkali metal hydrides such as sodium hydride and potassium hydride, alcoholates such as potassium t-butoxide and sodium propoxide, alkali metal carbonates and hydrogen carbonates such as potassium carbonate, lithium carbonate, sodium carbonate, potassium hydrogen carbonate and sodium hydrogen carbonate, and alkali metal hydroxides such as sodium hydroxide and potassium hydroxide. The alcohol derivative to be submitted to the reaction includes, among others, propanol, isopropanol, butanol, pentanol, hexanol, 2,2,2-trifluoroethanol, 2,2,3,3,3-pentafluoropropanol, 2,2,3,3-tetrafluoropropanol, 1-(trifluoromethyl)-2,2,2-trifluoroethanol, 2,2,3,3,4,4,4-heptafluorobutanol and 2,2,3,3,4,4,5,5-octafluoropentanol. While $R^4OH$ itself may be used as a solvent in carrying out the reaction, ethers such as tetrahydrofuran and dioxane, ketones such as acetone and methyl ethyl ketone, acetonitrile, dimethylformamide and hexamethylphosphoric acid triamide, for instance, may also be used as solvents. An appropriate reaction temperature may be selected within the range of about 0° C. (ice cooling) to around the boiling point of the solvent used. The reaction time is about 1–48 hours.

Heating (about 80°–120° C.) of the thus-obtained compound (VII) with acetic anhydride alone or in the presence of an inorganic acid such as sulfuric acid or perchloric acid gives a 2-acetoxymethylpyridine derivative of the formula (VIII) wherein $R^3$, $R^4$ and $R^5$ are as defined above. The reaction period is generally about 0.1–10 hours.

The subsequent alkaline hydrolysis of the compound (VIII) gives a 2-hydroxymethylpyridine derivative of

the formula (IX). Sodium hydroxide, potassium hydroxide, potassium carbonate and sodium carbonate, for instance, are usable as alkalis, and methanol, ethanol and water, among others, are usable as solvents. The reaction is generally conducted at about 20°–60° C. for about 0.1–2 hours.

The compound (IX) is further halogenated with a chlorinating agent such as thionyl chloride to give a 2-halomethylpyridine derivative of the formula (IV) wherein $R^3$, $R^4$ and $R^5$ are as defined above and X is chlorine, bromine or iodine. Usable as solvents are, for example, chloroform, dichloromethane and tetrachloroethane. The reaction is generally carried out at about 20–80° C. for about 0.1–2 hours.

The compound (IV) thus produced occurs in the form of a salt of hydrohalogenic acid corresponding to the halogenating agent used and it is generally preferable to subject said compound to reaction with the compound (III) immediately.

Among the compounds (V), those compounds wherein $R^3$ is $C_{1-8}$ lower alkoxy, $R^4$ is alkoxy which may optionally be fluorinated, and $R^5$ is hydrogen can be produced by the following process:

Process (2)



(X)    (XI)



(XII)



(XIII)    (XIV)



(XV)

5,045,321

7                                                                  8

-continued

Process (2)



(XVI)

↓



(IV) ⟵                    (XVII)

Thus, maltol (X) is reacted with an alkyl halide of the formula $R^3X$ in the presence of silver oxide, for instance, to give a compound of the formula (XI). Reaction of (XI) with aqueous ammonia gives a pyridone derivative of the formula (XII). Direct alkylation of the compound (XII) with an alkyl halide, or halogenation of (XII) with a halogenating agent such as phosphorus oxychloride followed by reaction of the resultant halo derivative (XIV) with a lower alcohol of the formula $R^4OH$ in the presence of a base gives a compound of the formula (XIII). The compound (XIII) can be converted to the compound (IV) by direct halogenation with N-bromosuccinimide or chlorine, for instance. The compound (XIII) may also be converted to the compound (IV) by oxidizing the same with an oxidizing agent such as m-chloroperbenzoic acid, reacting the resulting compound (XV) with acetic anhydride, hydrolyzing the resulting compound (XVI) and halogenating the resulting compound (XVII) with a halogenating agent such as thionyl chloride.

The alkyl halide to be used in the production of the compound (XI) includes, among others, methyl iodide, ethyl iodide, propyl iodide, isopropyl iodide, butyl iodide, pentyl iodide and hexyl iodide, and the alkyl halide to be used in the production of the compounds (XIII) further includes, in addition to those mentioned above for use in the production of the compounds (XI), 2,2,2-trifluoroethyl iodide, 2,2,3,3,3-pentafluoropropyl iodide, 2,2,3,3-tetrafluoropropyl iodide, 1-(trifluoromethyl)-2,2,2-trifluoroethyl iodide, 2,2,3,3,4,4,4-heptafluorobutyl iodide and 2,2,3,3,4,4,5,5-octafluoropentyl iodide, for instance. Such alkyl iodides are used in an amount of about 1–10 equivalents. Silver oxide, potassium carbonate, sodium carbonate or the like is used as a deacidifying agent and dimethylformamide, dimethylacetamide or the like is used as a solvent. The reaction is generally carried out at room temperature.

The halogenating agent to be used in the production of the compound (XIV) includes, among others, phosphorus oxychloride, phosphorus pentoxide and phosphorus tribromide and is used in an amount of 1 equivalent to a large excess. The reaction is carried out at a temperature of about 50°–150° C. The alcohol to be used for the conversion of compound (XIV) to compound (XIII) includes methanol and ethanol and further those alcohol derivaitves mentioned for use in process 1) and is used in an amount of 1 equivalent to a large excess, and the base includes those sodium alcoholates

and potassium alcoholates which correspong to the respective alcohols as well as potassium t-butoxide, sodium hydride and so forth. An appropriate reaction temperature may be selected within the range of room temperature to the boiling point of the solvent used.

For direct bromination of the compound (XIII) with N-bromosuccinimide, the reaction is preferably carried out under light irradiation, and carbon tetrachloride, chloroform, tetrachloroethane or the like is used as a solvent.

The oxidizing agent to be used for the conversion of compound (XIII) to compound (XV) includes, among others, peracids such as meta-chloroperbenzoic acid, peracetic acid, trifluoroperacetic acid and permaleic acid as well as hydrogen peroxide. Usable as solvents for the reaction are halogenated hydrocarbons such as chloroform and dichloromethane, ethers such as tetrahydrofuran and dioxane, amides such as dimethylformamide, acetic acid and water, for instance, and these can be used either singly or in admixture. Said oxidizing agent is preferably used in an amount of about 1 equivalent to an excess relative to the compound (XIII), more preferably about 1–10 equivalents. The reaction is carried out at a temperature of about 0° C. (ice cooling) to around the boiling point of the solvent used generally for a period of about 0.1–24 hours, preferably for about 0.1–4 hours.

The conversion of compound (XV) to compound (XVI) is effected by heating (at about 80°–120° C.) the compound (XV) with acetic anhydride alone or in the presence of an inorganic acid such as sulfuric acid or perchloric acid and so on. The reaction period is generally 0.1–10 hours.

The alkali to be used in the alkaline hydrolysis of compound (XVI) to compound (XVII) includes, among others, sodium hydroxide, potassium hydroxide, potassium carbonate and sodium carbonate. Methanol, ethanol and water, for instance, may be mentioned as usable solvents. The reaction is generally carried out at a temperature of about 20°–60° C. for a period of about 0.1–2 hours.

For the production of compound (IV) from compound (XVII), a chlorinating agent such as thionyl chloride or an organic sulfonic or organic phosphoric acid chloride such as methanesulfonyl chloride, p-toluenesulfonyl chloride or diphenylphosphoryl chloride is used. When a chlorinating agent such as thionyl chloride is used, it is used in an amount of 1 equivalent to a large excess relative to the compound (XVII) and a solvent such as chloroform, dichloromethane or tetrachloroethane is used, and the reaction is generally carried out at a temperature of about 20°–80° C. for a period of about 0.1–2 hours. When an organic sulfonic or organic phosphoric acid chloride is used, it is used in an amount of 1 equivalent to a slight excess relative to the compound (XVII) and the reaction is generally carried out in the presence of a base. As usable bases, there may be mentioned organic bases such as triethylamine and tributylamine and inorganic bases such as sodium carbonate, potassium carbonate and sodium hydrogen carbonate. The base is used in an amount of 1 equivalent to a slight excess. As usable solvents, there may be mentioned, for example, chloroform, dichloromethane, carbon tetrachloride and acetonitrile. An appropriate reaction temperature and an appropriate reaction can be selected within the ranges of about 0° C. (ice cooling) to

5,045,321

9

around the boiling point and several minutes to several hours, respectively.

The above-mentioned novel benzimidazole compounds have excellent gastric antisecretory activity, gastric mucosa-protecting activity and antiulcer activity but have low toxicity, so that they can be used in the treatment of digestive ulcers in mammals (e.g. mouse, rat, rabbit, dog, cat, human).

