## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

TAKEDA PHARMACEUTICAL COMPANY, LTD.,  )
and TAP PHARMACEUTICAL PRODUCTS INC.,  )
)
        Plaintiffs and  )
        Counterclaim-Defendants,  )   **REDACTED PUBLIC VERSION**
)
        v.  )   C.A. No. 06-033-SLR
)
TEVA PHARMACEUTICALS USA, INC., and  )
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,  )
)
        Defendants and  )
        Counterclaim-Plaintiffs.  )

### <u>APPENDIX OF EXHIBITS</u>

### TO DEFENDANTS TEVA PHARMACEUTICALS USA, INC.'S
### AND TEVA PHARMACEUTICAL INDUSTRIES LTD.'S
### OPENING CLAIM CONSTRUCTION BRIEF

YOUNG CONAWAY STARGATT & TAYLOR LLP
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
Jeffrey D. Blake
999 Peachtree Street
Atlanta, Georgia 30309-3996
Phone: 404-853-8000

*Attorneys for Defendants,*
*Teva Pharmaceuticals USA, Inc.*
*and Teva Pharmaceutical Industries, Ltd.*

Original Filing Date: September 11, 2007
Redacted Version Filing Date: September 18, 2007

**TABLE OF CONTENTS**

Exhibit 1:      United States Patent No. 5,045,321 (with highlighting)

Exhibit 2:      Proposed Claim Construction of the Disputed Terms of Claims 1 and 2 of U.S. Patent No. 5,045,321

Exhibit 3:      History on Formulation and Manufacturing Procedure for AG-1749 Capsules (dated June 1992) *[Highly Confidential – Outside Attorneys' Eyes Only]*

Exhibit 4:      Second Reply Brief [to the Examiner's Answer on Remand dated April 20, 1990] (dated May 21, 1990) [from '321 file history]

Exhibit 5:      Excerpts of transcript of deposition of Simona DiCapua dated February 7, 2007 *[Highly Confidential – Outside Attorneys' Eyes Only]*

Exhibit 6:      Formula Composition – Lansoprazole D.R. Capsules USP 15 mg and 30mg *[Highly Confidential – Outside Attorneys' Eyes Only]*

Exhibit 7:      Definition of "evenly" from WEBSTER'S NEW UNIVERSAL UNABRIDGED DICTIONARY (Second Edition)

Exhibit 8:      Expert Report of Walter Chambliss, Ph. D. (without exhibits) (dated August 8, 2007) *[Highly Confidential – Outside Attorneys' Eyes Only]*

Exhibit 9:      "Sustained- and Controlled-Release Drug Delivery Systems," by G. Jantzen and J. Robinson (from MODERN PHARMACEUTICS (Third Edition))

Exhibit 10:     Amendment Submitted Under 37 CFR 1.115 [responding to the Official Action dated June 28, 1988] (dated November 28, 1988) [from '321 file history]

Exhibit 11:     U.S. Pharmacopeia website pages [9/10/2007]

Exhibit 12:     Appeal Brief (dated December 29, 1989) [from '321 file history]

Exhibit 13:     Reply Brief to Third Supplemental Examiner's Answer (dated September 28, 1990) [from '321 file history]

Exhibit 14:     Expert Report of Stephen R. Byrn, Ph.D. (without exhibits) (dated June 27, 2007) *[Highly Confidential – Outside Attorneys' Eyes Only]*

Exhibit 15:     Supplemental Amendment Submitted Under 37 CFR 1.115 [supplemental to the principal amendment of December 6, 1988] (dated January 31, 1989) [from '321 file history]

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 11, 2007, I caused to be electronically filed a true and correct copy of the foregoing sealed document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham [mgraham@mnat.com]
> Rodger D. Smith II [rsmith@mnat.com]
> James W. Parrett, Jr. [jparrett@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200

I further certify that on September 11, 2007, I caused a copy of the foregoing sealed document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### By E-Mail and FedEx

Dillon Kim [dkim@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Melissa Mandrgoc [mmandrgoc@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

### By E-Mail

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk
[twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiffs Takeda*
*Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr.
[wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical*
*Products Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Defendants and Counterclaim*
*Plaintiffs, Teva Pharmaceuticals USA, Inc.*
*and Teva Pharmaceutical Industries, Ltd.*

- 2 -

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham [mgraham@mnat.com]
> Rodger D. Smith II [rsmith@mnat.com]
> James W. Parrett, Jr. [jparrett@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200

I further certify that on September 18, 2007, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-Mail*

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk
[twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Dillon Kim [dkim@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiffs Takeda
Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr.
[wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
Melissa Mandrgoc [mmandrgoc@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical
Products Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Defendants and Counterclaim
Plaintiffs, Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries, Ltd.*