# EXHIBIT 1

## PLAINTIFFS' COUNTERDESIGNATIONS TO DEFENDANTS' DESIGNATIONS FROM THE DEPOSITION OF JOHN SEELY

| John Seely<br>April 18, 2007<br>(Takeda/TAP v. Teva) ||||
|---|---|---|---|
| FROM || TO ||
| Page | Line | Page | Line |
| 64 | 12 | 64 | 16 |
| 64 | 18 | 65 | 1 |