IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD. and TAP PHARMACEUTICAL PRODUCTS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 06-033-SLR ) ) ) ) ) ) |

ORDER

At Wilmington this 16th day of October, 2007, having considered the request by counsel for defendants to admit documents without a testifying witness, on the grounds that the documents are undeniably business records of plaintiffs and, therefore, admissions whose relevance is evident from their face;

IT IS ORDERED that defendants may identify no more than 50 representative documents for admission without the aid of a testifying witness. Using their trial time, defendants must demonstrate that said documents are relevant to a specific element of a claim for relief or a defense. Twenty-four hours before defendants plan to submit said documents to the court, they must identify said documents to plaintiffs.

_____
United States District Judge