IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., and TAP PHARMACEUTICAL PRODUCTS INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | C.A. No. 06-033 (SLR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lawrence J. McClure of Hogan & Hartson LLP to represent plaintiff Takeda Pharmaceutical Company Ltd. in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

OF COUNSEL:

Eric J. Lobenfeld
Tedd W. Van Buskirk
Arlene L. Chow
Dillon Kim
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
212.918.3000

*Attorneys for Takeda Pharmaceutical Company Ltd., and TAP Pharmaceutical Products Inc.*

Philippe Y. Riesen
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-4070

Richard de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600

*Attorneys for Takeda
Pharmaceutical Company Limited*


William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

*Attorneys for TAP
Pharmaceutical Products Inc.*


SO ORDERED, this ___ day of _____, 2007


_____
UNITED STATES DISTRICT JUDGE

1268991

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Lawrence J. McClure, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 10/16/2007

Lawrence J. McClure
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600

1268666

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

> Karen L. Pascale, Esquire
> Karen E. Keller, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 16, 2007, upon the following individuals in the manner indicated:

**BY EMAIL**:

Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
kpascale@ycst.com

John L. North, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
john.north@sablaw.com

Jeffrey J. Toney, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
jeffrey.toney@sablaw.com

Laura Fahey Fritts, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
laura.fritts@sablaw.com

Jeffrey D. Blake, Esquire
SUTHERLAND ASBILL & BRENNAN LLP
jeffrey.blake@sablaw.com

James W. Parrett, Jr. (#4292)
jparrett@mnat.com

1268991