# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | THE BRANDYWINE BUILDING | |
|---|---|---|
| KAREN L. PASCALE | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: (302) 571-5001 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX: (302) 576-3516 | P.O. BOX 391 | (800) 253-2234 (DE ONLY) |
| kpascale@ycst.com | WILMINGTON, DELAWARE 19899-0391 | www.youngconaway.com |

November 8, 2007

**By Hand Delivery**

Ms. Francesca Tassone
Courtroom Deputy to
  The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801



Re:  *Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*, Civil Action No. 06-33-SLR

Dear Ms. Tassone:

    In accordance with the discussion on the record at the conclusion of the bench trial in the above-referenced action on Tuesday, November 6, 2007, and further to our exchange of voice mail messages earlier today, enclosed please find the six additional exhibits which the parties seek to admit via the designated deposition testimony which is being submitted to the court reporter today. These are the "original" exhibits, and are identified by the appropriate stickers. A supplemental Form AO 187 Exhibit List is also enclosed.

    The parties thank you again for your able assistance in this matter.

Respectfully,

Karen L. Pascale (#2903)

Enclosures

cc:   Rodger D. Smith II, Esq. (by e-mail) (with Exhibit List only)
      Eric J. Lobenfeld, Esq. (by e-mail) (with Exhibit List only)
      William F. Cavanaugh, Jr., Esq. (by e-mail) (with Exhibit List only)
      John L. North, Esq. (by e-mail) (with Exhibit List only)

AO 187 (Rev. 7/00) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

SUPPLEMENTAL EXHIBIT AND WITNESS LIST

Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v.
Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.

CASE NUMBER: 06-33-SLR

| PRESIDING JUDGE           | PLAINTIFF'S ATTORNEY     | DEFENDANT'S ATTORNEY     |
|---------------------------|--------------------------|--------------------------|
| Sue L. Robinson           | Roger D. Smith, II, Esq. | Karen L. Pascale, Esq.   |
| TRIAL DATE(S)             | COURT REPORTER           | COURTROOM DEPUTY         |
| October 29 – November 2, 2007<br>November 5 – 7, 2007 | Valerie Gunning | Francesca Tassone |

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 627 | | | | | Kitao Deposition Exhibit 36 Notebook AG 2352. (Bates numbers Takeda 050988 through Takeda 051252.) |
| | 43 | | | | ANDA Section VII Components and Composition Statements |
| | 416 | | | | Kitao Deposition Exhibit No. 60 Notebook 1753 (Bates numbers Takeda 638639 through 797) |
| | 418 | | | | Kitao Deposition Exhibit No. 62 Notebook No. 1917 (Bates numbers Takeda 638798 through 966) |
| | 419 | | | | Kitao Deposition Exhibit 63 Notebook No. 2155 (Bates numbers Takeda 649039 through 161) |
| | 420 | | | | Kitao Deposition Exhibit No. 64 notebook No. 2624 (Bates numbers Takeda 639072 through 163) |