# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX:  (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 9, 2007



**By Hand Delivery**

Ms. Francesca Tassone
Courtroom Deputy to
   The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    *Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*, Civil Action No. 06-33-SLR

Dear Ms. Tassone:

      In accordance with the Court's pre-trial Order of October 16, 2007 (respecting defendants' request to admit documents without a testifying witness) (D.I. 148), enclosed please find the thirty-six additional exhibits tendered by defendants for admission to the trial record. These are the "original" exhibits, and are identified by the appropriate stickers. A Second Supplemental Form AO 187 Exhibit List is also enclosed.

      Also enclosed for the Court's convenience is a list of admitted exhibits that were referenced during some of the designated deposition testimony submitted to the Court yesterday.

      This should complete the parties' submissions to the Court on exhibits and deposition testimony.

      Respectfully,

      *Karen L. Pascale*

      Karen L. Pascale (#2903)

Enclosures

cc:    Rodger D. Smith II, Esq. (by e-mail) (with Exhibit Lists only)
        Eric J. Lobenfeld, Esq. (by e-mail) (with Exhibit Lists only)
        William F. Cavanaugh, Jr., Esq. (by e-mail) (with Exhibit Lists only)
        John L. North, Esq. (by e-mail) (with Exhibit Lists only)

AO 187 (Rev. 7/00) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SUPPLEMENTAL EXHIBIT AND WITNESS LIST

Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v.
Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.

CASE NUMBER: 06-33-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Roger D. Smith, II, Esq. | Karen L. Pascale, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| October 29 – November 2, 2007<br>November 5 – 7, 2007 | Valerie Gunning | Francesca Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS YES/NO | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 59 | | | | Yes | | AG Screening Data – TAKEDA – O50774-050987 |
| 61 | | | | No | | Certified Translation of TAKEDA 436710-436733 (Research Report No. 10031) |
| 70 | | | | No | | Certified Translation of TAKEDA-040875-070876 (November, 1983 Monthly Report) |
| 71 | | | | No | | Certified Translation of TAKEDA0040877 (November, 1983 Monthly Report) |
| 72 | | | | No | | Certified Translation of TAKEDA0040886 (December, 1983 Monthly Report) |
| 73 | | | | No | | Certified Translation of TAKEDA0040893 (January, 1984 Monthly Report) |
| 74 | | | | No | | Certified Translation of TAKEDA0040901 (February, 1984 Monthly Report) |
| 75 | | | | No | | Certified Translation of TAKEDA0040909 (March, 1984 Monthly Report) |
| 76 | | | | No | | Certified Translation of TAKEDA0040924 (May, 1984 Monthly Report) |
| 77 | | | | No | | Certified Translation of TAKEDA0040931 (June, 1984 Monthly Report) |
| 78 | | | | No | | Certified Translation of TAKEDA0040938 (July, 1984 Monthly Report) |
| 79 | | | | No | | Certified Translation of TAKEDA0040944 (August, 1984 Monthly Report) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS YES/NO | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 80 | | | | No | | Certified Translation of TAKEDA0040945 (August, 1984 Monthly Report) |
| 81 | | | | No | | Certified Translation of TAKEDA0040951-040952 (September, 1984 Monthly Report) |
| 82 | | | | No | | Certified Translation of TAKEDA0040953 (September, 1984 Monthly Report) |
| | 406 | | | Yes | | Kaneko Lab Notebook (TAKEDA 446502-446605) |
| | 408 | | | Yes | | Kaneko Lab Notebook (TAKEDA 446710-446813) |
| | 421 | | | Yes | | Kubo Lab Notebook (TAKEDA039372-039476) |
| | 422 | | | Yes | | Kubo Lab Notebook (TAKEDA 039477-039581) |
| | 423 | | | Yes | | Kubo Lab Notebook (TAKEDA 039582-039685) |
| | 424 | | | Yes | | Kubo Lab Notebook (TAKEDA 039686-039789) |
| | 425 | | | Yes | | Kubo Lab Notebook (TAKEDA 039790-039893) |
| | 426 | | | Yes | | Kubo Lab Notebook (TAKEDA 039894-040000) |
| | 427 | | | Yes | | Kubo Lab Notebook (TAKEDA 040001-040114) |
| | 428 | | | Yes | | Lab Notebook 2352 (TAKEDA 051182-051184) |
| | 508 | | | No | | Certified Translation of Monthly Report December 1984 (TAKEDA 040986-040992) |
| | 610 | | | No | | Certified Translation of Monthly Report Project Theme November 1984 (TAKEDA 040978-040985) |
| | 611 | | | No | | Certified Translation of Monthly Report Project Theme December 1984 (TAKEDA 040993-041002) |
| | 614 | | | No | | Certified Translation of Central Research Division Monthly Report January 1985 (TAKEDA 041003-041009) |
| | 615 | | | No | | Certified Translation of Monthly Report Project Theme January 1985 (TAKEDA 041010-041018) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS YES/NO | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | 616 | | | No | | Certified Translation of Central Research Division Monthly Report February 1985 (TAKEDA 041019-041025) |
| | 617 | | | No | | Certified Translation of Monthly Report Project Theme February 1985 (TAKEDA 041026-041038) |
| | 618 | | | No | | Certified Translation of Central Research Division Monthly Report March 1985 (TAKEDA 041039-041045) |
| | 619 | | | No | | Certified Translation of Monthly Report Project Theme March 1985 (TAKEDA 041046-041062) |
| | 621 | | | No | | Certified Translation of Central Research Division Monthly Report April 1985 (TAKEDA 041063-041069) |
| | 622 | | | No | | Certified Translation of Monthly Report Project Theme April 1985 (TAKEDA 041070-0041085) |

*Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*, Civil Action No. 06-33-SLR

# SUPPLEMENTAL CROSS-REFERENCE LIST OF EXHIBITS REFERENCED IN DESIGNATED DEPOSITION TESTIMONY

**KITAO (12/18/06)**

| PTX | DEPOSITION EXHIBIT |
|-----|--------------------|
| 1   | 2                  |

**KITAO (3/23/06)**

| PTX | DEPOSITION EXHIBIT |
|-----|--------------------|
| 627 | 36                 |

| DTX | DEPOSITION EXHIBIT |
|-----|--------------------|
| 43  | 40                 |
| 416 | 60                 |
| 418 | 62                 |
| 419 | 63                 |
| 420 | 64                 |

**TABATA**

| PTX | DEPOSITION EXHIBIT |
|-----|--------------------|
| 3   | 7                  |

**MAKI**

| PTX | DEPOSITION EXHIBIT |
|-----|--------------------|
| 1   | 16                 |

| DTX | |
|-----|----|
| 508 | 19 |
| 595 | 26 |

*Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*, Civil Action No. 06-33-SLR

SUPPLEMENTAL CROSS-REFERENCE OF EXHIBITS REFERENCED
IN DESIGNATED DEPOSITION TESTIMONY

**NOHARA**

| DTX | DEPOSITION EXHIBIT |
|-----|--------------------|
| 82  | 30                 |
| 604 | 31                 |

**HIRAI**

| DTX | DEPOSITION EXHIBIT |
|-----|--------------------|
| 4A  | 32 (HAM3522-25, also TAKEDA-739677-680) |
| 4A  | 33 (HAM3515-21, also TAKEDA-739670-676) |

The original copy of the file history of U.S. Patent No. 5,045,321 received from the United States Patent and Trademark Office was missing several pages, including the amendment and declaration discussed in DTX 4A. The missing pages were located in a third party production from the prosecuting attorney and bates labeled with prefix HAM. The HAM bates labeled documents were used as Deposition Exhibits 32 and 33, but are the same documents (minus the cover page of the '321 patent file history) as those included in DTX 4A labeled with prefix TAKEDA.

**DICAPUA**

| PTX  | DEPOSITION EXHIBIT |
|------|--------------------|
| 446C | 5                  |

| DTX | DEPOSITION EXHIBIT |
|-----|--------------------|
| 56  | 4                  |