AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

TAKEDA PHARMACEUTICAL CO., LTD, et al.

V.

TEVA PHARMACEUTICALS USA, INC., et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 06-33-SLR

| PRESIDING JUDGE Sue L. Robinson | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) 10/29/07-11/2/07, 11/5-11/6/07 | COURT REPORTER V. Gunning and B. Gaffigan | COURTROOM DEPUTY Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 3 | | 10/29/07 | | YES | U.S. Patent '321(Byrn) |
| 4 | | 10/29/07 | | YES | File History of U.S. Patent '321 (Byrn) |
| 378 | | 10/29/07 | | YES | Lasar Raman spectra and images(Byrn) |
| 379 | | 10/29/07 | | YES | SEM and EDS spectra and images (Byrn) |
| 386 | | 10/29/07 | | YES | Photos(Byrn) |
| 387 | | 10/29/07 | | YES | Photos (Byrn) |
| 422 | | 10/29/07 | | YES | EDX Map(Byrn) |
| 423 | | 10/29/07 | | YES | Overlay of lansoprazole EDX with magnesium (Byrn) |
| 444 | | 10/29/07 | | YES | Byrn CV (Byrn) |
| 445A | | 10/29/07 | | YES | Section from TEVA ANDA(Byrn) |
| 446A | | 10/29/07 | | YES | Lansoprazole DR 30 mg capsules summary, TVL053874(Byrn) |
| 446B | | 10/29/07 | | YES | Lansoprazole DR 30 mg capsules summary, TVL052764, TVL052765 (Byrn) |
| 449 | | 10/29/07 | | YES | Various optical images (Byrn) |
| 446C | | 10/29/07 | | YES | Email from Simon Di Capua to Iosefzon and Chohen dated 9/7/02 (Byrn) |
| | 901 | 10/29/07 | | YES | Characterization of the solid-state: spectroscopic techniques (Byrn) sections? |
| | 902 | 10/29/07 | | obj/YES | Secondary Ion Mass Spectrometry SIMS XII (Byrn) |
| | 903 | 10/29/07 | | obj/YES | TOF-SIMS Characterization and Imaging of Controlled-Release Drug... (Byrn) section? |
| | 904 | 10/29/07 | | obj/YES | Time-of-flight secondary-ion mass spectrometry for the surface characterization... (Byrn) |
| 390- | 395 | 10/29/07 | | YES | Raman Spectrums PTX 390-395 (Bugay) |
| 400 | | 10/29/07 | | YES | Raman Map(Bugay) |
| 404 | | 10/29/07 | | YES | Difference goodness of fit (Bugay) |
| 408 | | 10/29/07 | | YES | Comparison Charts(Bugay) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 8 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Takeda, et al. | | vs. | | Teva, et al. | CASE NO. 06-33-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 410 | | 10/29/07 | | YES | Optical Image of Granule (Bugay) | |
| 413 | | 10/29/07 | | YES | Raman Map(Bugay) | |
| 414 | | 10/29/07 | | YES | Remaining 13 Raman Maps (Bugay) | |
| 433 | | 10/29/07 | | YES | Spatial Position Charts (Bugay) | |
| 688 | | 10/29/07 | | YES | Email (Bugay) | |
| 924- | 927 | 10/29/07 | | YES | Bugay CDs (Bugay) PTX 924-927 | |
| | 317 | 10/30/07 | | YES | Optical image of Granule surface(Bugay) | |
| | 311 | 10/30/07 | | YES | (Bugay) | |
| 336.1- | 336.8 | 10/30/07 | | YES | Raw Data (Bugay)    336.1-336.8 | |
| | 58 | 10/30/07 | | YES | Resume (Hirt) | |
| | 59.3 | 10/30/07 | | YES | Data and Documentation in support of Hirt Report - CD (Hirt) | |
| | 59.2 | 10/30/07 | | YES | Data and Documentation in support of Hirt Report - CD (Hirt) | |
| | 63.1 | 10/30/07 | | YES | ToFSIMS Spectra and Maps(Hirt) PTO says Publication | |
| | 63.2 | 10/30/07 | | YES | PTO says Publication(Hirt) | |
| | 59.1 | 10/30/07 | | YES | Data and Documentation in support of Hirt Report - CD (Hirt) | |
| | 63.3 | 10/30/07 | | YES | ToF-SIMS related photos (Hirt) | |
| | 63.4 | 10/30/07 | | YES | EDX spectra (Hirt) | |
| | 63.5 | 10/30/07 | | YES | pictures (Hirt) | |
| 942 | | 10/30/07 | | YES | Expanded views of the Sample A spectra (Hirt) | |
| 943 | | 10/30/07 | | YES | Expanded views of the Spectral Engery Range (Hirt) | |
| | 66 | 10/30/07 | | YES | CV (Meyer) | |
| | 70 | 10/30/07 | | YES | Publication: "Infrared & Raman Characteric Group Frequencies" by Socrates (Meyer) | |
| | 349 | 10/30/07 | | YES | Composite map (Meyer) | |
| | 303 | 10/31/07 | | YES | Formula Composition Lansoprazole D.R. Capsules USP 15 mg & 30 mg (Chambliss) | |

