IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., and TAP PHARMACEUTICAL PRODUCTS INC., </br></br> Plaintiffs and Counterclaim-Defendants, </br></br> v. </br></br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., </br></br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 06-033 (SLR) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the parties to file their post-trial briefs is extended as follows: (1) the parties shall file their Post-Trial Opening Briefs on December 10, 2007; (2) the parties shall file their Post-Trial Answering Briefs on January 10, 2008; and (3) the parties shall file their Post-Trial Reply Briefs on January 25, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II
Jack B. Blumenfeld (#1014)
Mary B. Graham (#2256)
Rodger D. Smith II (#3778)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Defendants*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| HOGAN & HARTSON LLP<br>Eric J. Lobenfeld<br>Tedd W. Van Buskirk<br>Arlene L. Chow<br>Dillon Kim<br>875 Third Avenue<br>New York, NY  10022<br>(212) 918-3000 | SUTHERLAND, ASBILL & BRENNAN, LLP<br>John J. North<br>Jeffrey J. Toney<br>Jeffrey D. Blake<br>Laura Fahey Fritts<br>999 Peachtree Street<br>Atlanta, GA  30309-3996<br><br>*Attorneys for Defendants,*<br>*Teva Pharmaceuticals USA, Inc. and*<br>*Teva Pharmaceutical Industries Ltd.* |
| HOGAN & HARTSON LLP<br>Philippe Y. Riesen<br>Shinjuku Center Building, 46th Floor<br>25-1 Nishi-Shinjuku 1-chome<br>Shinjuku, Tokyo 163-0646<br>Japan<br>(81) 3-5908-4070 | |
| HOGAN & HARTSON LLP<br>Richard de Bodo<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>(310) 785-4600 | |
| *Attorneys for Takeda*<br>*Pharmaceutical Company Limited* | |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>William F. Cavanaugh<br>Stuart E. Pollack<br>Chad J. Peterman<br>1133 Avenue of the Americas<br>New York, NY  10036<br>(212) 336-2000 | |
| *Attorneys for TAP*<br>*Pharmaceutical Products Inc.* | |

SO ORDERED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1329286