# EXHIBIT 1

# CONFIDENTIAL EXHIBIT

# EXHIBIT 2

CONFIDENTIAL EXHIBIT