IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., and TAP PHARMACEUTICAL PRODUCTS INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | C.A. No. 06-033-SLR |

## STIPULATION TO EXTEND TIME FOR FILING POST-TRIAL REPLY BRIEFS

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the parties to file their Post-Trial Reply Briefs is hereby extended from January 25, 2008 to January 30, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Rodger D. Smith II* | /s/ *Karen L. Pascale* |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Mary B. Graham (#2256) | Karen L. Pascale (#2903) |
| Rodger D. Smith II (#3778) | The Brandywine Building |
| James W. Parrett, Jr. (#4292) | 1000 West Street |
| 1201 N. Market Street | 17th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | 302-571-6600 |
| 302-658-9200 | kpascale@ycst.com |
| rsmith@mnat.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

- 2 -

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| | |
| HOGAN & HARTSON LLP | SUTHERLAND, ASBILL & BRENNAN, LLP |
| Eric J. Lobenfeld | John J. North |
| Tedd W. Van Buskirk | Jeffrey J. Toney |
| Arlene L. Chow | Jeffrey D. Blake |
| Dillon Kim | Laura Fahey Fritts |
| 875 Third Avenue | 999 Peachtree Street |
| New York, New York 10022 | Atlanta, GA 30309-3996 |
| 212.918.3000 | |
| | *Attorneys for Defendants,* |
| HOGAN & HARTSON LLP | *Teva Pharmaceuticals USA, Inc. and* |
| Philippe Y. Riesen | *Teva Pharmaceutical Industries Ltd.* |
| Shinjuku Center Building, 46th Floor | |
| 25-1 Nishi-Shinjuku 1-chome | |
| Shinjuku, Tokyo 163-0646 | |
| Japan | |
| (81) 3-5908-4070 | |

HOGAN & HARTSON LLP
Richard de Bodo
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600

*Attorneys for Takeda*
*Pharmaceutical Company Limited*

PATTERSON BELKNAP WEBB & TYLER LLP
William F. Cavanaugh
Stuart E. Pollack
Chad J. Peterman
1133 Avenue of the Americas
New York, New York 10036
212.336.2000

*Attorneys for TAP*
*Pharmaceutical Products Inc.*

    SO ORDERED this _____ day of January, 2008.

                                                          UNITED STATES DISTRICT JUDGE