# APPENDIX A

**Timeline of Takeda's Development of Lansoprazole Using Me-Too Approach**



**Substituents Used By Takeda During The Development of Lansoprazole**

| Methyls and Fluorinated Methyls | $-CH_3$, $-CH_2CH_3$; $-CF_3$ |
|---|---|
| Ethyls | $-CH_2CH_3$ |
| Alkoxies, Fluoroalkoxies, and Alkoxy-Linked Substituents | $-OCH_3$; $-OCH_2$; $-OCH_2CH_3$; $-O(CH_2)_2CH_3$; $-O(CH_2)_3CH_3$; $-O(CH_2)_5CH_3$; $-O(CH_2)_7CH_3$; $-OC_6H_5$; $-OCH_2C_6H_5$; $-OCH(CH_3)_2$; $-OCH_2C(CH_3)_3$; $-OCH_2CH(CH_3)_2$; $-OCHCH$; $-OCH_2CCH$; $-OCH_2CHCH_2$; $-OCH_2CF_3$; $-OCH_2CF_2CF_3$ |
| Halogen | $-F$ |