IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTIAL COMPANY LTD. and TAP PHARMACEUTICAL PRODUCTS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civ. No. 06-033-SLR ) ) ) ) ) |

**O R D E R**

At Wilmington this 4th day of February, 2008,

IT IS ORDERED that the parties shall, on or before **Friday, February 8, 2008**, file with the court letters designating the pages of their post-trial briefs upon which each party intends to rely.  The parties are reminded that, absent permission of the court,[1] parties are limited to 50 pages (opening and answering) and 25 pages (reply).  Five of the six post-trial briefs received by the court do not comply.  The court will allow the parties to select which pages of its submissions will be disregarded in whole.  Failure to comply with this deadline will result in the court's striking of all pages numbered from 51 onwards or 26 onwards, respectively.

_____<br>
United States District Judge

---

[1] Please refer to the court's July 2007 guideline for post-trial briefing, available on the court's website.