IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL<br>COMPANY LTD. and TAP<br>PHARMACEUTICAL PRODUCTS<br>INC., | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 06-033-SLR |
| TEVA PHARMACEUTICALS USA<br>INC., | )<br>)<br>)<br>) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 31st day of March, 2008, consistent with the opinion issued

this same date;

IT IS ORDERED that judgment shall not be entered in favor of any party, as no

party carried its burden of proof in connection with its claims against the other.

United States District Judge