AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  X  Patents or ___ Trademarks:

| DOCKET NO.<br>06cv33 | DATE FILED<br>01/17/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Takeda Pharmaceutical Company LTD and TAP Pharmaceutical Products Inc. | | DEFENDANT<br><br>Teva Pharmaceuticals USA Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,628,098 | 12/09/86 | Takeda Chemical Industries Ltd. |
| 2 | 5,026,560 | 06/25/91 | Takeda Chemical Industries Ltd. |
| 3 | 5,045,321 | 09/03/91 | Takeda Chemical Industries Ltd. |
| 4 | 5,093,132 | 03/03/92 | Takeda Chemical Industries Ltd. |
| 5 | 5,433,959 | 07/18/95 | Takeda Chemical Industries Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| *See opinion and order attached (DI NOS 182, 183) and Stip of Dismissal (DI 92) "so ordered" 1/24/07* |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*F. Tassone* | DATE<br>4/1/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy