IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LTD. and TAP PHARMACEUTICAL PRODUCTS INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 06-033-SLR ) |
| TEVA PHARMACEUTICALS USA INC., | ) ) ) |
| Defendant. | ) ) |

## O R D E R

At Wilmington this 31st day of March, 2008, consistent with the opinion issued this same date;

IT IS ORDERED that judgment shall not be entered in favor of any party, as no party carried its burden of proof in connection with its claims against the other.

*[signature]*
United States District Judge