# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 fax
rsmith@mnat.com

April 10, 2008

BY E-FILING

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Takeda Pharmaceutical Company, Ltd., et al. v. Teva Pharmaceuticals USA Inc., et al.*, C.A. No. 06-033-SLR

Dear Judge Robinson:

On behalf of plaintiffs and defendants, attached is a joint proposed Final Judgment Order for entry in this action, which is consistent with the Court's March 31, 2008 Opinion. Unless the Court has questions about the proposed Order, we respectfully request that it be entered.

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

Enclosure

cc: Clerk of the Court (By E-Filing; w/encl.)
Karen L. Pascale, Esquire (By E-Filing; w/encl.)
John L. North, Esquire (Via Electronic Mail)
Jeffrey J. Toney, Esquire (Via Electronic Mail)
Eric J. Lobenfeld, Esquire (By E-Mail; w/encl.)
William F. Cavanaugh, Esquire (By E-Mail; w/encl.)

2289711