IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY, LTD., and TAP PHARMACEUTICAL PRODUCTS INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 06-033-SLR |

NOTICE OF APPEAL
BY DEFENDANTS TEVA PHARMACEUTICALS USA, INC.
AND TEVA PHARMACEUTICAL INDUSTRIES LTD.

PLEASE TAKE NOTICE that defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (collectively, "Teva") hereby appeal to the United States Court of Appeals for the Federal Circuit from the April 15, 2008 Final Judgment Order in the above-captioned case (D.I. 186) and from all orders, opinions, decisions, and rulings prior to the entry of Judgment, including but not limited to:

(1)   The March 31, 2008 Memorandum Opinion (D.I. 182);

(2)   The March 31, 2008 Order (D.I. 183); and

(3)   The July 3, 2007 Order (D.I. 120).

|  |  |
|---|---|
| April 15, 2008 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br><br>*/s/ Karen L. Pascale*<br>_____<br>Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]<br>Karen L. Pascale (No. 2903) [kpascale@ycst.com]<br>Karen E. Keller (No. 4489) [kkeller@ycst.com]<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Phone: 302-571-6600<br><br>-and-<br><br>SUTHERLAND ASBILL & BRENNAN LLP<br>John L. North<br>Jeffrey J. Toney<br>Jeffrey D. Blake<br>Laura Fahey Fritts<br>999 Peachtree Street<br>Atlanta, Georgia 30309-3996<br>Phone: 404-853-8000<br><br>*Attorneys for Defendants,*<br>*Teva Pharmaceuticals USA, Inc., and*<br>*Teva Pharmaceutical Industries Ltd.* |

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on April 15, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham [mgraham@mnat.com]
> Rodger D. Smith II [rsmith@mnat.com]
> James W. Parrett, Jr. [jparrett@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200

I further certify that on April 15, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-Mail*

Eric J. Lobenfeld [ejlobenfeld@hhlaw.com]
Tedd W. Van Buskirk [twvanbuskirk@hhlaw.com]
Arlene L. Chow [alchow@hhlaw.com]
Dillon Kim [dkim@hhlaw.com]
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Philippe Y. Riesen [pyriesen@hhlaw.com]
HOGAN & HARTSON LLP
Shinjuku Center Building, 46th Floor
25-1 Nishi-Shinjuku 1-chome
Shinjuku, Tokyo 163-0646
Japan
(81) 3-5908-0470

Richard de Bodo [rdebodo@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 785-4600
*Attorneys for Plaintiffs Takeda Pharmaceutical Company Ltd.*

William F. Cavanaugh, Jr. [wfcavanaugh@pbwt.com]
Stuart E. Pollack [sepollack@pbwt.com]
Chad J. Peterman [cjpeterman@pbwt.com]
Melissa Mandrgoc [mmandrgoc@pbwt.com]
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
*Attorneys for Plaintiff TAP Pharmaceutical Products Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Defendants and Counterclaim
Plaintiffs, Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries, Ltd.*

2