# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

<u>NOTICE OF DOCKETING</u>

2008-1314 - TAKEDA PHARMA V TEVA PHARMA

**Date of docketing:** 04/25/2008

**Appeal from:** United States District Court / District of Delaware
case no. 06-CV-33

**Appellant**(s): Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the <u>Guide for Pro Se Petitioners and Appellants</u>.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
Eric J. Lobenfeld
William F. Cavanaugh, Jr.
John L. North

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2008-1314

TAKEDA PHARMACEUTICAL COMPANY LIMITED,

Plaintiff-Appellee,

and

TAP PHARMACEUTICAL PRODUCTS, INC.,

Plaintiff-Appellee,

v.

TEVA PHARMACEUTICALS USA, INC.
and TEVA PHARMACEUTICAL INDUSTRIES LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-33, Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

TAKEDA PHARMA v TEVA PHARMA, 2008-1314

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.