The basic inorganic salt of magnesium and that of calcium, which are to be used in accordance with the invention, are now described.

Said basic inorganic salt of magnesium includes, among others, heavy magnesium carbonate, magnesium carbonate, magnesium oxide, magnesium hydroxide, magnesium metasilicate aluminate, magnesium silicate aluminate, magnesium silicate, magnesium aluminate, synthetic hydrotalcite $[Mg_6Al_2(OH)_{16}.CO_3.4H_2)]$ and aluminum magnesium hydroxide $[2.5MgO.Al_2O_3.x-H_2O]$ and said basic inorganic salt of calcium includes, among others, precipitated calcium carbonate and calcium hydroxide. It is only required of such basic inorganic magnesium and calcium salts to show basicity (pH of not less than 7) when they are in the form of a 1% aqueous solution or suspension.

Said basic inorganic magnesium and calcium salts may be used either singly or in combination of two or more species in an amount which may vary depending on the kinds thereof but generally lies within the range of about 0.3–20 parts by weight, preferably about 0.6–7 parts by weight, per part by weight of the benzimidazole compounds.

The composition of the invention may further contain such additives as vehicles (e.g. lactose, corn starch, light silicic anhydride, microcrystalline cellulose, sucrose), binders (e.g. α-form starch, methylcellulose, carboxymethylcellulose, hydroxypropylcellulose, hydroxypropylmethylcellulose, polyvinylpyrrolidone), disintegrating agents (e.g. carboxymethylcellulose calcium, starch, low substituted hydroxypropylcellulose), surfactants [e.g. Tween 80 (Kao-Atlas), Pluronic F68 (Asahi Denka; polyoxyethylene-polyoxypropylene copolymer], antioxidants (e.g. L-cysteine, sodium sulfite, sodium ascorbate), lubricants (e.g. magnesium stearate, talc), etc.

The composition of the invention is prepared by homogeneously admixing the above benzimidazole compound, the basic inorganic salt of magnesium and/or basic inorganic salt of calcium, and the above additives.

The particle sizes of said benzimidazole compound and said inorganic salt are not especially critical in a condition that they can be homogeneously admixed. For example, preferable perticle size is about less than 100 μm, more preferable one is about less than 20 μm.

The moisture amount in the composition is preferably about 6–60%, more preferably about 20–40% as equibrium relative humidity (E.R.H). The method of admixing is optional if the benzimidazole compound can finally be in contact with the basic inorganic salt of magnesium and/or of calcium evenly. For example, the additives may be admixed with a mixture of the benzimidazole compound and the basic inorganic salt of magnesium and/or calcium as prepared by preliminary admixing, or the basic inorganic salt of magnesium and/or of calcium may be added to a mixture of the benzimidazole compound and the additives as prepared by preliminary admixing.

Said mixture can be made up into dosage forms suited for oral administration, such as tablets, capsules, powders, granules and fine granules, by per se known means.

10

Tablets, granules and fine granules may be coated by a per se known method for the purpose of masking of the taste or providing them with enteric or sustained release property. Usable as coating agents are, for example, hydroxypropylmethylcellulose, ethylcellulose, hydroxymethylcellulose, hydroxypropylcellulose, polyoxyethylene glycol, Tween 80, Pluornic F68, cellulose acetate phthalate, hydroxypropylmethylcellulose phthalate, hydroxymethylcellulose acetate succinate, Eudragit (Röhm, West Germany; methacrylic acid-acrylic acid copolymer) and pigments such as titanium oxide and ferric oxide.

Tablets, granules, powders, fine granules and capsules can be produced by a conventional method (e.g. the method described in the 10th edition of the Japanese Pharmacopeia under General Rules for Preparations). Thus, for example, tablets are produced by adding the basic inorganic salt of magnesium and/or of calcium to a mixture of the benzimidazole compound, vehicle and disintegrant, mixing, adding a binder, granulating the mixture, adding a lubricant etc. and tableting the resultant granular composition. Granules are produced by extrusion in approximately the same manner as in the production of tablets or by coating nonpareils, which contain sucrose and corn starch, with a mixture of benzimidazole compound, a basic inorganic salt of magnesium and/or a basic inorganic salt of calcium, and additives (e.g. sucrose, corn starch, crystalline cellulose, hydroxypropylcellulose, methylcellulose, hydroxypropylmethylcellulose, polyvinylpyrrolidone) Capsules are produced by mere mixing and filling. The dosage forms thus obtained show excellent stability with slight changes in appearance and little decreases in content even after storage for a long period of time.

The pharmaceutical composition of the present invention as obtained in the above manner exhibits excellent gastric antisecretory, gastric mucosa-protecting and antiulcer activities and has low toxicity and therefore can be used in the treatment of digestive ulcers in mammals (e.g. mouse, rat, rabbit, dog, cat, pig, human).

The pharmaceutical composition of the invention can be orally administered for the treatment of digestive ulcers in mammals in admixture with pharmacologically acceptable carriers. vehicles, diluents and so forth and in the form of capsules, tablets, granules and some other dosage forms, as mentioned hereinabove. The dose as the benzimidazole compound lies within the range of about 0.01 mg to 30 mg/kg/day, preferably about 0.1 mg to 3 mg/kg/day.

The following reference examples and working examples as well as the experimental examples described later herein illustrate the present invention in more detail but are by no means limitative of the present invention.

REFERENCE EXAMPLE 1

A mixture of 2,3-dimethyl-4-nitropyridine-1-oxide (2.0 g), methyl ethyl ketone (30 ml), 2,2,3,3,3-pentafluoropropanol (3.05 ml), anhydrous potassium carbonate (3.29 g) and hexamethylphosphoric acid triamide (2.07 g) was heated at 70°–80° C. with stirring for 4.5 days. Then, the insoluble matter was filtered off and the filtrate was concentrated. Water was added to the residue and the mixture was extracted with ethyl acetate. The extract layer was dried over magnesium sulfate, then the solvent was distilled off, and the residue was

5,045,321

**11**

applied to a silica gel column (50 g). Elution with chloroform-methanol (10:1) and recrystallization from ethyl acetate-hexane gave 2.4 g of 2,3-dimethyl-4-(2,2,3,3,3-pentafluoropropoxy)pyridine-1-oxide as colorless needles. Melting point 148°–149° C.

The following compounds (VII) were produced from the corresponding compounds (V) in the same manner as above.

| | | | Compounds (VII) | |
| | $R^3$ | $R^5$ | $R^4$ | Melting point (°C.) |
|---|---|---|---|---|
| | $CH_3$ | H | $OCH_2CF_3$ | 131.0–131.5 |
| Note 1 | H | H | $OCH_2CH_2CH_3$ | Oil |
| Note 2 | $CH_3$ | H | $OCH_2CH_2CH_3$ | Oil |

Note 1:
NMR spectrum (CDCl₃) δ: 1.01 (3H, t, J = 7 Hz), 1.81 (2H, m), 2.50 (3H, s), 3.93 (2H, t, J = 7 Hz), 6.50–6.80 (2H, m), 8.10 (1H, d, J = 7 Hz)
Note 2:
NMR spectrum (CDCl₃) δ: 1.07 (3H, t, J = 7.5 Hz), 1.65–2.02 (2H, m), 2.21 (3H, s), 2.52 (3H, s), 3.99 (2H, t, J = 6 Hz), 6.68 (1H, d, J = 6 Hz), 8.15 (1H, d, J = 6 Hz)

### REFERENCE EXAMPLE 2

Concentrated sulfuric acid (2 drops) was added to a solution of 2,3-dimethyl-4-(2,2,3,3,3-pentafluoropropoxy)-pyridine-1-oxide (2.5 g) in acetic anhydride (8 ml) and the mixture was stirred at 110° C. for 2 hours and then concentrated. The residue was dissolved in methanol (30 ml), 2 N aqueous sodium hydroxide (20 ml) was added, and the mixture was stirred at room temperature for 2 hours. After concentration, water was added to the residue and the mixture was extracted with ethyl acetate. The extract was dried over magnesium sulfate, the solvent was then distilled off, and the residue was applied to a silica gel (50 g) column. Elution with chloroform-methanol (10:1) and recrystallization from isopropyl ether gave 1.6 g of 2-hydroxymethyl-3-methyl-4-(2,2,3,3,3-pentafluoropropoxy)-pyridine as a brown oil.