Page 2 of 8 Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | Takeda, et al. | | vs. | Teva, et al. | CASE NO. 06-33-SLR |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 56 | 10/31/07 | | YES | Section XI.2 Manufacturing and Processing Instructions: Commercial ... (Chambliss) | |
| | 734 | 10/31/07 | | YES | Proposed Claim Construction of the Disputed Terms of Claims 1 and 2 of '321 (Chamb | |
| | 4A | 10/31/07 | -- | | Excerpt from file history (Chambliss) | |
| | 16 | 10/31/07 | | YES | U.S. Patent '230 (Chambliss) | |
| | 18 | 10/31/07 | | YES | Japanese Patent Application        (Chambliss) | |
| | 42 | 10/31/07 | | obj/YES | "Development of an oral formulation of omeprazole" Plibrant and Cederberg(Chambliss) | |
| | 33 | 10/31/07 | | obj/YES | "Omeprazole: A Study of Its Inhibition of Gastric pH and Oral..." (Chambliss) | |
| 1026 | | 10/31/07 | -- | | (Chambliss) | |
| 1077 | | 10/31/07 | -- | | (Chambliss) | |
| 1025 | | 10/31/07 | -- | | (Chambliss) | |
| | 5 | 10/31/07 | adm on | 11/1/07 | '431 patent (Chambliss) | |
| 346 | | 10/31/07 | -- | | "The forgotten dosage form: enteric-coated tablets" by Chambliss (Chambliss) | |
| | 129 | 10/31/07 | | YES | CV of Solny (Solny) | |
| | 141 | 10/31/07 | | YES | Drug Class Riview on Proton Pump Inhibitors Final Report July 2006(Solny) | |
| | 145 | 10/31/07 | | YES | "Management of Gastroesophageal Reflux Disease" Tutuian, et al. (Solny) | |
| | 142 | 10/31/07 | | YES | "Lessons Learned From Intragastric pH Monitoring" Katz (Solny) | |
| | 386 | 10/31/07 | | YES | "Comparing Lansoprazole and Omeprazole in Onset of Heartburn Relief:..."Richter, etal | |
| | 144 | 10/31/07 | | YES | "Lansoprazole provided more effective and faster relief for heartburn..." Richter, et al | |
| 1079 | | 10/31/07 | -- | | ( Solny) | |
| 169 | | 10/31/07 | | YES | "Low-dose lansoprzole provides greater relief of heartburn..." Jones & Crouch ( Solny) | |
| 173 | | 10/31/07 | | YES | "Rapid symptom relief in reflux oesophagitis: a comparison..." Mee, et al. (Solny) | |
| | 1 | 10/31/07 | | YES | U.S. Patent '098 (Lumma) | |
| | 263 | 10/31/07 | | YES | "Indomethacin Produces Gastric Antral Ulcers in the Refed Rat" Hiroshi Satoh, et al. | |
| | 260 | 10/31/07 | | obj/YES | Letter dated 11/29/06 to Dr. Dong from Mahadevan (Lumma) | |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Takeda, et al. | | vs. | Teva, et al. | CASE NO. 06-33-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 221 | 10/31/07 | | obj/YES | Final Report on Compounds (Lumma) |
| | 222 | 10/31/07 | | obj/YES | Final Report on Compound C (Lumma) |
| | 223 | 10/31/07 | | obj/YES | Final Report on Compound D (Lumma) |
| 709 | | 10/31/07 | -- | | (Lumma) |
| | 103 | 10/31/07 | | YES | CV (Dajani) |
| | 120 | 10/31/07 | | YES | Central Research Division AG-1749 (Dajani) |
| | 122 | 10/31/07 | | YES | Pre-clinical and Clinical Reference (Dajani) |
| | 218.1 | 10/31/07 | | obj/YES | Expert Report of Hirsch (2 tables only) (Dajani) |
| | 73 | 11/01/07 | | YES | CV of Lenz (Lenz) |
| | 5 | 11/01/07 | | YES | U. S. Patent '431 (Lenz) |