NMR spectrum (CDCl₃) δ: 2.07 (3H, s), 4.28 (1H, brs), 4.49 (2H, t, J=12 Hz), 4.67 (2H, s), 6.69 (1H, d, J=5 Hz), 8.34 (1H, d, J=5 Hz)

The following compounds (IX) were produced from the corresponding compounds (VII) in the same manner as mentioned above.

| | | | Compounds (IX) | |
| | $R^3$ | $R^5$ | $R^4$ | Melting point (°C.) |
|---|---|---|---|---|
| | $CH_3$ | H | $OCH_2CF_3$ | 93.5–94.0 |
| Note 1 | H | H | $OCH_2CH_2CH_3$ | Oil |
| Note 2 | $CH_3$ | H | $OCH_2CH_2CH_3$ | Oil |

Note 1
NMR spectrum (CDCl₃) δ: 1.01 (3H, t, J = 7.5 Hz), 1.79 (2H, m), 3.92 (2H, t, J = 6 Hz), 4.51–4.90 (1H, br), 4.68 (2H, s), 6.68 (1H, dd, J = 2 and 6 Hz), 8.40 (1H, d, J = 2 Hz), 8.28 (1H, d, J = 6 Hz)
Note 2
NMR spectrum (CDCl₃) δ: 1.03 (3H, t, J = 7.5 Hz), 1.82 (2H, m), 2.02 (3H, s), 3.95 (2H, t, J = 6 Hz), 4.62 (2H, s), 5.20 (1H, brd, s), 6.68 (1H, d, J = 6 Hz), 8.25 (1H, d, J = 6 Hz)

### REFERENCE EXAMPLE 3

Thionyl chloride (0.2 ml) was added to a solution of 2-hydroxymethyl-3-methyl-4-(2,2,3,3,3-pentafluoropropoxy)-pyridine (350 mg) in chloroform (10 ml) and the mixture was refluxed for 30 minutes and then concentrated. The residue was dissolved in methanol (5 ml) and the solution was added to a mixture of 2-mercaptobenzimidazole (200 mg), 28% sodium methoxide solution (1 ml) and methanol (6 ml). The resultant mixture was refluxed for 30 minutes. The methanol was distilled

**12**

off, water was added to the residue, and the mixture was extracted with ethyl acetate. The extract was washed with dilute sodium hydroxide solution and dried over magnesium sulfate. The solvent was then distilled off, and the residue was applied to a silica gel (20 g) column. Elution with ethyl acetate-hexane (2:1) and recrystallization from ethyl acetate-hexane gave 370 mg of 2-[[3-methyl-4-(2,2,3,3,3-pentafluoropropoxy)-2-pyridyl]-methylthio]benzimidazole hemihydrate as colorless plates. Melting point 145°–146° C.

The following compounds (II) were produced by reacting the compound (III) with the corresponding compound (IV) in the same manner as mentioned above.

| | | | | Compounds (II) | |
| | $R^1$ | $R^2$ | $R^3$ | $R^5$ $R^4$ | Melting point (°C.) |
|---|---|---|---|---|---|
| | H | H | $CH_3$ | H $OCH_2CF_3$ | 149–150 |
| | H | H | H | H $OCH_2CH_2CH_3$ | 84–86 |
| Note | H | H | $CH_3$ | H $OCH_2CH_2CH_3$ | Oil |

Note
NMR spectrum (CDCl₃) δ: 0.99 (3H, t, J = 7.5 Hz), 1.54–1.92 (2H, m), 2.15 (3H, s), 3.80 (2H, t, J = 6 Hz), 4.43 (2H, s), 6.55 (1H, d, J = 6 Hz), 7.09 (2H, m), 7.50 (2H, m), 8.21 (1H, d, J = 6 Hz)

### REFERENCE EXAMPLE 4

A solution of m-chloroperbenzoic acid (1.3 g) in chloroform (15 ml) was added dropwise to a solution of 2-[[3-methyl-4-(2,2,3,3,3-pentafluoropropoxy)-2-pyridyl]methylthio]-methylthio]benzimidazole 2.2 g) in chloroform (20 ml) with ice cooling over 30 minutes and, then, the reaction mixture was washed with saturated aqueous sodium hydrogen carbonate solution, dried over magnesium sulfate and concentrated. The concentrate was applied to a silica gel (50 g) column. Elution with ethyl acetate and recrystallization from acetone-isopropyl ether gave 1.78 g of 2-[[3-methyl-4-(2,2,3,3,3-pentafluoropropoxy)-2-pyridyl]methyl-sulfinyl]benzimidazole [hereinafter sometimes referred to as compound (A)] as pale yellow prisms. Melting point 161°–163° C. (decomposition).

The following compounds (I) [hereinafter sometimes referred to as compound (B), compound (C) and compound (D), respectively] were produced in the same manner from the corresponding compounds (II).

| | | | | Compounds (I) | |
| | $R^1$ | $R^2$ | $R^3$ | $R^5$ $R^4$ | Melting point (°C.) |
|---|---|---|---|---|---|
| (B) | H | H | $CH_3$ | H $OCH_2CF_3$ | 178–182 (decomp.) |
| (C) | H | H | H | H $OCH_2CH_2CH_3$ | 123–125 (decomp.) |
| (D) | H | H | $CH_3$ | H $OCH_2CH_2CH_3$ | 81–83 |

### EXAMPLE 1

Of the components given below, the compound (A), magnesium hydroxide, L-cysteine, corn starch and lactose were mixed together, then microcrystalline cellulose, light silicic anhydride and magnesium stearate, each in half the intended amount, were added. After sufficient admixing, the mixture was compression-molded on a dry granulator (roller compactor; Freund, Japan. The compressed mass was ground in a mortar, the resultant granular mass was passed through a round sieve (16 mesh). The remaining portions of microcrystalline cellulose, light silicic anhydride and magnesium stearate were added to the sieved mass and, after admix-

5,045,321

**13**

ing, the whole mixture was made up into tablets each weighing 250 mg on a rotary tableting machine (Kikusui Seisakusho, Japan).

| Composition per tablet: | |
|---|---|
| Compound (A) | 50 mg |
| Magnesium hydroxide | 30 mg |
| L-Cysteine | 20 mg |
| Corn starch | 20 mg |
| Lactose | 65.2 mg |
| Microcrystalline cellulose | 60 mg |
| Light silicic anhydride | 1.8 mg |
| Magnesium stearate | 3.0 mg |
| Total | 250.0 mg |

### EXAMPLE 2

Tablets were produced in the same manner as in Example 1 except that omeprazole (Note) was used instead of the compound (A).
Note:   5-Methoxy-2-[(4-methoxy-3,5-dimethyl-2-pyridyl)methylsulfinyl]benzimidazole.

### EXAMPLE 3

Of the components given below, the compound (B), precipitated calcium carbonate, corn starch, lactose and hydroxypropylcellulose were mixed together, water was added, and the mixture was kneaded, then dried in vacuum at 40° C. for 16 hours, ground in a mortar and passed through a 16-mesh sieve to give granules. To this was added magnesium stearate and the resultant mixture was made up into tablets each weighing 200 mg on a rotary tableting machine (Kikusui Seisakusho, Japan).

| Composition per tablet: | |
|---|---|
| Compound (B) | 30 mg |
| Precipitated calcium carbonate | 50 mg |
| Corn starch | 40 mg |
| Lactose | 73.4 mg |
| Hydroxypropylcellulose | 6 mg |
| Magnesium stearate | 0.6 mg |
| Water | (0.05 ml) |
| Total | 200.0 mg |

### EXAMPLE 4

Tablets were produced in the same manner as in Example 3 except that timoprazole (Note) was used instead of the compound (B).
Note: 2-[(2-Pyridyl)methylsulfinyl]benzimidazole.

### EXAMPLE 5

The ingredients given below were mixed well in the porportions given below, water was added, and the mixture was kneaded and granulated in an extruder granulator (Kikusui Seisakusho; screen size 1.0 mm φ). The granules were immediately converted to spherical form in a spheronizer (Fuji Powder's Marumerizer, Japan; 1,000 rpm). The spherical granules were then dried under vacuum at 40° C. for 16 hours and passed through round sieves to give 12- to 42-mesh granules.

| Composition per 200 mg of granules | |
|---|---|
| Compound (B) | 30 mg |
| Heavy magnesium carbonate | 20 mg |
| Corn starch | 80 mg |

**14**

-continued

| Composition per 200 mg of granules | | |
|---|---|---|
| Microcrystalline cellulose | 20 mg | |
| Carboxymethylcellulose calcium | 10 mg | |
| Hydroxypropylcellulose | 10 mg | |
| Pluronic F68 | 4 mg | |
| Lactose | 26 mg | |
| Water | (0.1 ml) | |
| | Total | 200 mg |

### EXAMPLE 6

Granules were produced in the same manner as in Example 5 except that the compound (D) was used instead of the compound (B).