| | 13 | 11/01/07 | | YES | Publication "Pump Blockers & Ulcer Disease" by Sachs (Lenz) |
| | 7 | 11/01/07 | | YES | U. S. Patent '409 (Lenz) |
| | 9 | 11/01/07 | | YES | U.S. Patent '518 (Lenz) |
| 44 | | 11/1/07 | | YES | "Esomeprazole in the Framework of Proton-Pump Inhibitor..." Linberg & Carlsson (Lenz) |
| 325 | | 11/01/07 | -- | | (Lenz) |
| 33 | | 11/01/07 | | YES | "The Development of a New Proton-Pump Inhibitor:..." Senn-Bilfinger and Sturm |
| | 101 | 11/01/07 | | YES | "A Survey of Hammett Substituent Constants and Resonance..." Hansch, et al. (Lenz) |
| 161 | | 11/01/07 | | YES | Cv of Fennerty (Fennerty) |
| 164 | | 11/01/07 | | YES | "Lansoprazole versus omeprazole: influence..." Dammann, et al. (Fennerty) |
| 174 | | 11/01/07 | | YES | "Acid inhibition on the first day of dosing: comparison..." Pantoflickova, etal. (Fennerty) |
| 166 | | 11/1/07 | | YES | "Lansoprazole versus Omeprazole in Short-Term..." Hatlebakk, et al. (Fennerty) |
| 163 | | 11/1/07 | | YES | "Efficacy and Safety of Lansoprazole in the Treatment..." Castell, et al. (Fennerty) |
| 179 | | 11/1/07 | | YES | Prilosec package insert (Fennerty) |
| 453 | | 11/01/07 | | YES | Prevacid package insert (Fennerty) |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Takeda, et al. | | vs. | | Teva, et al. | CASE NO. 06-33-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 183 | | 11/01/07 | | YES | Prevacid advertising (Fennerty) |
| | 137 | 11/01/07 | | YES | "Gastrooesophageal reflux disease", Richter (Fennerty) |
| | 374 | 11/01/07 | -- | | Expert report of Fennerty (Fennerty) cross |
| | 386 | 11/01/07 | -- | | think is px 176/ neither admitted |
| | 595 | 11/01/07 | | YES | "Antisecretory and Antiulcer Activities of a Novel Proto Pump...", Hiroshi, et al.(Dajani) |
| 695 | | 11/01/07 | | YES | U.S. Patent '537 (Dajani) |
| 697 | | 11/01/07 | | YES | "Synergistic Actions of Propantheline Bromide..." Dajani, et al. (Dajani) |
| | 705 | 11/01/07 | | YES | Planning and Developing Head Office Interim Research Meeting 125th (Dajani) |
| 692 | | 11/01/07 | -- | | (Dajani) |
| 107 | | 11/01/07 | -- | | (Dajani) |
| 1 | | 11/01/07 | already | in | U.S. Patent '098 (Dajani) |
| 134 | | 11/01/07 | | YES | September, 1984 Monthly Report (Dajani) |
| 952 | | 11/2/07 | | YES | Translation (Dajani) |
| 862 | | 11/2/07 | | YES | "Effects of a Proton Pump Inhibitor, AG-1749, Intomi, et al. (Dajani) |
| 1004 | | 11/2/07 | | YES | Goodman and Gilman's The Pharmacological Basis of Therapeutics 7th Edition (Dajani) |
| | 149 | 11/2/07 | | YES | CV of Vandaele (Vandaele) |
| | 206 | 11/2/07 | | obj/YES | Publication entitled "The Pink Sheet" (Vandaele) |
| | 162 | 11/2/07 | | YES | Prevacid 2004-2006 Product Line P&L (Vandaele) |
| | 156 | 11/2/07 | | YES | Pharmaceutical Overview (Vandaele) |
| | 163 | 11/2/07 | | YES | Prevacid Promotional Expenses (Vandaele) |
| | 186 | 11/2/07 | | YES | (Vandaele) only certain pages |
| 729 | | 11/2/07 | | YES | PPI Market Trx Volume (Cole) |
| 182 | | 11/2/07 | | YES | Prevacid 1995-2006 Historical Units/Gross Sales/Net Sales (Cole) |