### EXAMPLE 7

Enteric granules were produced by coating the granules obtained in Example 2 with an enteric coating composition specified below using a fluidized bed granulator (Okawara, Japan) under conditions such that the inlet air temperature was 50° C. and the granule temperature was 40°60 C. No. 1 hard capsules were filled with the enteric granules thus obtained in an amount of 260 mg per capsule using a capsule filling machine (Parke-Davis, U.S.A.).

| Enteric coating composition: | | |
|---|---|---|
| Eudragit L-30D | 138 mg (solids 41.4 mg) | |
| Talc | 4.1 mg | |
| Polyethylene glycol 6000 | 12.4 mg | |
| Tween 80 | 2.1 mg | |
| Water | 276 μl | |
| Composition of enteric granules: | | |
| Granules of Example 5 | 200 mg | |
| Enteric coat | 60 mg | |
| | Total | 260 mg |
| Composition per capsule: | | |
| Enteric granules | 260 mg | |
| No. 1 hard capsule | 76 mg | |
| | Total | 336 mg |

### EXAMPLE 8

Of the components given below, the compound (B), magunesium carbonate, sucrose, corn starch and crystalline cellulose were thoroughly mixed together to obtain dusting powder.

Nonpareils were put on a centrifugal fluidized coating-granulatar (CF-360 Freund, Japan) and then coated with the dusting powder as described above, while spraying hydroxypropylcellulose solution [4% (w/w)], to give spherical granules. The spherical granules were dried in vacuum at 40° C. for 16 hours and then passed through round sieves to give 12 to 32-mesh granules.

| Composition per 190 mg of granules: | | |
|---|---|---|
| Nonpareil | 75 mg | |
| Compound (B) | 15 mg | |
| Magnesium carbonate | 15 mg | |
| Sucrose | 29 mg | |
| Corn starch | 27 mg | |
| Crystalline cellulose | 27 mg | |
| Hydroxypropylcellulose [Hydroxypropoxy group content: 53.4–77.5%] | 2 mg | |
| Water | (0.05 ml) | |
| | Total | 190 mg |

5,045,321

15                 16

### EXAMPLE 9

Enteric granules were produced by coating the granules obtained in Example 8 with an enteric coatig composition specified below usig a fluidized bed granulator (Okawara, Japan) under conditions such that inlet air temperature was 50° C. and the granule temperature was 40° C. No. 2 hard capsules were filled with the enteric granules thus obtained in an amount of 240mg per capsule using a capsule filling machine (Parke-Davis, USA).

| Enteric coating composition: | |
|---|---|
| Eudragit L-30D | 104.7 mg (solids 31.4 mg) |
| Talc | 9.6 mg |
| Polyethylene glycol 6000 | 3.2 mg |
| Tween 80 | 1.6 mg |
| Titanium oxide | 4.2 mg |
| Water | (220 μl) |
| Composition of enteric granules: | |
| Granules of Example 8 | 190 mg |
| Enteric coat | 50 mg |
| Total | 240 mg |
| Composition per capsule: | |
| Enteric granules | 240 mg |
| No. 2 hard capsule | 65 mg |
| Total | 305 mg |

### EXAMPLE 10

| Composition 1: | |
|---|---|
| Compound (B) | 450 g |
| Magnesium carbonate | 450 g |
| Sucrose | 450 g |
| Corn starch | 450 g |
| Low substituted hydroxypropylcellulose | 450 g |
| [Hydroxypropoxy group content: 10.0–13.0% (w/w), average particle size: no more than 30 μm] | |
| Composition 2: | |
| Sucrose | 420 g |
| Corn starch | 360 g |
| Low substituted hydroxypropylcellulose | 360 g |
| [Hydroxypropoxy group content: 10.0–13.0% (w/w), average particle size: no more than 30 μm] | |

Ingredients of the above composition 1 and composition 2 were thoroughly mixed together to obtain dusting powder 1 and dusting powder 2, respectively.

2250 g of nonpareils were put on a centrifugal fluidized coating granulatar (CF-360 Freund, Japan) and then coated with the dusting powder 1, then with the dusting powder 2, while spraying 60 g of hydroxypropylcellulose in water (2000 ml) to give spherical granules.

The spherical granules were dried in vacuum at 40° C. for 16 hours and then passed through round sieve to give 12 to 32 - mesh granules.

### EXAMPLE 11

Enteric granules were produced by coating 3800 g of the granules obtained in Example 10 with an enteric coating composition specified below using a fluidized bed granulatar (Okawara, Japan) under conditions such that inlet air temperature was 50° C. and the granule temperature was 40° C. No. 2 hard capsules were filled

with the enteric granules thus obtained in an amount of 240 mg per capsule using a filling machine (Parke-Davis), USA).

| Enteric coating composition: | |
|---|---|
| Eudragit L30D-55 | 628 g |
| Talc | 192 g |
| Polyethylene glycol 6000 | 64 g |
| Titanium oxide | 64 g |
| Tween 80 | 32 g |
| Water | 4400 ml |
| Composition per capsule: | |
| Enteric granules | 240 mg |
| No. 2 hard capsule | 65 mg |

### Experimental Example 1

Granules were produced by the method of Example 5 and, after storage at 50° C. and 75% RH for 1 week, were observed for changes in appearance. Granules were also produced in the same manner except that lactose was used instead of heavy magnesium carbonate or that one of other additives specified below in Table 1.

#### TABLE 1

| Additive | Changes in apperance after 1 week at 50° C. and 75% RH |
|---|---|
| The invention: | |
| Heavy magnesium carbonate | – |
| Magnesium oxide | – |
| Magnesium metasilicate aluminate | – |
| Synthetic hydrotalcite | – |
| Aluminum magnesium hydroxide | – |
| Magnesium silicate | – |
| Precipitated calcium carbonate | – |
| Magnesium hydroxide | – |
| Controls: | |
| Sodium carbonate | – (to yellow) |
| Potassium carbonate | – (to yellow) |
| Sodium hydrogen carbonate | – (to yellow) |
| Magnesium chloride | – – (to violet) |
| Magnesium sulfate | – – (to violet) |
| Calcium chloride | + – (to violet) |
| Aluminum silicate | ± (to violet) |
| No additive (lactose) | ± + (to violet) |

Notes:
–: No changes in
–: Moderately
– –: Severely

As a result, no substantial changes in appearance were noted for the compositions supplemented with the additives of the invention.

### Experimental Example 2

Granules were produced in the same manner as in Example 5 except that the compound (A), the compound (C), the compound (D), omeprazole or timoprazole was used instead of the compound (B). After storage at 50° C. and 75% RH for 1 week, they were observed for changes in appearance. As a control to each composition, granules were also produced in the same manner except that lactose was used instead of heavy magnesium carbonate and stored under the same conditions.

5,045,321

17    18

| Compound | | Additive | Changes in appearance after 1 week at 50° C. and 75% RH |
|---|---|---|---|
| Compound (A) | Invention: | Heavy magnesium carbonate | − |
| | Control: | Lactose | + + |
| Omeprazole | Invention: | Heavy magnesium carbonate | − |
| | Control: | Lactose | + + |
| Timoprazole | Invention: | Heavy magnesium carbonate | − |
| | Control: | Lactose | + + |
| Compound (C) | Invention: | Heavy magnesium carbonate | − |
| | Control: | Lactose | + + |
| Compound (D) | Invention: | Heavy magnesium carbonate | − |
| | Control: | Lactose | + + |

Notes:
−: No changes
+ −: Severely

As is evident from the above results, the pharmaceutical compositions of the invention were all stable whether the active ingredient was the compound (A), omeprazole, timoprazole, the compound (C) or the compound (D).

Experimental Example 3

Pharmaceutical conditions were produced in the same manner as in Example 3 and 5 except that different basic inorganic Mg or Ca salts were used or that lactose was used as a control, and Example 6. After strage at 50° C. and 75% RH for 1 week or at 40° C. for 6 months, the compositions were observed for changes in appearance and for active ingredient content (residual percentage).

TABLE 2

| | Additive | | Initial | 50° C., 75% RH. 1 week | 40° C. 6 months |
|---|---|---|---|---|---|
| | Tablets made by the procedure of Example 3 | | | | |
| Invention | Heavy magnesium carbonate | Appearance | White | No change | No change |
| | | Content | 100% | 98.0% | 99.5% |
| | Precipitated calcium carbonate | Appearance | White | No change | No change |
| | | Content | 100% | 97.4% | 96.5% |
| | Magnesium silicate | Appearance | White | No change | No change |
| | | Content | 100% | 94.5% | 95.0% |
| Control | No addition (lactose) | Appearance | Pale violet | Dark violet | Dark violet |
| | | Content | 100% | 73.5% | 82.1% |
| | Granules made by the procedure of Example 5 | | | | |
| Invention | Heavy magnesium carbonate | Appearance | White | No change | No change |
| | | Content | 100% | 98.2% | 99.1% |
| | Precipitate calcium carbonate | Appearance | White | No change | No change |
| | | Content | 100% | 97.2% | 98.6% |
| | Magnesium oxide | Appearance | White | No change | No change |
| | | Content | 100% | 99.4% | 99.0% |
| Control | No addition (lactose) | Appearance | Pale violet | Dark violet | Dark violet |
| | | Content | 100% | 84.2% | 89.4% |
| | Capsules of Example 7 | | | | |
| Invention | Heavy magnesium carbonate | Appearance | White | No change | No change |
| | | Content | 100% | 98.4% | 99.1% |

The above results clearly indicate that the compositions of the invention show no changes in appearance at all and are stable in terms of the active ingredient content.