Page  5  of  8  Pages

| | | | | | |
|---|---|---|---|---|---|
| AO 187A (Rev. 7/87) | | | **EXHIBIT AND WITNESS LIST – CONTINUATION** | | |
| Takeda, et al. | | | vs. | Teva, et al. | CASE NO. 06-33-SLR |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 439 | | 11/2/07 | | YES | CV of Amidon (Amidon) |
| 442 | | 11/2/07 | | YES | Chemical Stability of Pharmaceutical Ch 6 Solid State Chem. Decomposition(Amidon) |
| 671 | | 11/2/07 | | YES | U.S. Patent '505 (Amidon) |
| 672 | | 11/2/07 | | YES | U.S. Patent '230 (Amidon) |
| 60 | | 11/5/07 | | YES | Translation of TAKEDA 050988-051237(Kubo) |
| 639 | | 11/5/07 | | YES | Lab Notebook (Kubo) |
| 45 | | 11/5/07 | | YES | Translation of TAKEDA 4366944-436709 (Kubo) |
| 61 | | 11/5/07 | | YES | Translation of TAKEDA 436710-436733 (Kubo) |
| 70 | | 11/5/07 | | YES | Translation of TAKEDA 040875-040876 (Kubo) |
| 641 | | 11/5/07 | | YES | Lab Notebook (Kubo) |
| 648 | | 11/5/07 | | YES | Lab Notebook (Kubo) |
| | 82 | 11/5/07 | | YES | Publication entitled "Synthesis of 2-[[(4-Fluoroalkozy-2-pyridyl)..." Kubo, et al.(Kubo) |
| | 703 | 11/5/07 | | YES | Translation (Kubo) |
| 5 | | 11/5/07 | | YES | CV of Lipinski (Lipinski) |
| 2 | | 11/5/07 | | YES | '098 File History (Lipinski) |
| 18 | | 11/5/07 | | YES | "Review article: the continuing development of proton pump inhibitors..." Huber, et al. |
| 30 | | 11/5/07 | | YES | "(H+, K+)-ATPase Inhibiting..." Kohl, et al. (Lipinski) |
| 31 | | 11/5/07 | | YES | *Biochemical and Biophysical Research Communications* pgs 477-484 (Lipinski) |
| 32 | | 11/5/07 | | YES | *The Journal of Biological Chemistry* pgs 4591-4597 (1985) (Lipinski) |
| 17 | | 11/5/07 | | YES | "Chemistry of Covalent Inhibition of the Gastric..." Shin, et al. (Lipinski) |
| 21 | | 11/5/07 | | YES | "Molecular Modeling of SCH28080 Binding to the Gastric..." Munson, et al. (Lipinski) |
| 37 | | 11/5/07 | | YES | Technology & Patent Research International, Inc. Research Report (Lipinski) |
| 38 | | 11/5/07 | | YES | Technology & Patent Research International, Inc. Research Report (Lipinski) |
| 950 | | 11/5/07 | | YES | (Lipinski) |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | Takeda, et al. | | | vs. | Teva, et al. | CASE NO. 06-33-SLR |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 53 | | 11/5/07 | | YES | "A Proton-Pump Inhibitor Expedition: The Case Histories of ..." Olbe, et al. (Lipinski) | |
| 90 | | 11/5/07 | | YES | *Comparative Stability Study for Lansoprazole and Omeprazole in Solid State* (Lipinski) | |
| 85 | | 11/5/07 | | YES | "The Treatment of Gastric Ulcer with Antisecretory Drugs..." Howden, et al. (Lipinski) | |
| 84 | | 11/5/07 | | YES | "The Protective Role of Gastric Acid", R.H. Hunt (Lipinski) | |
| 63 | | 11/5/07 | | YES | Translation - June 1983 Monthly Report (Lipinski) | |
| 64 | | 11/5/07 | | YES | Translation - June 1983 Monthly Report (Lipinski) | |
| 65 | | 11/5/07 | | YES | Translation - July 1983 Monthly Report (Lipinski) | |