What we claim is:

1. A pharmaceutical composition, wherein the composition is made up into tablets or granules and then coated by a coating agent, which comprises an effective amount of the anti-ulcer compound 2-[[3-methyl-4-(2,2,2-trifluoroethoxy-2-pyridyl]methylsulfinyl] benzimidazole, and at least one of the basic inorganic salts of magnesium and calcium selected from heavy magnesium carbonate, magnesium carbonate, magnesium oxide, magnesium hydroxide, magnesium metasilicate aluminate, magnesium silicate aluminate, magnesium silicate, magnesium aluminate, synthetic hydrotalcite, aluminum magnesium hydroxide, precipitated calcium carbonate and calcium hydroxide; the amount of the basic inorganic salt relative to parts by weight of the benzimidazole compound being about 0.3–20 parts by weight; the benzimidazole compound being in contact with the basic inorganic salt evenly.

2. A pharmaceutical composition as claimed in claim 1, wherein the basic inorganic salt of magnesium is magnesium carbonate.

3. A pharmaceutical composition, wherein the composition is made up into tablets or granules and then coated by a coating agent, which comprises an effective amount of the anti-ulcer compound 5-methoxy-2-[(4-methoxy-3,5-dimethyl-2-pyridyl)methylsulfinyl] benzimidazole, and at least one of the basic inorganic salts of magnesium and calcium selected from heavy magnesium carbonate, magnesium carbonate, magnesium oxide, magnesium hydroxide, magnesium metasilicate aluminate, magnesium silicate aluminate, magnesium

5,045,321

19

silicate, magnesium aluminate, synthetic hydrotalcite, aluminum magnesium hydroxide, precipitated calcium carbonate and calcium hydroxide; the amount of the basic inorganic salt relative to parts by weight of the

20

benzimidazole compound being about 0.3–20 parts by weight; the benzimidazole compound being in contact with the basic inorganic salt evenly.

* * * * *

# EXHIBIT 3

CONFIDENTIAL EXHIBIT

# EXHIBIT 4

CONFIDENTIAL EXHIBIT

# EXHIBIT 5

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**ACLM/"pharmaceutical composition":** 40448 patents.
*Hits 1 through 50 out of 40448*

| Next 50 Hits |

| Jump To |

| Refine Search | aclm/"pharmaceutical composition"

| | PAT. NO. | Title |
|---|---|---|
| 1 | 7,268,245 | Multinuclear platinum compounds |
| 2 | 7,268,214 | Membrane translocating peptide drug delivery system |
| 3 | 7,268,213 | Analogues of GLP-1 |
| 4 | 7,268,166 | Compounds active at a novel site on receptor-operated calcium channels useful for treatment of neurological disorders and diseases |
| 5 | 7,268,159 | Substituted indoles |
| 6 | 7,268,157 | Substituted arylalcanoic acid derivatives as PPAR pan agonists with potent antihyperglycemic and antihyperlipidemic activity |
| 7 | 7,268,156 | Carvedilol phosphate salts and/or solvates thereof, corresponding compositions and/or methods of treatment |
| 8 | 7,268,153 | N-(2-benzyl)-2-phenylbutanamides as androgen receptor modulators |
| 9 | 7,268,152 | Glucocorticoid mimetics, methods of making them, pharmaceutical compositions, and uses thereof |
| 10 | 7,268,151 | Di-aryl substituted triazole modulators of metabotropic glutamate receptor-5 |
| 11 | 7,268,150 | 2-cyano-4-fluoropyrrolidine derivative or its salt |
| 12 | 7,268,147 | Compounds useful for the treatment of diseases |
| 13 | 7,268,146 | Ring fused pyrazole derivatives as CRF antagonists |
| 14 | 7,268,145 | Thiobenzimidazole derivatives |
| 15 | 7,268,143 | Isoquinoline derivatives and methods of use thereof |
| 16 | 7,268,141 | Xanthine phosphodiesterase V inhibitors |
| 17 | 7,268,139 | Methods of promoting osteogenesis |

18 7,268,133 🔲 Cannabinoid receptor ligands and uses thereof

19 7,268,132 🔲 Substituted thioacetamides

20 7,268,130 🔲 Benzothiadiazine compounds

21 7,268,129 🔲 Fluorinated benzothiadiazine compounds

22 7,268,128 🔲 1,3,5-trisubstituted-5-phenyl and 5-pyridyl pyrazolopyrimidinone derivatives having PDE7 inhibiting action

23 7,268,127 🔲 Azaindoles having serotonin receptor affinity

24 7,268,124 🔲 Geranylgeranyl pyrophosphate synthase inhibitors

25 7,268,123 🔲 Derivatives of [2-(8,9-dioxo-2,6-diazabicyclo[5.2.0]non-1(7)-en-2-yl)alkyl]phosphonic acid and methods of making them

26 7,268,122 🔲 Use of oversulfated polysaccharides as inhibitors of HIV

27 7,268,121 🔲 Suppression of nuclear factor-.kappa.B dependent processes using oligonucleotides

28 7,268,119 🔲 Tricyclic nucleosides or nucleotides as therapeutic agents

29 7,268,113 🔲 Long lasting growth hormone releasing factor derivatives

30 7,267,941 🔲 Cyanovirin variant-polymer conjugates

31 7,267,822 🔲 Cytomodulating lipophilic peptides for modulating immune system activity and inhibiting inflammation

32 RE39,836 🔲 Macrolide antinfective agents

33 7,265,248 🔲 Compositions and methods for the treatment of malaria

34 7,265,246 🔲 Indane derivates as muscarinic receptor agonists

35 7,265,245 🔲 Compounds useful for the treatment of diseases associated with the formation of amyloid fibrils

36 7,265,244 🔲 Cyclopentyl derivatives

37 7,265,225 🔲 Quinolinyl-pyrrolopyrazoles

38 7,265,220 🔲 Amino acid derivatives, method for production thereof and pharmaceutical compositions comprising said derivative

39 7,265,186 🔲 Multi-arm block copolymers as drug delivery vehicles

40 7,265,149 🔲 Indolyl derivatives

41 7,265,148 🔲 Substituted pyrrole-indoles

42 7,265,147 🔲 3,6-disubstituted azabicyclo [3.1.0]hexane derivatives useful as muscarinic receptor antagonists

43 7,265,145 🔲 Substituted piperidines and pyrrolidines as calcium sensing receptor modulators and method

44 7,265,144 🔲 Anilinopyrazole derivatives useful for the treatment of diabetes

45 7,265,143 🔲 C-4 substituted retinoids

46 7,265,140 🔲 Acyloxymethylcarbamate prodrugs of oxazolidinones

47 7,265,138 🔲 Vanilloid receptor ligands and their use in treatments

48 7,265,135 🔲 2-oxy, 2-amino, and 2-thio-imidazole compounds

49 7,265,134 🔲 Tyrosine kinase inhibitors

50 7,265,133 🔲 Biphenyl compounds useful as muscarinic receptor antagonists

Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

# EXHIBIT 6

# THE
# RANDOM HOUSE
# DICTIONARY
## OF THE
## ENGLISH
## LANGUAGE

### Second Edition

### Unabridged

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced
in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher.
All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.
Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–I, and RHD–II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3   1987     423     87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such.
However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist.
The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or
legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas,* Copyright © 1987, by C. S. Hammond & Company.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

Manufactured in the United States of America

r.s/uh

**consubstantial**                                437                                **contact patch**

range or combine (words, phrases, etc.) syntactically. —*v.i.* **6.** to admit of grammatical analysis or interpretation. —*n.* **7.** the act of construing. **8.** something that is construed. [1325–75; ME *construen* < L *construere* to put together, build, equiv. to con- CON- + *struere* to pile up, arrange, perh. akin to *sternere* to spread, STREW; see STRATUM] —**con·stru′er,** *n.*

**con·sub·stan·tial** (kon′səb stan′shəl), *adj.* of one and the same substance, essence, or nature. [1350–1400; ME < LL *consubstantiālis,* equiv. to con- CON- + *substanti(a)* SUBSTANCE + *-ālis* -AL¹] —**con′sub·stan′tial·ism,** *n.* —**con′sub·stan′tial·ist,** *n.* —**con′sub·stan′tial·i·ty,** *n.* —**con′sub·stan′tial·ly,** *adv.*