| 66 | | 11/5/07 | | YES | Translation - August 1983 Monthly Report (Lipinski) | |
| 67 | | 11/5/07 | | YES | Translation - September 1983 Monthly Report (Lipinski) | |
| 68 | | 11/5/07 | | YES | Translation - September 1983 Monthly Report (Lipinski) | |
| 69 | | 11/5/07 | | YES | Translation - October 1983 Monthly Report (Lipinski) | |
| | 604 | 11/5/07 | | YES | Translation - Monthly Report, December, 1983 (Lipinski) | |
| 91 | | 11/6/07 | | YES | CV of Whittle (Whittle) | |
| 122 | | 11/6/07 | | YES | "Indomethacin Produces Gastric Antral Ulcers in the Refed Rat" (Whittle) | |
| 107 | | 11/6/07 | | YES | "Further Evidences on Gastric Cytoprotection..." Varin, et al. (Whittle) | |
| 113 | | 11/6/07 | | YES | "Role of pepsin in the development of indomethacin-induced..." Gaw, et al. (Whittle) | |
| 118 | | 11/6/07 | | YES | "Possible Involvement of Hyperinstulinemia and Andrengeric..." Kuratani, et al. (Whittle) | |
| 131 | | 11/6/07 | | YES | July, 1984 Monthly Report (Whittle) | |
| 132 | | 11/6/07 | | YES | Monthly Report, August 1984 (Whittle) | |
| 134 | | 11/6/07 | | YES | September, 1984 Monthly Report (Whittle) | |
| 133 | | 11/6/07 | | YES | Research Report No. 10031 (Whittle) | |
| 955 | | 11/6/07 | | YES | Experiment Results (Whittle) | |
| 136 | | 11/6/07 | | YES | Summary Table of Data (Whittle) | |
| | 83 | 11/6/07 | | YES | Translation - Monthly Report June, 1984 Cross (Whittle) | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Takeda, et al. | vs. | | Teva, et al. | CASE NO. 06-33-SLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 81 | | 11/6/07 | | YES | Translation - 1984 September Monthly Report  Cross (Whittle) |
| | 609 | 11/6/07 | | YES | Translation- Monthly report October, 1984 Cross (Whittle) |
| 160 | | 11/6/07 | | YES | CV of Kaunitz (Kaunitz) |
| 954 | | 11/6/07 | | YES | Handbook of Pharmaceutical Excipients fifth edition , Hypromellose (Bugay) |
| 956 | | 11/6/07 | | YES | Section VIII Raw Materials Controls (Bugay) |
| 953 | | 11/6/07 | | YES | "Modeling and Measuring the Effect of Refraction..l." Everall (Bugay) |
| 957 | | 11/6/07 | | YES | Scanning Electron Microscopy and X-Ray Microanalysis (Bugay) |
| 446D | | 11/6/07 | | obj/YES | Lansoprazole DR 30 mg Capsules Batch Summary |
| 446E | | 11/6/07 | | obj/YES | Dr. Berta Iosefzon GC Chrmatography/Mass Spectrometry |
| | 906 | 11/6/07 | | YES | handwritten (Lenz) |
| 748 | | 11/6/07 | | YES | "Stabilization of a New Antiulcer Drug..."  Tabata, et al. (Byrn) |
| 170 | | 11/6/07 | | YES | "Systematic review: is there excessive use of proton pump..." Lee, et al. (Fennerty) |
| 176 | | 11/6/07 | | YES | "Comparing Lansoprazole and Omeprazole in Onset of..." Richter, et al. (Fennerty) |

Page 8 of 8 Pages

AO 187 (Rev. 7/00) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

### SUPPLEMENTAL EXHIBIT AND WITNESS LIST

*Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v.*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*