**con·sub·stan·ti·ate** (kon′səb stan′shē āt′), *v.,* **-at·ed, -at·ing.** —*v.i.* **1.** to profess the doctrine of consubstantiation. **2.** to become united in one common substance or nature. —*v.t.* **3.** to unite in one common substance or nature. **4.** to regard as so united. [1590–1600; < NL *consubstantiātus* (ptp. of *consubstantiāre*), equiv. to con- CON- + *substanti(a)* SUBSTANCE + *-ātus* -ATE¹]

**con·sub·stan·ti·a·tion** (kon′səb stan′shē ā′shən), *n. Theol.* the doctrine that the substance of the body and blood of Christ coexist in and with the substance of the bread and wine of the Eucharist. [1590–1600; < ML *consubstantiātiō-* (s. of *consubstantiātiō*), equiv. to con- CON- + (*trans*)*substantiation* TRANSSUBSTANTIATION]

**con·su·e·la** (kon swā′lə; *It., Sp.* kōn swe′lä), *n.* a female given name: from a Latin word meaning "consolation."

**con·sue·tude** (kon′swi tōōd′, -tyōōd′), *n.* custom, esp. as having legal force. [1350–1400; ME < L *con-suetūdō,* equiv. to con- CON- + *sue-* (short s. of *suēscere* to become accustomed, akin to *suus* one's own) + *-tūdō* -TUDE]

**con·sue·tu·di·nar·y** (kon′swi tōōd′n er′ē, -tyōōd′n-), *adj.* customary or traditional. [1375–1425; late ME < LL *consuetūdinārius,* equiv. to *consuetūdin-* (s. of *consuetūdō*) CONSUETUDE + *-ārius* -ARY]

**con·sul** (kon′səl), *n.* **1.** an official appointed by the government of one country to look after its commercial interests and the welfare of its citizens in another country. **2.** either of the two chief magistrates of the ancient Roman republic. **3.** *Fr. Hist.* one of the three supreme magistrates of the First Republic during the period 1799–1804. [1350–1400; ME < L; traditionally taken to be a deriv. of *consulere* to CONSULT, but orig. and interrelationship of both words is unclear] —**con′su·lar,** *adj.* —**con′sul·ship′,** *n.*
——**Usage.** See **council.**

**con′sular a′gent,** a consular officer of the lowest rank, often a designated foreign national, stationed at a place where no full consular service is established.

**con·su·late** (kon′sə lit), *n.* **1.** the premises officially occupied by a consul. **2.** the position, work, authority, or term of service of a consul. **3.** (*often cap.*) a government by consuls, as in France from 1799 to 1804. [1350–1400; < L *consulātus,* equiv. to consul CONSUL + *-ātus* -ATE²]

**con′sulate gen′eral,** *pl.* **consulates general.** the office or establishment of a consul general. [1880–85]

**con′sul gen′eral,** *pl.* **consuls general.** a consular officer of the highest rank, as a person who is stationed at a place of considerable commercial importance or supervises other consuls. [1745–55]

**con·sult** (*v.* kən sult′; *n.* kon′sult, kən sult′), *v.t.* **1.** to seek advice or information from; ask guidance from: *Consult your lawyer before signing the contract.* **2.** to refer to for information: *Consult your dictionary for the spelling of the word.* **3.** to have regard for (a person's interest, convenience, etc.) in making plans. **4.** *Obs.* to meditate, plan, or contrive. —*v.i.* **5.** to consider or deliberate; take counsel; confer (usually fol. *by with*): *He consulted with his doctor.* **6.** to give professional or expert advice; serve as consultant. —*n.* **7.** a consultation. **8.** *Archaic.* a secret meeting, esp. one for seditious purposes. [1525–35; (< MF *consulter*) < L *consultāre* to deliberate, consult, freq. of *consulere* to consult, take counsel; cf. CONSUL]
——**Syn. 1.** CONSULT, CONFER imply talking over a situation or a subject with someone to decide points in doubt. To CONSULT is to seek from a presumably qualified person or source advice, opinion, etc.: *to consult an authority.* To CONFER is to exchange views: *The partners conferred concerning their business.*

**con·sult·an·cy** (kən sul′tn sē), *n., pl.* **-cies.** **1.** the state of being a consultant; the position of a consultant: *a consultancy with a government agency.* **2.** a person or firm that provides consulting advice or services. **3.** consultation (defs. 1, 2). [CONSULT + -ANCY]

**con·sult·ant** (kən sul′tnt), *n.* **1.** a person who gives professional or expert advice: *a consultant on business methods.* **2.** a person who consults someone or something. [1690–1700; (< F) < L *consultant-* (s. of *consultāns,* prp. of *consultāre*). See CONSULT, -ANT]

**con·sult·ant·ship** (kən sul′tnt ship′), *n.* the state or office of being a consultant; consultancy. [CONSULTANT + -SHIP]

**con·sul·ta·tion** (kon′səl tā′shən), *n.* **1.** the act of consulting; conference. **2.** a meeting for deliberation, discussion, or decision. **3.** a meeting of physicians to evaluate a patient's case and treatment. **4.** *Eng. Law.* a writ returning a case to an ecclesiastical court from a temporal one. **5.** *Australian.* lottery. [1540–50; < L *consultātiō-* (s. of *consultātiō*), equiv. to *consultāt(us)* (ptp. of *consultāre;* see CONSULT, -ATE¹) + *-iōn-* -ION]

**con·sul·ta·tive** (kən sul′tə tiv), *adj.* also, of or pertaining to consultation; advisory. Also, **con·sul·ta·to·ry** (kən sul′tə tôr′ē, -tōr′ē), **con·sul′tive.** [1575–85; CONSULT(ION) + -IVE] —**con·sul′ta·tive·ly,** *adv.*

**con·sult·ing** (kən sul′ting), *adj.* **1.** employed or in-

**con·sul′tor** (kən sul′tər), *n.* **1.** a member of a secular clergy who advises a bishop. **2.** a specialist who advises the Roman Curia. [1620–30; < L, equiv. to *consul(ere)* to CONSULT + *-tor* -TOR]

**con·sum·a·ble** (kən sōō′mə bəl), *adj.* **1.** able or meant to be consumed, as by eating, drinking, or using: *consumable goods.* **2.** liable to be used up or depleted: *consumable resources.* —*n.* **3.** Usually, **consumables.** something that is produced to be consumed, as processed food or fuel. [1635–45; CONSUME + -ABLE] —**con·sum′-a·bil′i·ty,** *n.*

**con·sume** (kən sōōm′), *v.,* **-sumed, -sum·ing.** —*v.t.* **1.** to destroy or expend by use; use up. **2.** to eat or drink up; devour. **3.** to destroy, as by decomposition or burning: *Fire consumed the forest.* **4.** to spend (money, time, etc.) wastefully. **5.** to absorb; engross: *consumed with curiosity.* —*v.i.* **6.** to undergo destruction; waste away. **7.** to use or use up consumer goods. [1350–1400; ME (< MF *consumer*) < L *consūmere,* equiv. to con- CON- + *sūmere* to take up (perh. < *¹suzm-* < *¹subzm-* < *¹subs-*(e)*m-,* equiv. to *subs-,* var. of *sub-* SUB- + *emere* to take, buy)]
——**Syn. 1.** exhaust, deplete. **4.** squander, dissipate.

**con·sum·ed·ly** (kən sōō′mid lē), *adv.* excessively; extremely: *a consumedly profound wish.* [1700–10; CON-SUMED + -LY]

**con·sum·er** (kən sōō′mər), *n.* **1.** a person or thing that consumes. **2.** *Econ.* a person or organization that uses a commodity or service. **3.** *Ecol.* an organism, usually an animal, that feeds on plants or other animals. [1350–1400; for earlier sense "squanderer," 1525–35 for current senses; ME; see CONSUME, -ER¹] —**con·sum′er·ship′,** *n.*

**consum′er ad′vocate,** consumerist (def. 1).

**consum′er cred′it,** credit extended by a retail store, bank, finance company, or other lender, chiefly for the purchase of consumer goods. [1925–30]

**consum′er goods′,** *Econ.* goods that are ready for consumption in satisfaction of human wants, as clothing or food, and are not utilized in any further production (contrasted with *capital goods*). Also called **consumption goods.** [1885–90]

**con·sum·er·ism** (kən sōō′mə riz′əm), *n.* **1.** a modern movement for the protection of the consumer against useless, inferior, or dangerous products, misleading advertising, unfair pricing, etc. **2.** the concept that an ever-expanding consumption of goods is advantageous to the economy. **3.** the fact or practice of an increasing consumption of goods: *a critic of American consumerism.* [1940–45, *Amer.;* CONSUMER + -ISM]