**CASE NUMBER:** 06-33-SLR

| PRESIDING JUDGE  Sue L. Robinson | PLAINTIFF'S ATTORNEY  Roger D. Smith, II, Esq. | DEFENDANT'S ATTORNEY  Karen L. Pascale, Esq. |
|---|---|---|
| TRIAL DATE(S)  October 29 – November 2, 2007  November 5 – 7, 2007 | COURT REPORTER  Valerie Gunning | COURTROOM DEPUTY  Francesca Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 627 | | | | Yes | Kitao Deposition Exhibit 36 Notebook AG 2352. (Bates numbers Takeda 050988 through Takeda 051252.) |
| | 43 | | | Yes | ANDA Section VII Components and Composition Statements |
| | 416 | | | Yes | Kitao Deposition Exhibit No. 60 Notebook 1753 (Bates numbers Takeda 638639 through 797) |
| | 418 | | | Yes | Kitao Deposition Exhibit No. 62 Notebook No. 1917 (Bates numbers Takeda 638798 through 966) |
| | 419 | | | Yes | Kitao Deposition Exhibit 63 Notebook No. 2155 (Bates numbers Takeda 649039 through 161) |
| | 420 | | | Yes | Kitao Deposition Exhibit No. 64 notebook No. 2624 (Bates numbers Takeda 639072 through 163) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187 (Rev. 7/00) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

### SUPPLEMENTAL EXHIBIT AND WITNESS LIST

*Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v.*
*Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*

CASE NUMBER: 06-33-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Roger D. Smith, II, Esq. | Karen L. Pascale, Esq. |
| TRIAL DATE(S)<br>October 29 – November 2, 2007<br>November 5 – 7, 2007 | COURT REPORTER<br>Valerie Gunning | COURTROOM DEPUTY<br>Francesca Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS YES/NO | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 59 | | | | Yes | Yes | AG Screening Data – TAKEDA – O50774-050987 |
| 61 | | | | No | Yes | Certified Translation of TAKEDA 436710-436733 (Research Report No. 10031) |
| 70 | | | | No | Yes | Certified Translation of TAKEDA-040875-070876 (November, 1983 Monthly Report) |
| 71 | | | | No | Yes | Certified Translation of TAKEDA0040877 (November, 1983 Monthly Report) |
| 72 | | | | No | Yes | Certified Translation of TAKEDA0040886 (December, 1983 Monthly Report) |
| 73 | | | | No | Yes | Certified Translation of TAKEDA0040893 (January, 1984 Monthly Report) |
| 74 | | | | No | Yes | Certified Translation of TAKEDA0040901 (February, 1984 Monthly Report) |
| 75 | | | | No | Yes | Certified Translation of TAKEDA0040909 (March, 1984 Monthly Report) |
| 76 | | | | No | Yes | Certified Translation of TAKEDA0040924 (May, 1984 Monthly Report) |
| 77 | | | | No | Yes | Certified Translation of TAKEDA0040931 (June, 1984 Monthly Report) |
| 78 | | | | No | Yes | Certified Translation of TAKEDA0040938 (July, 1984 Monthly Report) |
| 79 | | | | No | Yes | Certified Translation of TAKEDA0040944 (August, 1984 Monthly Report) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS YES/NO | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 80 | | | | No | Yes | Certified Translation of TAKEDA0040945 (August, 1984 Monthly Report) |
| 81 | | | | No | Yes | Certified Translation of TAKEDA0040951-040952 (September, 1984 Monthly Report) |
| 82 | | | | No | Yes | Certified Translation of TAKEDA0040953 (September, 1984 Monthly Report) |
| | 406 | | | Yes | Yes | Kaneko Lab Notebook (TAKEDA 446502-446605) |
| | 408 | | | Yes | Yes | Kaneko Lab Notebook (TAKEDA 446710-446813) |
| | 421 | | | Yes | Yes | Kubo Lab Notebook (TAKEDA039372-039476) |
| | 422 | | | Yes | Yes | Kubo Lab Notebook (TAKEDA 039477-039581) |
| | 423 | | | Yes | Yes | Kubo Lab Notebook (TAKEDA 039582-039685) |
| | 424 | | | Yes | Yes | Kubo Lab Notebook (TAKEDA 039686-039789) |
| | 425 | | | Yes | Yes | Kubo Lab Notebook (TAKEDA 039790-039893) |
| | 426 | | | Yes | Yes | Kubo Lab Notebook (TAKEDA 039894-040000) |
| | 427 | | | Yes | Yes | Kubo Lab Notebook (TAKEDA 040001-040114) |
| | 428 | | | Yes | Yes | Lab Notebook 2352 (TAKEDA 051182-051184) |
| | 508 | | | No | Yes | Certified Translation of Monthly Report December 1984 (TAKEDA 040986-040992) |
| | 610 | | | No | Yes | Certified Translation of Monthly Report Project Theme November 1984 (TAKEDA 040978-040985) |
| | 611 | | | No | Yes | Certified Translation of Monthly Report Project Theme December 1984 (TAKEDA 040993-041002) |
| | 614 | | | No | Yes | Certified Translation of Central Research Division Monthly Report January 1985 (TAKEDA 041003-041009) |
| | 615 | | | No | Yes | Certified Translation of Monthly Report Project Theme January 1985 (TAKEDA 041010-041018) |