**con·sum·er·ist** (kən sōō′mər ist), *n.* **1.** Also called **consumer advocate,** a person who is dedicated to protecting and promoting the welfare and rights of consumers. —*adj.* **2.** of or pertaining to consumer interests or consumerism. [1965–70; CONSUMER + -IST]

**con·sum·er·ize** (kən sōō′mə rīz′), *v.t.,* **-ized, -iz·ing.** **1.** to make (goods or a product) suitable or available for mass consumption: *to consumerize computers by making them cheaper.* **2.** to encourage or foster the widespread consumption of (goods or a product). Also, *esp. Brit.,* **con·sum′er·ise′.** [CONSUMER + -IZE] —**con·sum′er·i·za′tion,** *n.*

**consum′er price′ in′dex,** an index of the changes in the cost of goods and services to a typical consumer, based on the costs of the same goods and services at a base period. *Abbr.:* CPI Also called **cost-of-living index.** [1945–50]

**Consum′er Prod′uct Safe′ty Commis′sion,** *U.S. Govt.* an independent regulatory agency, created in 1972, that protects the public against risk of injury from consumer products. *Abbr.:* CPSC

**consum′er strike′,** a boycott of a product by consumers, often in protest over a raise in its price.

**con·sum·ing** (kən sōō′ming), *adj.* strongly and urgently felt: *a consuming need to be successful.* [CONSUME + -ING] —**con·sum′ing·ly,** *adv.* —**con·sum′ing·ness,** *n.*

**con·sum·mate** (*v.* kon′sə māt′; *adj.* kən sum′it, kon′sə mit), *v.,* **-mat·ed, -mat·ing.** *adj.* —*v.t.* **1.** to bring to a state of perfection; fulfill. **2.** to complete (an arrangement, agreement, or the like) by a pledge or the signing of a contract: *The company consummated its deal to buy a smaller firm.* **3.** to complete (the union of a marriage) by the first marital sexual intercourse. —*adj.* **4.** complete or perfect; supremely skilled; superb: *a consummate master of the violin.* **5.** being of the highest or most extreme degree: *a work of consummate skill; an act of consummate savagery.* [1400–50; late ME (adj.) < L *consummātus* (ptp. of *consummāre* to complete, bring to perfection), equiv. to con- CON- + *summ(a)* SUM + *-ātus* -ATE¹] —**con·sum′mate·ly,** *adv.* —**con·sum′ma·tive,** **con·sum′ma·to·ry** (kən sum′ə tôr′ē, -tōr′ē), *adj.* —**con′sum·ma′tor,** *n.*
——**Syn. 1.** complete, perfect, finish, accomplish, achieve. —**Ant. 4.** imperfect, unfinished.

**con·sum·ma·tion** (kon′sə mā′shən), *n.* **1.** the act of consummating; completion. **2.** the state of being consummated; perfection; fulfillment. [1350–1400; ME *consummacioun* (< MF) < L *consummātiō-* (s. of *consummātiō*). See CONSUMMATE, -ION]

**consum′matory behav′ior,** *Ethology.* a behavior pattern that occurs in response to a stimulus and that achieves the satisfaction of a specific drive, as the eating of captured prey by a hungry predator (distinguished from *appetitive behavior*). [1905–10]

**con·sump·tion** (kən sump′shən), *n.* **1.** the act of consuming, as by use, decay, or destruction. **2.** the amount consumed. **3.** *Econ.* the using up of goods and services having an exchangeable value. **4.** *Pathol.* **a.** *Older Use.* tuberculosis of the

(var. s. of *sūmere* to take up, spend) + *-tus* ptp. suffix) + *-iōn-* -ION]
——**Syn. 1.** depletion, exploitation, utilization.

**consump′tion goods′.** See **consumer goods.** [1890–95]

**consump′tion tax′,** a tax, as a sales tax, levied on consumer goods or services at the time of sale. [1900–05]

**consump′tion weed′.** See **groundsel tree.** [1820–30, *Amer.*]

**con·sump·tive** (kən sump′tiv), *adj.* **1.** tending to consume; destructive; wasteful. **2.** pertaining to consumption by use. **3.** *Pathol.* **a.** pertaining to or of the nature of consumption. **b.** disposed to or affected with consumption. —*n.* **4.** *Older Use.* a person who suffers from tuberculosis. [1375–1425; ME: eliminating morbid humors < ML *consūmptīvus* wasteful, destructive; see CONSUME, -IVE] —**con·sump′tive·ly,** *adv.* —**con·sump′tive·ness,** *n.*

**Cont.,** Continental.

**cont., 1.** containing. **2.** contents. **3.** continent. **4.** continental. **5.** continue. **6.** continued. **7.** contra. **8.** contract. **9.** contraction. **10.** control. **11.** (in prescriptions) bruised. [def. 11 < L *contūsus*]

**con·tact** (kon′takt), *n.* **1.** the act or state of touching; a touching or meeting, as of two things or people. **2.** immediate proximity or association. **3.** an acquaintance, colleague, or relative through whom a person can gain access to information, favors, influential people, and the like. **4.** *Elect.* a junction of electric conductors, usually metal, that controls current flow, often completing or interrupting a circuit. **5.** *Geol.* the interface, generally a planar surface, between strata that differ in lithology or age. **6.** *Med.* a person who has lately been exposed to an infected person. **7.** *Sociol.* a condition in which two or more individuals or groups are placed in communication with each other. Cf. **categoric contact, primary contact, secondary contact, sympathetic contact.** *—v.t.* **8.** to bring or put into contact. **9.** to communicate with: *We'll contact you by mail or telephone.* —*v.i.* **11.** to enter into or be in contact. —*adj.* **12.** involving or produced by touching or proximity: *contact allergy.* [1620–30; < L *contāctus* a touching, equiv. to *contāc-* < **contag-,* var. s. of *contingere* to touch (con- CON- + *-tingere,* comb. form of *tangere* to touch) + *-tus* suffix of v. action; cf. TANGO, ATTAIN] —**con·tac·tu·al** (kon tak′chōō əl), *adj.* —**con·tac′tu·al·ly,** *adv.*
——**Usage.** Many verbs in English have derived from nouns. One can *head an* organization or *toe the* mark; *butter the* bread *or bread the* cutlet. Hence, grammatically at least, there is no historical justification for the once frequently heard criticism of CONTACT used as a verb meaning "to communicate with." *The managing editor contacted each reporter personally.* Despite the earlier objections to it and probably largely because there is no other one-word verb in the language to express the same idea, this use of CONTACT has become standard in all types of speech and writing. CONTACT as a noun meaning "a person through whom one can gain access to information and the like" is also standard: *My contact at the embassy says that the coup has been successful.*

**con·tac·tant** (kən tak′tənt), *n. Med.* any substance that might induce an allergy by coming in contact with the skin or mucous membrane. [CONTACT + -ANT]

**con′tact bi′nary,** *Astron.* a binary system in which the envelopes of gas surrounding each star are in contact.

**con′tact cement′,** synthetic adhesive that is applied separately to the surfaces to be joined and is allowed to dry, with the surfaces then being brought into contact; often used to join veneers.

**con′tact dermati′tis,** *Pathol.* inflammation of the skin caused by an allergic reaction to contact with an animal, vegetable, or chemical substance.

**con·tact·ee** (kon′tak tē′), *n.* **1.** a person or thing that is contacted. **2.** a person who claims to have communicated with or been contacted by visitors arriving from outer space. [CONTACT + -EE]

**con′tact fly′ing,** aircraft piloting in which visual reference is made to the horizon and its landmarks. [1935–40, *Amer.*]

**con′tact inhibi′tion,** *Biol.* the cessation of movement, growth, and division in cells that touch each other. [1960–65]

**con′tact lens′,** one of a pair of small plastic disks that are held in place over the cornea by surface tension and correct vision defects unobtrusively. Cf. **hard lens, intraocular lens, soft lens.** [1885–90]

**con′tact metamor′phism,** *Geol.* localized metamorphism resulting from the heat of an igneous intrusion. [1875–80]

**con′tact mine′,** a naval mine designed to explode on contact with the hull of a ship. Cf. **acoustic mine, magnetic mine.** [1880–85]

**con·tac·tor** (kon′tak tər, kan tak′tər), *n. Elect.* a mechanically operated switch for continuously establishing and interrupting an electric power circuit. [1905–10; CONTACT + -OR²]

**con′tact pa′per,** **1.** *Photog.* sensitized paper on which a contact print is made. **2.** an adhesive-backed paper or paperlike product, used to line shelves, decorate surfaces, etc.

**con′tact patch′,** the area of contact between a tire on an automotive vehicle and the road surface.

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, ōōze, out; up, ûrge; *child;* sing; shoe; thin, *th*at; *zh* as in treasure.