2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | OBJECTIONS YES/NO | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 616 | | | No | Yes | Certified Translation of Central Research Division Monthly Report February 1985 (TAKEDA 041019-041025) |
| | 617 | | | No | Yes | Certified Translation of Monthly Report Project Theme February 1985 (TAKEDA 041026-041038) |
| | 618 | | | No | Yes | Certified Translation of Central Research Division Monthly Report March 1985 (TAKEDA 041039-041045) |
| | 619 | | | No | Yes | Certified Translation of Monthly Report Project Theme March 1985 (TAKEDA 041046-041062) |
| | 621 | | | No | Yes | Certified Translation of Central Research Division Monthly Report April 1985 (TAKEDA 041063-041069) |
| | 622 | | | No | Yes | Certified Translation of Monthly Report Project Theme April 1985 (TAKEDA 041070-0041085) |

Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., Civil Action No. 06-33-SLR

# SUPPLEMENTAL CROSS-REFERENCE LIST OF EXHIBITS REFERENCED IN DESIGNATED DEPOSITION TESTIMONY

**KITAO (12/18/06)**

| PTX | DEPOSITION EXHIBIT |
|---|---|
| 1 | 2 |

**KITAO (3/23/06)**

| PTX | DEPOSITION EXHIBIT |
|---|---|
| 627 | 36 |

| DTX | DEPOSITION EXHIBIT |
|---|---|
| 43 | 40 |
| 416 | 60 |
| 418 | 62 |
| 419 | 63 |
| 420 | 64 |

**TABATA**

| PTX | DEPOSITION EXHIBIT |
|---|---|
| 3 | 7 |

**MAKI**

| PTX | DEPOSITION EXHIBIT |
|---|---|
| 1 | 16 |

| DTX | |
|---|---|
| 508 | 19 |
| 595 | 26 |

*Takeda Pharmaceutical Co. Ltd. and TAP Pharmaceutical Products Inc. v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*, Civil Action No. 06-33-SLR

SUPPLEMENTAL CROSS-REFERENCE OF EXHIBITS REFERENCED
IN DESIGNATED DEPOSITION TESTIMONY

**NOHARA**

| DTX | DEPOSITION EXHIBIT |
|---|---|
| 82 | 30 |
| 604 | 31 |

**HIRAI**

| DTX | DEPOSITION EXHIBIT |
|---|---|
| 4A | 32 (HAM3522-25, also TAKEDA-739677-680) |
| 4A | 33 (HAM3515-21, also TAKEDA-739670-676) |

The original copy of the file history of U.S. Patent No. 5,045,321 received from the United States Patent and Trademark Office was missing several pages, including the amendment and declaration discussed in DTX 4A. The missing pages were located in a third party production from the prosecuting attorney and bates labeled with prefix HAM. The HAM bates labeled documents were used as Deposition Exhibits 32 and 33, but are the same documents (minus the cover page of the '321 patent file history) as those included in DTX 4A labeled with prefix TAKEDA.

**DICAPUA**

| PTX | DEPOSITION EXHIBIT |
|---|---|
| 446C | 5 |

| DTX | DEPOSITION EXHIBIT |
|---|---|
| 56 | 4 |