•tor (kən sul′tər), *n.* **1.** a member of a secular
who advises a bishop. **2.** a specialist who advises
an Curia. [1620–30; < L, equiv. to *consul(ere)* to
+ *-tor* -TOR]

n•a•ble (kən sŏŏ′mə bəl), *adj.* **1.** able or
o be consumed, as by eating, drinking, or using:
*able goods.* **2.** liable to be used up or depleted:
*able resources.* —*n.* Usually, **consumables.**
ng that is produced to be consumed, as processed
fuel. [1635–45; CONSUME + -ABLE] —**con•sum′•
y,** *n.*

ne (kən sŏŏm′), *v.,* **-sumed, -sum•ing.** —*v.t.*
estroy or expend by use; use up. **2.** to eat or
; devour. **3.** to destroy, as by decomposition or
: *Fire consumed the forest.* **4.** to spend (money,
c.) wastefully. **5.** to absorb; engross: *consumed
riosity.* —*v.i.* **6.** to undergo destruction; waste
′. to use or use up consumer goods. [1350–1400;
MF *consumer*) < L *consūmere,* equiv. to *con-
s*-take up (perh. < \**suzm*- < \**subzm*-
s-(e)m-, equiv. to *subs-,* var. of *sub-* SUB- +
take, buy)]
   **1.** exhaust, deplete. **4.** squander, dissipate.

n•ed•ly (kən sŏŏ′mid lē), *adv.* excessively; *as
a consumedly profound wish.* [1700–10; CON-
+ -LY]

n•er (kən sŏŏ′mər), *n.* **1.** a person or thing
sumes. **2.** *Econ.* a person or organization that
ommodity or service. **3.** *Ecol.* an organism, usu-
animal, that feeds on plants or other animals.
125 for earlier sense "squanderer," 1525–35 for
senses; ME; see CONSUME, -ER] —**con•sum′er•**

✓′er ad′vo•cate, .consumerist (def. 1).

✓′er cred′it, credit extended by a retail store,
nance company, or other lender, chiefly for the
e of consumer goods. [1925–30]

✓′er goods′, *Econ.* goods that are ready for
otion in satisfaction of human wants, as clothing
and are not utilized in any further production
ted with *capital goods*). Also called **consumption**
[1885–90]

n•er•ism (kən sŏŏ′mə riz′əm), *n.* **1.** a modern
nt for the protection of the consumer against
inferior, or dangerous.products, misleading ad-
g, unfair pricing, etc. **2.** the concept that an ev-
ading consumption of goods is advantageous to
nomy. **3.** the fact or practice of an increasing
otion of goods: *a critic of American consumerism.*
5, *Amer.*; CONSUMER + -ISM]

n•er•ist (kən sŏŏ′mər ist), *n.* **1.** Also called
er advocate. a person who is dedicated to pro-
and promoting the welfare and rights of consum-
*dj.* **2.** of or pertaining to consumer interests or
erism. [1965–70; CONSUMER + -IST]

n•er•ize (kən sŏŏ′mə rīz′), *v.t.,* **-ized, -iz•ing.**
ike (goods or a product) suitable or available for
nsumption: *to consumerize computers by making
eaper.* **2.** to encourage or foster the widespread
otion of (goods or a product). Also, *esp. Brit.,*
n′er•ise.′ [CONSUMER + -IZE] —**con•sum′er•i•**
*n.*

✓′er price′ in′dex, an index of the changes
ost of goods and services to a typical consumer,
n the costs of the same goods and services at a
iod. *Abbr.:* CPI Also called **cost-of-living index.**
)]

✓′er strike′, a boycott of a product by con-
often in protest over a raise in its price.

n•ing (kən sŏŏ′ming), *adj.* strongly and ur-
elt: *a consuming need to be successful.* [CONSUME
²] —**con•sum′ing•ly,** *adv.* —**con•sum′ing•**

n•mate (*v.* kon′sə māt′; *adj.* kən sum′it,
mit), *v.,* **-mat•ed, -mat•ing,** *adj.* —*v.t.* **1.** to
a state of perfection; fulfill. **2.** to complete (an
ment, agreement, or the like) by a binding con-
of a contract: *The company consummated its deal
a smaller firm.* **3.** to complete (the union of a
e) by the first marital sexual intercourse. —*adj.*
lete or perfect; supremely skilled; superb: *a con-
e master of the violin.* **5.** being of the highest or
reme degree: *a work of consummate skill; an act*

(var. s. of *sūmere* to take up, spend) + *-tus* ptp. suffix)
+ -iōn- -ION]
   —**Syn. 1.** depletion, exploitation, utilization.

**consump′tion goods′.** See **consumer goods.**
[1890–95]

**consump′tion tax′,** a tax, as a sales tax, levied on
consumer goods or services at the time of sale. [1900–
05]

**consump′tion weed′.** See **groundsel tree.** [1820–
30, *Amer.*]

**con•sump•tive** (kən sump′tiv), *adj.* **1.** tending to
consume; destructive; wasteful. **2.** pertaining to con-
sumption by use. **3.** *Pathol.* **a.** pertaining to or of the
nature of consumption. **b.** disposed to or affected with
consumption. —*n.* **4.** *Older Use.* a person who suffers
from tuberculosis. [1375–1425; ME: eliminating morbid
humors < ML *consūmptivus* wasteful, destructive; see
CONSUMPTION, -IVE] —**con•sump′tive•ly,** *adv.* —**con•
sump′tive•ness,** *n.*

**Cont.,** Continental.

**cont.,** **1.** containing. **2.** contents. **3.** continent. **4.** con-
tinental. **5.** continue. **6.** continued. **7.** contra. **8.** con-
tract. **9.** contraction. **10.** control. **11.** (in prescriptions)
bruised. [def. 11 < L *contūsus*]

**con•tact** (kon′takt), *n.* **1.** the act or state of touching;
a touching or meeting, as of two things or people. **2.** im-
mediate proximity or association. **3.** an acquaintance,
colleague, or relative through whom a person can gain
access to information, favors, influential people, and the
like. **4.** *Elect.* a junction of electric conductors, usually
metal, that controls current flow, often completing or in-
terrupting a circuit. **5.** *Geol.* the interface, generally a
planar surface, between strata that differ in lithology or
age. **.6.** *Med.* a person who has lately been exposed to an
infected person. **7.** *Sociol.* a condition in which two or
more individuals or groups are placed in communication
with each other. [cf. categoric contact, primary con-
tact, secondary contact, sympathetic contact. **8.**
See contact lens. —*v.t.* **9.** to put or bring into contact.
**10.** to communicate with: *We'll contact you by mail or
telephone.* —*v.i.* **11.** to enter into or be in contact.
—*adj.* **12.** involving or produced by touching or proxim-
ity: *contact allergy.* [1620–30; < L *contāctus* a touching,
equiv. to *contāc-* < \**contag-,* var. s. of *contingere* to
touch (con- CON- + *-tingere,* comb. form of *tangere* to
touch) + *-tus* suffix of v. action; cf. TANGO, ATTAIN]
—**con•tac•tu•al** (kon tak′chŏŏ əl), *adj.* —**con•tac′tu•
al•ly,** *adv.*
   —**Usage.** Many verbs in English have derived from
nouns. One can *head* an.organization or *toe* the mark;
*butter* the bread or *bread* the cutlet. Hence, grammati-
cally at least, there is no historical justification for the
once frequently heard criticism of CONTACT used as a
verb meaning "to communicate with": *The managing
editor contacted each reporter personally.* Despite the
earlier objections to it and probably largely because
there.is no other one verb in the language to ex-
press the same idea, this use of CONTACT has become
standard in all types of speech and writing. CONTACT as a
noun meaning "a person through whom one can gain ac-
cess to information and the like" is also standard: *My
contact at the embassy says that the coup has been suc-
cessful.*

**con•tac•tant** (kən tak′tənt), *n. Med.* any substance
that might induce an allergy by coming in contact with
the skin or.a mucous.membrane. [CONTACT + -ANT]

**con′tact bi′nary,** *Astron.* a binary system in which
the envelopes of gas surrounding each star are in con-
tact.

**con′tact cement′,** synthetic adhesive that is applied
separately to the surfaces to be joined and is allowed to
dry, with the surfaces then being brought into contact;
often used to join veneers.

**con′tact dermati′tis,** *Pathol.* inflammation of the
skin caused by an allergic reaction to contact with an an-
imal, vegetable, or chemical substance.

**con•tact•ee** (kon′tak tē′), *n.* **1.** a person or thing that
is contacted. **2.** a person who claims to have com-
municated with or been contacted by visitors arriving
from outer space. [CONTACT + -EE]

**con′tact fly′ing,** aircraft piloting in which visual ref-
erence is made to the horizon and its landmarks. [1935–
40, *Amer.*]

**con′tact inhibi′tion,** *Biol.* the cessation of move-
ment, growth, and division in cells that touch each other.
[1960–65]

**con′tact lens′,** one of a pair of small plastic disks